**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ARANDELL HOLDINGS, INC., *et al.,* [1] | Case No. 20-11941  (JTD) |
| | Jointly Administered |
| Debtors. | |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Arandell Holdings, Inc.,("**Arandell**") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (each, a "**Debtor**," and collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**, and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Debtors have historically prepared consolidated financial statements and in accordance with generally accepted accounting principles ("**GAAP**"). Unlike the consolidated financial statements, the Schedules and Statements, in most instances, have been prepared on a nonconsolidated basis and reflect the assets and liabilities of each Debtor. Therefore, some of the financial information included in the Schedules and Statements may differ from that prepared for public reporting purposes. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: Arandell Holdings, Inc. (5311) ("Arandell Holdings"), Arandell Corporation (4270) ("Arandell Corporation"), and Arandell Kentucky, LLC (1505) ("Arandell Kentucky"). The Debtors' corporate headquarters is located at N82 W13118 Leon Road, Menomonee Falls, WI 53051.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with GAAP, the Schedules and Statements neither purport to represent nor reconcile financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP. **The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Mr. Bradley J. Hoffman has signed each of the Schedules and Statements for all of the Debtors. Mr. Hoffman is the President and CEO of Arandell Holdings and Arandell Corporation and the managing member of Arandell Kentucky. In reviewing and signing the Schedules and Statements, Mr. Hoffman necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Hoffman has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.    **Reservation of Rights**. Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected on the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained on the Schedules and Statements shall constitute a waiver of rights with respect to the chapter 11 cases (collectively, the "**Chapter 11 Cases**"), including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing on the Schedules or Statements (including, without limitation, Schedule B, Schedule F or Statement 3) by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

**2.      Description of Cases and "as of" Information Date**. On August 13, 2020 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On August 14, 2020, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Chapter 11 Cases [Docket No. 39]. On August 25, 2020, the United States Trustee for the District of Delaware appointed a statutory committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 63].

**Except as otherwise noted, the information provided herein is as of the Petition Date, as reconciled by the Debtors on or about September 21, 2020.**

**3.      Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of August 13, 2020, in the Debtors' books and records. Furthermore, as applicable, assets that have been fully depreciated or were expensed for accounting purposes do not appear on the Schedules and Statements as they have no net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein. If Debtors' Cost is listed that indicates net book value was not available.

**4.      Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported on the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, re-categorize, re-designate, add or delete items reported on the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

**5.      Liabilities**. The Debtors maintain ongoing efforts to review and reconcile all prepetition liabilities including the receipt of goods, processing of invoices and application of payments. In addition, the Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the value of liabilities and the allocation of liabilities between the prepetition and post-

petition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate. The Debtors also reserve the right to alter the priority and allocation of liability to the extent additional information becomes available.

**The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any transaction or any document or instrument related to any Claim.**

6.    **Intercompany and Other Transfers**. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth on the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements do not reflect all intercompany activity. The details regarding these transactions are not provided on the Schedules and Statements.

7.    **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including vehicles, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases on the Schedules and Statements. The Debtors have made reasonable efforts to include lease liabilities on Schedule D (secured debt) to the extent the lessor filed a UCC-1. However, nothing on the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to all such issues.

8.    **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

9.    **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) officers; (c) general partners of the Debtor entities and equity holders holding in excess of 5% of the voting securities the Debtor entities; (d) Debtor/non-Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual is or is not an "insider" under applicable law, including the federal securities laws and the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.

10.    **Intellectual Property Rights**.  The Debtors have attempted to list all of their intellectual property rights.  Exclusion of certain intellectual property shall not be construed as an admission that the Debtors do not have rights in such intellectual property or that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

The Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

11.    **Executory Contracts and Unexpired Leases**.  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size and scope of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

**Moreover, the Debtors have not set forth executory contracts and unexpired leases as assets on the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates, except for the Accord Cap X leased equipment.  The Debtors' executory contracts and unexpired leases have been included on Schedule G.  The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage claims; the Schedules and Statements do not reflect any claims for rejection damages.  The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims.**

12.    **Materialman's/Mechanic's Liens**.  The inventories, property, and equipment listed on the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

13.    **Classifications**.  Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E as "priority," (c) Schedule F as "unsecured," or (d) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

14.    **Claims Description**.  Schedules D, E, and F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

15.    **Causes of Action**.  Despite their reasonable best efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets on the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

16.    **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

    a.    Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals.  All totals that are included on the Schedules and Statements represent totals of all known amounts as of the Petition Date, unless otherwise noted.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    Paid Claims.  Pursuant to various orders entered by the Bankruptcy Court, the Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims, including, without limitation, certain claims of employees for wages, salaries and benefits, certain tax claims. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities.  To the extent that the Debtors have paid or pay any of the Claims listed on the Schedules and Statements pursuant to any order entered by the Bankruptcy Court, the Debtors reserve all of their rights to take any action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

    d.    Excluded Assets and Liabilities.  The Debtors have excluded certain accrued liabilities, including accrued salaries and employee benefits and tax accruals from the Schedules and

Statements.  Certain other immaterial assets and liabilities may also have been excluded.

e.    <u>Liens</u>.  Property and equipment listed on the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**17.    Estimates and Assumptions**.  To prepare and file the Schedules in accordance with the deadline established in the  Chapter 11 Cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual results could differ from those estimates, perhaps materially.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

**18.    Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**19.    Setoffs**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers, as well as agreements reached with vendors and customers regarding the governing business relationship.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are, at times, not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included on the Schedules, offsets may, in some instances, not be independently accounted for, and as such, are excluded from the Debtors' Schedules and Statements in certain respects.

**20.    Confidentiality**.    Addresses of individuals, including with respect to the Debtors' employees, officers and directors, are generally not included on the Schedules and Statements for confidentiality reasons.  Other addresses may also be redacted to protect the confidentiality of certain parties.  The Debtors will mail any required notice or other documents to the address listed in their books and records for such individuals.  Additionally, individual names other than insiders may have been reported in summary form on the Schedules and Statements, as applicable.

**21.    Inter-Company Transactions**.  Debtor's intercompany transactions, as well as other transfers to insiders, as applicable.  As described in the *Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Use of Their Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, (II) Authorizing Intercompany Transactions, and (III) Granting Related Relief Filed By Arandell Holdings, Inc* [Docket No. 7], in the ordinary course of business certain of the Debtor entities and business divisions maintain business relationships with each other, resulting in intercompany receivables and payables (the "**Intercompany Claims**").  Any payments to another Debtor on account of Intercompany Claims are reflective of the difference between the opening balance and ending balance in the year before the commencement of the chapter 11 cases and, where applicable, such difference is listed on a Debtor's Statement 3 as a negative number.  With respect to Intercompany Claims between Debtors, Statement 3 reflects

the book value adjustment of such transfers rather than an actual transfer of funds from one Debtor entity to another

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule B**.  All values included on Schedule B reflect the book value of the Debtors' assets as of August 13, 2020, unless otherwise noted.

**Schedule B.1**.  Cash values held in financial accounts are listed as of August 13, 2020.

**Schedule B.8**.  The Debtors maintain certain insurance policies essential to continued operations.  The terms of these policies are characteristic of insurance policies typically maintained by corporate entities that are similar in size and nature to the Debtors.  The Debtors maintain various policies of insurance, including, but not limited to, property, casualty, motor vehicles, workers' compensation, general liability, employer's practice liabilities and director and officer liability.  Additional information regarding the insurance policies listed on Schedule B9 can be found in the *Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Their Insurance Policies, and (B) Pay All Prepetition and Post-petition Obligations Related Thereto, and (II) Granting Related Relief Filed By Arandell Holdings, Inc* [Docket No. 5].

**Schedule B.11**.  The Debtors have disclosed the net book value with respect to accounts receivable listed on Schedule B11, which represents the amount of the accounts receivable netted by any "doubtful accounts."  For purposes of Schedule B11, "doubtful accounts" are those accounts that the Debtors have identified as unlikely to be paid given the amount of time such accounts have been outstanding.  Accounts receivable reflected on Schedule B11 were reconciled as of August 13, 2020.

**Schedules B.15**.  Ownership interests in subsidiaries and joint ventures have been listed on Schedules B15 (if applicable) as 0.00 as these are disregarded entities and no balance sheet is maintained. .

**Schedule B.60**.  Patents, Trademarks, and other Intellectual Property are listed in Schedules B60 as an undetermined amount on account of the fact that the fair market value of ownership of such property is dependent on numerous variables and factors and may differ significantly from net book value.  Nothing herein or on the Schedules and Statements shall be construed as an admission or acknowledgment by the Debtors that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and the Debtors reserve all rights with respect to any such issues.  The Debtors have not assigned value to, or identified the expiration date for, the patents, copyrights and other intellectual property identified on Schedule B60.  As of the submission of these Schedules and Statements, the Debtors have not been able to determine the applicable expiration date for all of the items listed and the diligence in connection therewith remains ongoing.

**Schedule B.63.** The Debtors do not ascribe any accounting value to customer relationships.  Without any historical basis for valuation of the customer relationships, these relationships are not included on Schedule B63. The information in Schedule B63

was reconciled as of August 13, 2020.

**Schedule B62 – Licenses**.  The Debtors have not  included software licenses on Schedule B62 but have omitted certain miscellaneous licenses which are believed to have *de minimis* value. The Debtors have not included operating licenses and permits. The information in Schedule B62 was reconciled as of August 13, 2020.

**Schedules B.74 and B.75**.  The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, setoffs, refunds and/or rebates with their customers and suppliers, or potential warranty Claims against their suppliers.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counterclaims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule B74 and B75.

**Part Five**.  Unless otherwise stated in a specific Debtor's Schedules, inventories are carried at cost, net of an allowance for obsolescence. The Debtors have an established cycle count inventory program.

**Schedule D**.  All Claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any transaction or any document or instrument related to such Claim.  The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Schedule D for each Debtor reflects indebtedness owed pursuant to the Debtors' prepetition secured credit facilities.  Although there are multiple lenders related to such credit facilities, only the administrative agents for such lenders have been listed for purposes of capturing this debt on Schedule D.

To generate the list of creditors holding secured claims by virtue of a UCC filing, the Debtors utilized a UCC lien search that was performed on or about July 22, 2020.  Because this lien search was performed approximately three weeks prior to the Petition Date, it is possible that certain claimants perfected their respective interests within the intervening period and, to the extent this occurred, these claimants may not be listed on Schedule D.  By listing a party on Schedule D based on a UCC filing, the Debtors are not conceding that such party actually holds a perfected, non-avoidable security interest in the asset that is the subject of such filing and reserve all rights in connection therewith.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facilities, only the administrative agents have been listed for purposes of Schedule D. The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

**Schedule E**. The Debtors have authority to pay certain prepetition liabilities, including the authority to pay employee wages and other employee benefits in the ordinary course of business (the "**Employee Wage and Benefits Order**") [Docket No. 137]. As a result of the Employee Wage and Benefits Order, the Debtors believe that any employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed on Schedule E. Addresses for all prior and current employees that may hold claims against the Debtors have been omitted to protect the confidentiality of such individuals. The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve their right to dispute the priority status of any claim on any basis.

The listing of a taxing authority on a Debtor's Schedule E is not an acknowledgement that such taxing authority holds a valid claim against a particular Debtor or that a particular tax claim is entitled to priority under 11 U.S.C. § 507(a)(8) or otherwise. The Debtors reserve their right to treat any of these claims as post-petition claims. Given the number of local (non-state or federal level) taxing authorities to which the Debtors remit local payroll withholding tax, and the laborious nature of collecting data relating to such entities due to the manner in which such taxes are recorded on the Debtors' books and records, the Debtors have omitted all such local taxing authorities from Schedule E.  All local taxing jurisdictions are included in the creditor matrix maintained in these cases and will receive notice of the bar date and any omission of local taxing jurisdictions or claims related thereto do not represent the Debtors' belief that such prepetition claims exist or do not exist.

**Schedule F**. The Debtors have used reasonable best efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor. Such credits may relate to, for instance, prepaid postage,

volume rebate programs or prepaid software servicing fees. The Debtors reserve all of their rights with respect to any such credits and allowances, including the right to assert objections and/or setoffs with respect to same. The Debtors have not affirmatively determined, in all instances, whether the claims indicated on Schedule F are subject to setoff, or the degree to which setoff applies, and reserve all rights to assert setoff defenses as applicable. Schedule F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as a contingent, unliquidated, or disputed Claim, the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

The Claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule F.

The Bankruptcy Court has entered certain orders authorizing the Debtors to pay, in their discretion, certain outstanding pre-petition Claims on a post-petition basis. Each Debtor's Schedule F may not reflect the Debtor's payment of certain Claims pursuant to an order of the Bankruptcy Court, and, to the extent an unsecured Claim has been paid or may be paid it is possible that the Claim amount on Schedule F does not capture or reflect such payment; thus the amount included may be higher than that currently reflected on the Debtors' books and records. Certain Debtors may pay additional Claims listed on Schedule F during the Chapter 11 Cases pursuant to an order of the Bankruptcy Court. The Debtors reserve all of their rights to take any action, as is necessary or appropriate, to avoid over-payment of or duplicate payment for any such liabilities.

Schedule F contains information regarding pending litigation involving the Debtors, to the best of the Debtors' knowledge and belief. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed on the Schedules and Statements. Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Any information contained in Schedule F with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

The Debtors expressly incorporate by reference into Schedule F all amounts owed to parties to pending litigation listed in Statement 4(a) as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule F.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**.  The Debtors' businesses are complex.  Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions or over-inclusions may have occurred.  Certain information, such as the contact information of the counter party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. In addition, certain customers' contract information has been omitted to protect the confidentiality of the Debtors' customer list, and the Debtors have listed their internal account numbers for such parties as appropriate.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality, purchase order, indemnification and non-compete agreements may not be listed on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance and attornment agreements,

supplemental agreements, amendments/letter agreements, title agreements, indemnity agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not valid and binding or is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or with regard to Arandell Holdings, Inc as guarantors under the prepetition debt facilities as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or be unenforceable.

Although there are multiple lenders under the Debtors' prepetition debt facilities, where applicable only the administrative agents have been listed for purposes of Schedule H.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert crossclaims and counterclaims against other parties. Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule F and Statement 4a, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 1**. In the normal course of business, the Debtors have reported income on a consolidated basis, and as such, amounts in Statement 1 are consolidated and uniform for each Debtor.

**Statement 2**. In the normal course of business, the Debtors have reported income on a consolidated basis, and as such, amounts in Statement 2 are consolidated and uniform for each Debtor.

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors except for those made to insiders, statutory employees (in connection with regular earnings), (see Statement 11 for disbursements to professionals and bankruptcy attorneys). Although the Debtors

have omitted regular earnings payments for current and former employees, the Debtors have included detail regarding amounts paid to (i) former employees on account of severance or SERP obligations, and (ii) current employees from the Debtors' non-qualified deferred compensation plan.

All payments made to American Express, as reflected on Statement 3, relate to valid, and work-related corporate credit card expenditures incurred by the Debtors' employees, and the Debtors' satisfaction thereof.

Due to the voluminous nature of Statement 3, addresses for each taxing authority listed therein are not provided in all instances. Address information for each taxing authority referenced in Statement 3 is available upon request.

The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtors' cash management system.

**Statement 7**. Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 9**. In addition to the gifts noted in Statement 7, the Debtors may make de minimis gifts from time to time.

**Statement 11**. Although all of the Debtors retained or paid the entities and individuals who provided consultation concerning debt consolidation, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date, the great majority of the payments, or property transferred by or on behalf of a Debtor for such services were made by Arandell Corporation and are therefore listed on Arandell Corporation's response to Statement 11.

**Statement 12.** The Debtors routinely withhold or retain certain funds from employees for payment to certain governmental authorities. These funds are held in trust for turnover to the applicable government authorities. Since the Debtors do not retain control of these funds, nor are these funds considered property of the estates, such amounts have not been itemized in response to Statement 12.

**Part 12**. The Debtors have listed environmental information in responses to this question to the best of their ability, based on the information reasonably available to the Debtors at the time the Schedules and Statements were prepared. To the extent further investigation reveals additional or revised environmental information, the Debtors reserve their rights to amend the Schedules and Statements as necessary and appropriate.

**Statement 26d**.  The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date, including but not limited to the Debtors' principal secured lenders.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 27**.  Inventories conducted on Arandell's property that is held by a customer on a consignment basis have been omitted for purposes Statement 27.


****The Debtors, their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained on the Schedules and Statements and reserve all rights with respect thereto.*****

**Fill in this information to identify the case:**

Debtor name __**Arandell Corporation**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __20-11942__

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**October 13, 2020**__          X **/s/ Bradley J. Hoffman**
                                             Signature of individual signing on behalf of debtor

                                             **Bradley J. Hoffman**
                                             Printed name

                                             **President and Chief Executive Officer**
                                             Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

10/12/20 7:12PM

**Fill in this information to identify the case:**

Debtor name    **Arandell Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11942**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $     **29,595,077.06**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $     **29,595,077.06**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **19,405,233.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $     **815,316.60**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **193,591,097.64**

4.    Total liabilities .................................................................................................
    Lines 2 + 3a + 3b    $     **213,811,647.24**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

10/12/20 7:12PM

**Fill in this information to identify the case:**

Debtor name      **Arandell Corporation**

United States Bankruptcy Court for the:      DISTRICT OF DELAWARE

Case number (if known)   **20-11942**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. **Cash on hand**                                                                    **$1,054.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

| | | Type of account | Last 4 digits | Value |
|---|---|---|---|---|
| 3.1. | **PNC**<br>**411 East Wisconsin Ave, Ste 1400**<br>**Milwaukee, WI 53202** | **Flex Spending Acct** | **4332** | **$2,796.60** |
| 3.2. | **PNC**<br>**411 East Wisconsin Ave. Suite 1400**<br>**Milwaukee, WI 53202** | **HSA Account** | **4359** | **$1,837.54** |
| 3.3. | **PNC**<br>**411 East Wisconsin Ave. Suite 1400**<br>**Milwaukee, WI** | **Payroll Funding** | **4375** | **$35,113.59** |
| 3.4. | **PNC**<br>**411 East Wisconsin Ave. Suite 1400**<br>**Milwaukee, WI 53202** | **Medical Claims** | **4383** | **$118,970.22** |
| 3.5. | **CIBC USA** | **Operating** | **7084** | **$662,644.19** |
| 3.6. | **CIBC USA** | **Controlled Disbursements** | **8552** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

10/12/20 7:12PM

Debtor    **Arandell Corporation**
_____    Case number *(if known)* **20-11942**
Name

| 3.7. | **CIBC USA** | **Deposits** | 7076 | $145,836.92 |
|------|--------------|--------------|------|-------------|

| 3.8. | **CIBC USA** | **Falls Express Checking** | 7408 | $20,676.48 |
|------|--------------|----------------------------|------|-------------|

| 3.9. | **PNC**<br>**411 East Wisconsin Ave. Suite 1400**<br>**Milwaukee, WI** | **Payroll - Payroll checks clear out of this account - no balance at end of day** | 4367 | $0.00 |
|------|----|----|----|----|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            | $988,929.54 |

| **Part 2:** | **Deposits and Prepayments** |
|-------------|------------------------------|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Rents/Lease: CAT LOG, LLC - One quarter rent deposit $506,717** | $506,717.00 |
|------|------------------------------------------------------------------|-------------|

| 7.2. | **Rent/Lease: CapX -One month Lease deposit** | $52,231.00 |
|------|-----------------------------------------------|------------|

| 7.3. | **Rent/Lease: CAT LOG, LLC - Holdback from 2015 closing** | $200,000.00 |
|------|----------------------------------------------------------|-------------|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 8.1. | **Miscellaneous Deposits from CD Leasing, National Postal Forum and Milwaukee Brewers** | $6,749.00 |
|------|------|------|

| 8.2. | **Pre-paid subcontracting - Smyth - Job for Lakeshore Learning** | $128,109.00 |
|------|-----------------------------------------------------------------|-------------|

| 8.3. | **Dues** | $10,324.00 |
|------|----------|------------|

| 8.4. | **Insurance Premiums: CNA -Commercial Liability and property** | $63,371.00 |
|------|---------------------------------------------------------------|------------|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

10/12/20 7:12PM

Debtor    **Arandell Corporation**
          Name                                          Case number *(If known)* **20-11942**

| | | |
|---|---|---|
| 8.5. | **Insurance Premium: CNA - Auto** | $10,019.00 |
| 8.6. | **Insurance Premiums: CNA - D&O Liability** | $20,645.00 |
| 8.7. | **Insurance Premiums: Euler Hermes - Credit Insurance** | $42,617.00 |
| 8.8. | **Insurance Premiums: Ansay & Assoc - International** | $3,186.00 |
| 8.9. | **Insurance Premiums: CNA - Umbrella** | $3,303.00 |
| 8.10. | **Insurance Premiums: Principal Financial Group - Key Man Life** | $2,229.00 |
| 8.11. | **Insurance Premiums: CNA - Cyber Security** | $22,848.00 |
| 8.12. | **Insurance Premiums: United Heartland - Prepaid Worker's Compensation** | $137,747.00 |
| 8.13. | **Miscellaneous Prepaids - NACM, D&B, Simplex Grinnell, JFA, Ariba, LBO Production** | $23,868.00 |
| 8.14. | **Pre-paid Stritcher Wire - WCJ Pilgrim** | $21,406.00 |
| 8.15. | **Pre-paid paper - Horizon, Clifford Paper and Pro-Con** | $494,925.00 |
| 8.16. | **IT Licensing & Support** | $257,996.00 |
| 8.17. | **IT Hardware Maintenance:** | $75,403.00 |

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.

| $2,083,693.00 |
|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

10/12/20  7:12PM

Debtor    **Arandell Corporation**                                         Case number *(If known)*  **20-11942**
          Name

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 11a. 90 days old or less: | **5,593,682.00** | - | **0.00** | = .... | **$5,593,682.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | **541,568.00** | - | **150,144.00** | = .... | **$391,424.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | **147,918.00** | - | **0.00** | = .... | **$147,918.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | **32,825.00** | - | **0.00** | = .... | **$32,825.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | **116,640.00** | - | **0.00** | = .... | **$116,640.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$6,282,489.00**

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |
| 14.     **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                  % of ownership | | |
| 15.1.   **Falls Express Transit, LLC**<br>**Owned by Arandell Corporation**     100%   % | | **$0.00** |
| 15.2.   **Logistics for Print, LLC -  100%  owned subsidiary of Falls Express Transit LLC Falls Express Transit (a subsidiary of Arandell Corporation)**    100    % | | **$0.00** |
| 16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  4

10/12/20  7:12PM

Debtor   **Arandell Corporation**                                   Case number *(If known)* **20-11942**
         Name

| 17. | **Total of Part 4.** | | | | $0.00 |
|-----|--------|--|--|--|--|
|     | Add lines 14 through 16.  Copy the total to line 83. | | | | |

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|--|--|--|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress WIP as of August 13, 2020  (ink, paper, freight, sub-contracting and labor standards)** | August 13, 2020 | $0.00 | standard costing | $4,844,755.00 |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies Available Paper Inventory- see attached paper inventory actual web stock by basis weight by roll size by product number** | August 13, 2020 | $0.00 | actual cost | $1,181,591.66 |
| | **Reserved Paper Inventory web stock by basis weight by roll size by product number** | August 13, 2020 | $0.00 | actual cost | $1,752,945.97 |
| | **Production Supply Inventory** | August 13, 2020 | $0.00 | actual cost | $510,410.00 |
| | **Spare Parts (General Factory) Inventory** | August 13, 2020 | $0.00 | Recent cost | $896,040.00 |
| | **paper inventory reserve for obsolescence ($57,143)  Paper older than two years lower of cost or market** | August 13, 2020 | $0.00 | N/A | $0.00 |

| 23. | **Total of Part 5.** | | | | $9,185,742.63 |
|-----|--------|--|--|--|--|
|     | Add lines 19 through 22.  Copy the total to line 84. | | | | |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

Debtor    **Arandell Corporation**                                           Case number *(If known)* **20-11942**
Name

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value _____ 0.00  Valuation method _____    Current Value _____ 0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See Question #50 "Office Area"** | **$0.00** | | **$0.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                    **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor    **Arandell Corporation**
Name                                                        Case number *(If known)* **20-11942**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2003 Chevy Express 2500 Cargo Van (Item No. 113)**<br>**VIN# 1GCFG25T031146465** | $0.00 | Liquidation | $1,250.00 |
| 47.2. | **1988 Stoughton Semi Trailer**<br>**VIN # 1DW1A4825JS590601** | $0.00 | | $2,722.50 |
| 47.3. | **2008 Chevy Impala LS (Item No. 114)**<br>**VIN # 2G1WB58K889224621** | $0.00 | Liquidation | $2,000.00 |
| 47.4. | **2009 Chevy Express 1500 Cargo Van (Item No. 112)**<br>**VIN # 1GCFG15X991119657** | $0.00 | Liquidation | $4,000.00 |
| 47.5. | **Ottawa Trailer Spotter (Item No. 116)**<br>**VIN #322638 (2009)** | $0.00 | Liquidation | $25,000.00 |
| 47.6. | **2018 Cadillac Escalade - Leased** | $0.00 | | $0.00 |
| 47.7. | **2018 Ford Explorer - Leased** | $0.00 | | $0.00 |
| 47.8. | **2015 Ford Explorer - Leased** | $0.00 | | $0.00 |
| 47.9. | **2017 Ford Explorer - Leased** | $0.00 | | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**- Item Nos. 118 to 121: (Lot #552) Sitma Model 7-Pocket Polybagger S/N 1219 ($18,500); (Lot #551) Sitma Model 9-Pocket Polybagger S/N 1729 ($15,000); Mosca Model EP Right Angle Transfer Table S/N 79950 ($2,500); Mosca Model Semi Automatic Strapping Machine S/N 53834 ($2,000)  Equipment at ALG (Chicago Illinois area subcontactor)**                $0.00    Liquidation                $38,000.00

| Debtor | Arandell Corporation | Case number (If known) | 20-11942 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| - Item Nos. 122 to 128 - (Lot #566) Harris Model 12-Pocket Automatic Saddlestitcher S/N SS969G ($12,000); (Lot #565) Harris Model SS15 12-Pocket Automatic Saddlestitcher, S/N SS969G ($12,000); Label Aire Model 3125-3500 4X16RH, Pressure Sensitive Labeler, S/N 037640901 ($8,000); Label Aire Model 3125, 4" RH 16" Pressure Sensitve Labeler, S/N 0296130801, with Floor Stand ($8,000); Label Aire Model 3125, 4" RH 16" Pressure Sensitve Labeler, S/N 0296150801, with Floor Stand ($8,000); Label Aire Model 3125, 4" RH 16" Pressure Sensitve Labeler, S/N 0296110801, with Floor Stand ($8,000); Label Aire Model 2111CD, Pressure Sensitive Labeler, S/N 0144619710, 01367097902, with Portable Hoist Stand ($2,500) | $0.00 | Liquidation | $58,500.00 |
| Electronic Pre-Press Dept: Item No. 1 - Kodak Digital Platemaking Liner - (Excellent Condition - Hilco Appraisal dated 4-2-2020) | $0.00 | Liquidation | $275,000.00 |
| Electronic Pre-Press Dept: Item No. 2 - Kodak Digital Plate Making Liner (New 2004) - (Good Condition - Hilco Appraisal dated 4-2-2020) | $0.00 | Liquidation | $30,000.00 |
| Electronic Pre-Press Dept: Item Nos. 3 to 9 - NuArc Light Table, SIN NIA ($150); Nela Model H-RAO 181, 72" Semi Automatic Power Punch and Bender, SIN 60421 (New 2004) ($7,500); Kodak Model Approval XP4, Digital Color Proofer, SIN 4010, with Kodak Model 800XL-AC Proof Laminator (No value); Canon Model IPF685, 24"W Digital Color Proofer (No Value); Epson Model Stylus Pro 9900, 44"W Digital Jet Proofer, SIN NIA (New 2014), with X-Rite "Spectroproof' Scanning Spectrophotometer ($1,500); Epson Model Surecolor 9000, 44"W Digital Inkjet Proofer, SIN NIA (New 2018), with X-Rite "Spectroproof' Scanning Spectrophotometer and RIP Computer ($2,500); Miscellaneous Contents of Pre-Press, Consisting of: Apple MacIntosh Computer Work Stations, X-Rite Eye One Model Isis Chart Reader, Computer Work Tables, Etc. ($7,500) (Good Condition - Hilco Apprasial dated 4-2-2020) | $0.00 | Liquidation | $19,150.00 |
| Printing Dept: Item No. 10 (Lot #458) - Heidelberg Model M3000 54"W x 22-1/4" Cutoff x 3,000-FPM 5-Color Web Offset Perfecting Printing Press, CSO# 0D8795, (New 1996) (Good Condition - Hilco Appraisal dated 4-2-2020) | $0.00 | Liquidation | $645,000.00 |

Debtor    **Arandell Corporation**
_____     Case number *(if known)* **20-11942**
Name

| | | | |
|---|---|---|---|
| **Printing Dept:**<br>**Item No. (Lot#457) - Heidelberg Harris Model**<br>**M3000 5411W x 22-1/4" Cutoff x 3, 000-FPM**<br>**5-Color Web Offset Perfecting Printing Press,**<br>**CSO# 0A7593, (New 1994) (Good Condition -**<br>**Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $350,000.00 |
| **Printing Dept:**<br>**Item No. 12 (Lot #459) - Heidelberg Harris**<br>**Model M3000 54"W x 21-1/2" Cutoff x 3,**<br>**000-FPM 5-Color Web Offset Perfecting**<br>**Printing Units, CSO# 0J0497 (New 1998) (Good**<br>**Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $525,000.00 |
| **Printing Dept:**<br>**Item No. 13 (Lot #462) - Goss Model Sunday**<br>**M2000/24 57"W x 22-1/4" Cutoff x 2,400-FPM**<br>**5-Color Web Offset Perfecting Printing Press**<br>**CSO# C-301871 Printing Press (New 2016)**<br>**(Excellent Condition - Hilco Appraisal dated**<br>**4-2-2020)** | $0.00 | Liquidation | $1,950,000.00 |
| **Printing Dept:**<br>**Item No. 14 (Lot #460) - Heidelberg Model**<br>**M3000 57"W x 21-1/2" Cutoff x 3,000-FPM**<br>**5-Color Web Offset Perfecting Printing Press,**<br>**CSO# OR1700 (New 2001) (Good Condition -**<br>**Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $625,000.00 |
| **Printing Dept:**<br>**Item No. 15 (Lot #461) - Heidelberg Model**<br>**Sunday M3000 72"W x 21-1/2" Cutoff x**<br>**3,000-FPM 5-Color Web Offset Perfecting**<br>**Printing Press, CSO# C300177 (New 2004)**<br>**(Good Condition - Hilco Appraisal dated**<br>**4-2-2020)** | $0.00 | Liquidation | $1,275,000.00 |
| **Printing Dept:**<br>**Item Nos. 16 to 19 - Selco Model 60HD,**<br>**Hydraulic Down Acting Baler, S/N 7658 (New**<br>**2000) ($1,250); Selco Model VS-HD, Hydraulic**<br>**Down Acting Baler, S/N 120868641 ($2,500);**<br>**Galbreath Model VB2200HD, Hydraulic Down**<br>**Acting Baler ($3,000); Selco Model VS-6,**<br>**Hydraulic Down Acting Baler, S/N 119765816**<br>**(New 1997) ($3,000) (Good Condition - Hilco**<br>**Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $9,750.00 |
| **Printing Dept:**<br>**Item No. 20  - Press Trim Collection and Baling**<br>**System (Good Condition - Hilco Appraisal**<br>**dated 4-2-2020)** | $0.00 | Liquidation | $88,000.00 |

Debtor    **Arandell Corporation**
     Name

Case number *(If known)*  **20-11942**

| | | | |
|---|---|---|---|
| **WIP Warehouse:** **Item No. 21 - Chill Water Plant No. 3,** **Consisting of: (2) York Model** **YSDBCBS3-CMES, 400-Ton Liquid Chillers,** **S/N SANM-198890, SANM-186640; (3) Bell &** **Gossett 1200-GPM Centrifugal Pumps; 1O' x** **1O' x,15'H (Est.) Re-Circulation Tank, with** **Insulation; PEP Model HMF42ATWSS, Sand** **Filter, S/N 36102, with 5-HP Pump; (2) Bell &** **Gossett Model 1510, 2,900-GPM Centrifugal** **Pumps, with 60-HP Motors; (3) Bell & Gossett** **Model 1510, 960-GPM Centrifugal Pumps, with** **15-HP Motors; Manufacturer Unknown Plate** **and Frame Heat Exchanger; 6' x 6' x 5'H (Est.)** **Water Recirculation Tank; York Model AP150,** **Air Handling Unit, S/N DMMM-19068B; (2)** **Marley Model NC8305F2SS, 403-Ton Forced** **Draft Cooling Towers, S/N NC2-41652-A2,** **NC241652A1, with 20-HP Motors (Good** **Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $31,750.00 |
| **WIP Warehouse:** **Item Nos. 22 to 23 - 130 Sections 3-Pallets** **Deep x 6-Tier High Drive-In Type Storage** **Racking  ($23,400); 297 Sections 2-Pallets** **Deep x 5-Pallets High Heavy Duty Adjustable** **Drive In Type Steel Pallet Racking ($29,700)** **(Good Condition - Hilco Appraisal dated** **4-2-2020)** | $0.00 | Liquidation | $53,100.00 |
| **Co-Mailing Room:** **Item No. 24 (Lot #681) -SIM Products** **16-Station Co-Mailing System SIN 076495,** **(New 2007) (Good Condition - Hilco Appraisal** **dated 4-2-2020)** | $0.00 | Liquidation | $345,000.00 |
| **Co-Mailing Room:** **Item No. 25 (Lot # 683) - SIM Products** **16-Pocket Co-Mailing System S/N 16-8541** **(New 2016) (Very Good Condition - Hilco** **Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $925,000.00 |
| **Co-Mailing Room:** **Item Nos. 26 to 28 - Unisource Model** **UW-4006-L, Turn Table Type Semi Automatic** **Stretch Wrapper, S/N U-10256 (New 2000), with** **48" Dia. Rotary Table ($2,000); Quincy Model** **QSVB10, 10-HP Rotary Screw Vacuum Pump,** **S/N 90022J (New 2001) ($1,000); 86 Sections** **3-Pallets Deep x 5-Pallets High Heavy  Duty** **Adjustable Drive In Type Steel Pallet Racking** **($12,900) (Good/Fair Condition - Hilco** **Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $15,900.00 |

Debtor   **Arandell Corporation**
         Name

Case number *(If known)*  **20-11942**

| | | | |
|---|---|---|---|
| **Perfect Binding:**<br>Item No. 29 (Lot Nos. 680, 686) - SIM Products 16-Pocket Co-Mailing System S/N 06-5876 (New 2006) (Good Condition - Hilco Appraisal dated 4-2-2020) | $0.00 | Liquidation | $305,000.00 |
| **Perfect Binding:**<br>Item No. 32 (Lot #542) - Heidelberg Model UBII 16-Station Perfect Binding Line S/N N/A (Rebuilt in 2006) (Good Condition - Hilco Appraisal dated 4-2-2020) | $0.00 | Liquidation | $95,000.00 |
| **Perfect Binding:**<br>Item No. 33 (Lot #543) - Heidelburg Model UBII 16-Station Perfect Binding Line (Rebuilt in 2007) (Good Condition - Hilco Appraisal dated 4-2-2020) | $0.00 | Liquidation | $95,000.00 |
| **Perfect Binding:**<br>Item No. 34 (Lot #544) - Heidelberg Model UBII 16-Pocket Perfect Binding Line S/N UV201 (Poor Condition - Hilco Appraisal dated 4-2-2020) | $0.00 | Liquidation | $12,000.00 |
| **Perfect Binding:**<br>Item No. 35 (Lot #540) - Heidelberg Model UBII 32-Pocket Perfect Binding Line (New 2005) (Good Condition - Hilco Appraisal dated 4-2-2020) | $0.00 | Liquidation | $150,000.00 |
| **Perfect Binding:**<br>Item No. 36 - Highlight Model Freedom 6000, Semi Automatic Rotary Arm Stretch Wrapper, S/N N/A (New 1998) (Fair Condition - Hilco Appraisal dated 4-2-2020) | $0.00 | Liquidation | $3,500.00 |
| **Perfect Binding:**<br>Item No. 37 (Lot #505) - Seybold Series Saber IV Model CKC-S, 47" W Paper Cutter, S/N 6653, with Backfitted Microcut CNC Spacer Control, Air Lift Table, Air Side Tables  and 3,000-Lb. Pneumatic Scissor Lift Table (Good Condition - Hilco Appraisal dated 4-2-2020) | $0.00 | Liquidation | $1,500.00 |
| **Perfect Binding:**<br>Item No. 38 (Lot #507) - Seybold Series Saber IV Model CKC-S, 47" W Paper Cutter, S/N 6469, with Backfitted Microcut CNC Spacer Control, Air Lift Table, Air Side Tables  and 3,000-Lb. Pneumatic Scissor Lift Table (Good Condition - Hilco Appraisal dated 4-2-2020) | $0.00 | Liquidation | $1,750.00 |

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | | Case number *(If known)* **20-11942** |
|--------|--------------------------|--|----------------------------------------|
| | Name | | |

**Perfect Binding:**
**Item Nos. 39 to 43 - 3 Moffett Flex Testers ($2,100); 3 Moffett Pull Testers ($2,100); Quincy Model QSVB15, 15-HP Rotary Screw Vacuum Pump, S/N 94514, with 61,868 Hours at Time of Inspection ($2,000); Quincy Model QVSB15ACN3F, 15-HP Rotary Screw Vacuum Pump, S/N 98710H, with 48,012 Hours at Time of Inspection ($2,500); Quincy Model QSVB15, 15-HP Rotary Screw Vacuum Pump, S/N NIA, with 47,749 Hours at Time of Inspection ($1,500) (Good Condition - Hilco Appraisal dated 4-2-2020)**                  $0.00      Liquidation                  $10,200.00

**Bindery D:**
**Item No. 44 (Lot #528) - Harris Model 855 20-Stations Automatic Saddlebinder (New 1980) (Fair Condition - Hilco Appraisal dated 4-2-2020)**                  $0.00      Liquidation                  $22,000.00

**Bindery D:**
**Item No. 45 (Lot #529) - Harris Model 855 20-Pocket Automatic Saddlestitcher, (New 1980's) (Fair Condition - Hilco Appraisal dated 4-2-2020)**                  $0.00      Liquidation                  $22,000.00

**Bindery D:**
**Item No. 46 (Lot #530) - Heidelberg Model Pacesetter SP1000 12-Pocket Automatic Saddlestitcher, (New 2000) (Good Condition - Hilco Appraisal dated 4-2-2020)**                  $0.00      Liquidation                  $65,000.00

**Bindery D:**
**Item No. 47 - 2 Unit Reverse Osmosis Water Purification System (Good Condition - Hilco Appraisal dated 4-2-2020)**                  $0.00      Liquidation                  $1,000.00

**Bindery D:**
**Item Nos. 48 to 49 - Lantech Model S300XT, Semi Automatic Rotary  Stretch Wrapper, S/N SM001986 (New 2003) ($3,500); Quincy Model QSVB10, 10-HP Rotary Screw Vacuum Pump, S/N 99129H (New 2000), with Overhead Mounted Air Blower ($750) (Fair Condition - Hilco Appraisal dated 4-2-2020)**                  $0.00      Liquidation                  $4,250.00

**Bindery B:**
**Item No. 50 (Lot #514) - Harris Model 855 8-Pocket Automatic  Saddlestitcher, (New 1980's) (Fair Condition - Hilco Appraisal dated 4-2-2020)**                  $0.00      Liquidation                  $14,000.00

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Arandell Corporation** | | Case number *(If known)* **20-11942** |
|---|---|---|---|
| | Name | | |

**Bindery B:**
**Item Nos. 51 to 52 - Standard Horizon Model BQ-270, Single Clamp Perfect Binder, S/N N/A ($8,000); 3 Arpac Model 105-24SAR, Shrink Bundlers, S/N 2037, 2857, 2113 ($4,500) (Good/Fair Condition -Hilco Appraisal dated 4-2-2020)** — $0.00 — Liquidation — $12,500.00

**Bindery B:   Item No. 53 - Bindery Equipment Not in Use, Consisting of:  (2) Bemis Model 101 BSA, Top and Bottom Case Sealers; (3) Love Shaw Little David Model LDIB, Top and Bottom Case Sealers; (6) 3M Model 200A Type 39600, Top and Bottom Case Sealers; (14) SIM Products Model CF-550 Card Feeders; SIM Products Model CF555, Card Feeder, S/N 03-5275 (New 2003); (7) SIM Products Model 260A86, Card Feeder; (12) Signode Model LB-2000, Semi Automatic Strapping Machines;(14) Signode Model LBX-2000, Semi Automatic Strapping Machines(New Late 2000's); (3) Mosca Model RO-M-P, Semi Automatic Strapping Machines (New 1995); (4) Mosca Model RO-M-P4, Semi Automatic Strapping Machines, S/N 79549, 79548, 79555, 7903; (18) Kodak Model 5000, Digital Inkjet Printers; (46) Kodak Model 5120, Digital Inkjet Printers; (13) Kodak Model 5122, Digital Inkjet Printers; Label Aire Model 211 CD, Pressure Sensitive Labeler;Label Aire Model 2111 M, Pressure Sensitive Labeler; (4) Label Aire Model 3111, Pressure Sensitive Labelers; (2) QLC Vitof Model PDFM Pressure Sensitive Labelers; (2) Mosca Model RO-TR-K, Automatic Strapping Machines, SIN 54071, 74811; 4 Mosca Model RO-TR-500, Automatic Strapping Machines; #M-208 Mosca Model SONIXS-TR, Automatic Strapping Machine, S/N 95394 (Fair Condition - Hilco Appraisal dated 4-2-2020)** — $0.00 — Liquidation — $107,800.00

**Bindery B:**
**Item Nos. 54 to 56 - 109 Sections 3-Pallets Deep x 5-Pallets High Heavy Duty Adjustable Drive In Type Steel Pallet Racking ($16,350); 74Sections 2-Pallets Deep x 5-Pallets High Heavy Duty Adjustable Drive In Type Steel Pallet Racking ($7,400); 72 Sections 4-Pallets Deep x 5-Pallets High Heavy Duty Adjustable Drive In Type Steel Pallet Racking ($14,400) (Good Condition - Hilco Appraisal dated4-2-2020)** — $0.00 — Liquidation — $38,150.00

**Electrical Maintenance/Bindery C:**
**Item No. 57 (Lot #519) - Heidelberg Model 750 12-Pocket Automatic Saddlestitcher, (New 1983) (Fair Condition - Hilco Appraisal dated 4-2-2020)** — $0.00 — Liquidation — $5,500.00

10/12/20  7:12PM

| Debtor | **Arandell Corporation** | Case number *(if known)* **20-11942** |
|---|---|---|
| | Name | |

**Electricial Maintenance/Bindery C:**
**Item No. 58 - Equipment Not in Use, Consisting of: Rima Model RS-12, Stacker, S/N 20695, with Chapman Model ECS-30 Electro Static Charging System; Amsler Model 1 0R24SEB, Shrink Bundler, S/N 90008; Arpac Model 105-24SAR, Shrink Bundler, S/N 2074; Rima Model RS-10, Stacker, S/N 307; Amsler Model 1 0R24SBB, Shrink Bundler; Rima Model RS-12, Stacker, S/N 201003 (Fair Condition - Hilco Appraisal dated 4-2-2020)** — $0.00 — Liquidation — $12,000.00

**Electrical Maintenance/Bindery C:**
**Item No. 59 (Lot #534) - Heidelberg Model Pacesetter SP1000 12-Pocket Automatic Saddlebinder S/N N/A, (New 2002) (Good Condition - Hilco Appraisal dated 4-2-2020)** — $0.00 — Liquidation — $65,000.00

**Electrical Maintenance/Bindery C:**
**Item No. 60 - Equipment Not in Use (Storage Next to Line 519), Consisting of: Rima Model RS, Stacker, S/N 20695; Chapman Model ECS-30, Electrostatic Charging System; Amsler Model 1 0R24SBB, Shrink Tunnel, S/N 90008; Arpac Model 105-24SAR, Shrink Bundler, S/N 2074; Rima Model RS-10, Stacker, S/N 306;Amsler Model 1 0R24SBB, Shrink Bundler; Rima Model RS-12, Stacker, S/N 201003 (Fair Condition - Hilco Appraisal dated 4-2-2020)** — $0.00 — Liquidation — $11,650.00

**Bindery A:**
**Item No. 61 (Lot #520) - Heidelberg 855 28-Pocket Automatic Saddlestitcher, S/N SP1827G, (New 1988) (Good Condition - Hilco Appraisal dated 4-2-2020)** — $0.00 — Liquidation — $23,000.00

**Bindery A:**
**Item No. 62 (Lot #535) - Heidelberg Model Pacesetter SP1000 8-Pocket Automatic Saddlestitcher, (New 2002) (Good Condition - Hilco Appraisal dated 4-2-2020)** — $0.00 — Liquidation — $60,000.00

**Bindery A:**
**Item No. 63 (Lot #522) - Harris Model 190 19-Pocket Automatic Saddlebinder (New upgrade 2007) (Good Condition - Hilco Appraisal dated 4-2-2020)** — $0.00 — Liquidation — $45,000.00

**Bindery A:**
**Item No. 64 (Lot #536) - Heidelberg Model Pacesetter SP1000 12-Pocket Automatic Saddlestitcher (New 2006) (Good Condition - Hilco Appraisal dated 4-2-2020)** — $0.00 — Liquidation — $85,000.00

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Arandell Corporation**                                    Case number *(If known)*  **20-11942**
Name

| | | | |
|---|---|---|---|
| **Bindery A:**<br>**Item No. 65 (Lot #527) - Heidelberg Model Pacesetter SP1000 24-Pocket Automatic Saddlestitcher, (New 1996) (Good Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $80,000.00 |
| **Bindery A:**<br>**Item No. 66 (Lot #517) - Heidelberg Model 855 20-Pocket Automatic Saddlestitcher, S/N N/A, (New 1982) (Good Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $16,000.00 |
| **Bindery A:**<br>**Item No. 67 (Lot #516) - Harris Model 850 8-Pocket Automatic Saddlestitcher, S/N 159-7, (New 1980's) (Fair Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $15,000.00 |
| **Bindery A:**<br>**Item No. 68 (Lot #504) - Harris Model 855 12-Pocket Automatic Saddle Stitcher SIN NIA (New 1984) (Good Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $20,000.00 |
| **Bindery A:**<br>**Item No. 69 - Quincy Model QVSV15, 15-HP Rotary Screw Vacuum Pump, SIN 090906 (Fair Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $1,000.00 |
| **Bindery E:**<br>**Item No. 70 (Lot #532) - Heidelberg Model Pacesetter SP1000 12-Pocket Automatic Saddlestitcher, (New 2001) (Good Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $80,000.00 |
| **Bindery E:**<br>**Item Nos. 71 to 72 - Selco Model VS-HD, Hydraulic Down Acting Baler, SIN 099562915 ($2,000); Fox Model 48, Hydraulic Down Acting Baler, SIN 868919 ($2,500) (Fair Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $4,500.00 |
| **Bindery E:**<br>**Item No. 73 (Lot #531) - Heidelberg Model Pacesetter SP1000 16-Pocket Automatic Saddlestitcher, (New 2001) (Good Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $38,000.00 |
| **Bindery E:**<br>**Item No. 74 (Lot #533) - Heidelberg Model Pacesetter SP1000 20-Pocket Automatic Saddlestitcher (New 2000) (Good Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $50,000.00 |

Debtor   **Arandell Corporation**
  Name

Case number *(If known)*  **20-11942**

| | | | |
|---|---|---|---|
| **Bindery E:**<br>**Item No. 75 - Quincy Model QSVB1 0A0N3F,**<br>**10-HP Rotary Screw Vacuum Pump, S/N**<br>**90023J, with 40-HP (est.), Overhead Stand**<br>**Mounted Blower (Fair Condition - Hilco**<br>**Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $750.00 |
| **Bindery E:**<br>**Item No. 76 - Lantech Model S300T, Semi**<br>**Automatic Rotary Stretch Wrapper, S/N**<br>**SM001986 (New 2003) (Good Condition - Hilco**<br>**Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $3,500.00 |
| **Bindery E:**<br>**Item No. 77 - Saddlestitcher Scrap Collection**<br>**and Baling System, Consisting of: Balemaster**<br>**Model 4025G-6, Horizontal Hydraulic**<br>**Automatic Baler, S/N B0103-03-8791546 (New**<br>**1991 ), with Hydraulic Power Unit  (Please**<br>**Note: Refurbished in 2018); GF Puhl 15' x 35' x**<br>**12'H Air Cleaner, with New York 75-HP Blower**<br>**and IAC Dust Collector; Associated Ducting,**<br>**Valves and Controls (Excellent Condition -**<br>**Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $51,500.00 |
| **Eqiupment Throughout Plant:**<br>**Item No. 78 - Miscellaneous Equipment**<br>**Throughout Plant, Consisting of: 3) Label Aire**<br>**Model 2111CD, Pressure Sensitive Labelers;**<br>**Label Aire Model 2111 M, Pressure Sensitive**<br>**Labeler; (4) Label Aire Model 3111, Pressure**<br>**Sensitive Labelers; (9) Label Aire Model 3125,**<br>**Pressure Sensitive Labelers; (2) QLC Vitof**<br>**Model PDFM Pressure Sensitive Labelers; (2)**<br>**Mosca Model RO-TR-KY, Inline Automatic**<br>**Strapping Machines, S/N 54071, 74811;(4)**<br>**Mosca Model RO-TR-500, Compression**<br>**Strapping Machines; â€¢ #M-20-B Mosca**<br>**Model SONIXS-TR, Inline Automatic Strapping**<br>**Machine, S/N 95394; Mosca Model RO-P4,**<br>**Semi Automatic Strapping Machine, S/N 79548**<br>**(Good Condition - Hilco Appraisal dated**<br>**4-2-2020)** | $0.00 | Liquidation | $84,050.00 |
| **Equipment Throughout Plant:**<br>**Item No. 79 - Miscellaneous Plant Equipment,**<br>**Consisting of: Hydraulic Pallet Trucks,**<br>**Banding Carts, Electric Carts, Parts Bins, Etc.**<br>**(Fair Condition - Hilco Appraisal dated**<br>**4-2-2020)** | $0.00 | Liquidation | $7,500.00 |

10/12/20  7:12PM

| Debtor | **Arandell Corporation** | | Case number *(if known)* **20-11942** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **Receiving:**<br>**Item Nos. 80 - Mosca Model CTS-602-10,**<br>**2-Head Compression Unitizer, S/N 1062 (New**<br>**2008), with 48"W x 30'L Power Roller Through**<br>**Feed Conveyor, Touch Screen Controls and**<br>**Hydraulic Power Unit (Very Good Condition -**<br>**Hilco Appraisal dated 4-2-2020)** | | $0.00 | Liquidation | $65,000.00 |
| **Receiving:**<br>**Item No. 81 - Lantech Model Q1000,**<br>**Conveyorized Turntable Type Automatic**<br>**Stretch Wrapper, S/N QA005012 (New 2016),**<br>**with Automatic Film Tear Option, Power Roller**<br>**Through Feed Conveyor, Model QA-Auto**<br>**Conveyor Bed Belt Turntable and Allen**<br>**Bradley PanelView Plus 600 Touch Screen**<br>**Control (Excellent Condition - Hilco Appraisal**<br>**dated 4-2-2020)** | | $0.00 | Liquidation | $35,000.00 |
| **Receiving:**<br>**Item No. 82 - Selca Model HS-12, Horizontal**<br>**Hydraulic Closed Door Baler, S/N 129770146**<br>**(New 1997), with Puhl Trim Separator, Blower**<br>**and Pull 4-Bag Dust Collector (Good Condition**<br>**- Hilco Appraisal dated 4-2-2020)** | | $0.00 | Liquidation | $7,000.00 |
| **Ink Storage:**<br>**Item No. 83 - Highlight Model Freedom 6000,**<br>**Semi Automatic Rotary Arm Stretch Wrapper**<br>**(Fair Condition - Hilco Appraisal dated**<br>**4-2-2020)** | | $0.00 | Liquidation | $3,500.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Arandell Corporation**
Name

Case number *(If known)*  **20-11942**

**Ink Storage:**
**Item No. 84 - Chill Water Plant No. 2,**
**Consisting of: York Model YSCBCES2-CJC,**
**300-Ton Liquid Chiller, S/N SBGM-838790;**
**York Model YSCBCES2-CJC, 300-Ton Liquid**
**Chiller, S/N SBGM-838660;York Model**
**YSCBCES2-CJES, 300-Ton Liquid Chiller, S/N**
**SLJM-182830;(3) Bell & Gossett Model SE,**
**900-GPM Centrifugal Pumps, with 25-HP**
**Motors;12' x 12' x 9'H Water Recirculation**
**Tank;60" x 60" x 60" Recirculation Tank; PEP**
**Model Auto HMF-42, Sand Filter, S/N**
**26153-A;Tranter Model UFX-51-5-HP-151, Plate**
**and Frame Type Heat Exchanger, S/N SC21293**
**;(2) Bell & Gossett Model VSCS8.125BFRHR,**
**Centrifugal Pumps, with 30-HP Motors;Bell &**
**Gossett Model 4BC7 .625EF, Centrifugal**
**Pump, with 10-HP Motor; York Model**
**CSI113SVFC15X15, Air Handling; Marley Model**
**NC8304F2SG, 339-Ton Forced Draft Cooling**
**Tower, S/N NC-250; Marley Model**
**NC8304F2SG, 339-Ton Forced Draft Cooling**
**Tower, S/N NC-250995-A2 (New 2009), with**
**20-HP Motor;Marley Model NC8304E1 SG,**
**310-Ton Forced Draft Cooling Tower, S/N**
**NC-256121-A1 (New 2005), with 15-HP Motor**
**(Good Condition - Hilco Appraisal dated**
**4-2-2020)**                                          $0.00    Liquidation                   $57,000.00

**Ink Storage:**
**Item No. 85 - Chill Water Plant No. 1,**
**Consisting of: 2) York Model YSBBBBSOCFA,**
**300-Ton Liquid Chillers, S/N SCCM9424010401**
**B, SCCM9424010401A; (2) York Model**
**YSBBBBSOCFB, 300-Ton Liquid Chillers, S/N**
**SGMP-676390, SGDM-67300; (2) Bell & Gossett**
**Centrifugal Pumps, with 8-HP Motors; (2)**
**Marley Model NC8301 FG07, 180-Ton Forced**
**Draft Cooling Towers, S/N 816706-A1,**
**816706-A2 (New 2007), with 15- HP Motors;(4)**
**Bell & Gossett 400-GPM Centrifugal Pumps,**
**with 15-HP Motor; 9' x 9' x 8'H Recirculation**
**Tank, with Insulation; PEP Model SMF-FG,**
**Sand Filter S/N 104- IS-0385;Tranter Model**
**08-V09-145, Plate and Frame Type Heat**
**Exchanger, S/N SC-11617 (New 1994); (2) Bell**
**& Gossett Centrifugal Pumps, with 4-HP**
**Motors; (2) Bell & Gossett Centrifugal Pumps,**
**with 25-HP Motors(2) Marley Model NC8301**
**EL82SS, 310-Ton Forced Draft Cooling**
**Towers, S/N NC-242049-A 1, TC-242049-A2**
**(New 2003), with 15-HP Motors (Good**
**Condition - Hilco Appraisal dated 4-2-2020)**        $0.00    Liquidation                   $40,700.00

10/12/20 7:12PM

Debtor   **Arandell Corporation**
Name

Case number *(if known)* **20-11942**

| | | | |
|---|---|---|---|
| **Roll Receiving:**<br>**Item Nos. 86 to 87 - Selco Model VS-6, Vertical**<br>**Baler, S/N 069765471  (New 1997) ($5,000);**<br>**B-Tek 5,000-Lb. Platform Scale, with**<br>**Pennsylvania Model 7600 Digital Load Cell**<br>**($600) (Good Condition -Hilco Appraisal dated**<br>**4-2-2020)** | $0.00 | Liquidation | $5,600.00 |
| **Roll Receiving:**<br>**Item No. 88 - Dusenbery Model 909, 84"W x 60"**<br>**Max. Dia. Rewind x 2,500-FPM 2-Drum Surface**<br>**Slitter Rewinder, S/N 59682 (New 2003), with**<br>**Traversing Infeed Roll Station, Machine Design**<br>**Service 60" x 72" Letdown Table and Allen**<br>**Bradley Model PanelView 600 Touch Screen**<br>**Control (Good Condition - Hilco Appraisal**<br>**dated 4-2-2020)** | $0.00 | Liquidation | $50,000.00 |
| **Roll Receiving:**<br>**Item No. 89 - GF Puhl Perfect Binding Waste**<br>**Collection and Baling System, (New 2008)**<br>**(Note: Missing Motor Not in  Use) (Good**<br>**Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $60,000.00 |
| **Air Compressors:**<br>**Item Nos. 90 to 94 - (3) Kaeser Model ES350,**<br>**250-HP Rotary Screw Air Compressors (New**<br>**Late 1990's) ($3,500);**<br>**Kaeser Model ES350, 250-HP Rotary Screw Air**<br>**Compressor (New Late 1990's) ($3,500); (2)**<br>**Kaeser Model KRD2300, 2, 300-scfm**<br>**Compressed Air Dryers, S/N H1656155001001,**<br>**H165615500100 ($2,250); (2) 1,000-Gallon**<br>**Vertical Air Receiver Tanks (New  1995)**<br>**($1,000); 1,550-Gallon Vertical Air Receiver**<br>**Tank (New 2000) ($1,000) (Good Condition -**<br>**Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $11,250.00 |
| **Boiler Room:**<br>**Item Nos. 95 to 98 - Kohler Model 70R78,**<br>**60-KW LPG Powered Auxiliary Generator, S/N**<br>**408021, with Chrysler V-8 Engine ($6,500);**<br>**Generac Model 3777690100, 80-KW LPG**<br>**Powered Auxiliary Generator, S/N 2076058**<br>**(New 2004), with Transfer Switch ($7,500);**<br>**Quincy Model QSVB15ACN3G, 15-HP Rotary**<br>**Screw Vacuum Pump, S/N 93720J ($2,000);**<br>**Generac Model 2977860100, 100-KW Auxiliary**<br>**Diesel Generator, S/N 2071212 (New 2003),**<br>**with Fuel Tank Mount ($15,000) (Good**<br>**Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $31,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Arandell Corporation**
Name

Case number *(If known)*  **20-11942**

| | | | |
|---|---|---|---|
| **Shipping Final Goods Warehouse (Old Building):**<br>**Item No. 99 - Mosca Model CTS-602-10, 2-Head Compression Unitizer, S/N 332 (New 2000), with 48"W Power Roller Infeed and Outfeed Conveyors and Touch Screen Controls (Good Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $30,000.00 |
| **Shipping Final Goods Warehouse (Old Building):**<br>**Item Nos. 100 to 103 - Highlight Model Synergy III, Turntable Type Semi Automatic Stretch Wrapper ($2,500);**<br>**Manufacturer Unknown 5' x 5' Platform Scale, Toledo Digital Load Cell ($700); B-Tek 4' x 4' Platform Scale, with Ohaus Digital Load Cell ($700); GSE Model 350, 4' x 5' x 10,000-Lb. Platform Scale, with Digital Load Cell ($1,250) (Good Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $5,150.00 |
| **Maintenance Shop:  Item No. 104 - Consisting of: Miller Model Spectrum 2050, Plasma Cutter; Miller Model Econotig, Tig Welder, S/N LA0664497;Miller Model XMT 304, Arc Welder, with Miller Model 22A Wire Feeder;Gamm Model 36X24-DCL, 36" x 24" x 24"H Dry Blast Cabinet, with Shot Reclaimer; Dake 10-Ton (Est.) H-Frame Manual Hydraulic Shop Press; Dake No. 2, Arbor Press; Dake Model 1-1/2, Arbor Press; Arboga Model 162159, Floor Type Gear Head Drill; American Model Turnmaster 17X80, 17" x 80" Engine Lathe, S/N 200075, with 3" Dia. Thru Hole Spindle; South Bend Model CL370ZP, 10" x 22" Engine Lathe; Wells Model 1000, Horizontal Band Saw, S/N 184J; Wells Horizontal/Vertical Band Saw; DoAll 6" Vertical Belt Grinder; Trak Model K3 EMX, 3-HP Vertical Milling Machine, S/N 112DB36562 (New 2011); Rigid Model 300, Pipe Threader; Rigid No. 460, Tri-Stand; Delta Milwaukee No. 24-105, 5" x 10" Toolmakers Surface Grinder; Lagun Model FTV-2S, 2-HP Vertical Milling Machine; Cummins Model C118, 17" Floor Type Drill Press, S/N 1036; Powermatic Model 1200, 20" Floor Type Drill Press, S/N 8520V336; Epson Model Stylus Pro 9880, Digital Inkjet Printer; Greenlee Model 1818, Conduit Bender; Graco LineLazer, Stripper; Milwaukee Dymodril, Electric Diamond Core Drill; Misc. (Good Condition - Hilco Appraisal 4-2-2020)** | $0.00 | Liquidation | $29,225.00 |
| **Office Areas:**<br>**Item No. 105 - Office Furniture, Fixtures and Equipment, Consisting of, Desks, Chairs, Modular Office Systems, Filing Cabinets, Personal Computers, Printers, etc. (Good Condition - Hilco Appraisal dated 4-2-2020)** | $0.00 | Liquidation | $8,000.00 |

10/12/20 7:12PM

Debtor   **Arandell Corporation**
            Name                                    Case number *(If known)*  **20-11942**

| | | | |
|---|---|---|---|
| **Mobile Equipment - Not Inspected by Appraiser:** Item No. 106 (Lot #B06482) - Caterpillar Model C6500-LP, 6, 500-Lb. LPG Powered Forklift Truck, S/N AT83F60175, with Operators Safety Cage and 3-Stage Mast | $0.00 | Liquidation | $5,000.00 |
| **Mobile Equipment - Not Inspected by Appraiser:** Item No. 107 (Lot #B06472) - Caterpillar Model C3500-LP, 3,500-Lb. LPG Powered Forklift Truck, S/N AT 81F10477, with Operators Safety Cage and 3-Stage Mast | $0.00 | Liquidation | $4,000.00 |
| **Mobile Equipment - Not Inspected by Appraiser:** Item No. 108 (Lot #B06737) - JLG Model 1930ES, Moble Electric Scissor Lift, S/N 0200181706 | $0.00 | Liquidation | $4,000.00 |
| **Mobile Equipment - Not Inspected by Appraiser:** Item No. 109 (Lot #B06505) - JLG Model E300AJP, 500-lb . Mable Electric Boom Lift, S/N 0300119133 (New 2008) | $0.00 | Liquidation | $15,000.00 |
| **Mobile Equipment - Not Inspected by Appraiser:** Item No. 110 (Lot #B06743) - Genie Model GS-2632, Mable Electric Scissor Lift | $0.00 | Liquidation | $5,500.00 |
| **Mobile Equipment - Not Inspected by Appraiser:** Item No. 111 (Lot Nos. B06762, B06761, B06760 & B06757) - (4) Linde Model P60Z, Electric Tuggers | $0.00 | Liquidation | $11,000.00 |
| **Mobile Equipment - Not Inspected by Appraiser:** Item No. 115 (Lot #B06756) - Genie Model GR20, Moble Electric Vertical Mast Lift, S/N GR09-13323 (New 2009) | $0.00 | Liquidation | $6,000.00 |
| **Mobile Equipment - Not Inspected by Appraiser:** Item No. 117 - American Lincoln Model Alto 6150LP, LPG Powered Riding Type Floor Sweeper, S/N 630611/84010 (New 2003) | $0.00 | Liquidation | $8,500.00 |
| **SIM Products Co-Mailer System s.n 18-9118 ($1,325,000) and /Segbert Zip code robotic Palitizer  ($150,000)  LEASED EQUIPMENT** | $0.00 | Liquidation | $1,475,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Arandell Corporation**
_____
Name

Case number *(If known)*  **20-11942**

| 51. | **Total of Part 8.** | $10,986,147.50 |
|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1.  **Land and buildings located at N82 W13118 Leon Road, Menomonee Falls, WI** | **Lessee** | **unknown** | | **unknown** |

| 56. | **Total of Part 9.** | $0.00 |
|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets Copyrights of name:  Customer-Connect and Catalog Direct** | **Unknown** | | **$0.00** |

10/12/20  7:12PM

Debtor     **Arandell Corporation**                                        Case number *(If known)* **20-11942**
           Name

61.     **Internet domain names and websites**
        **DOMAINS: arandell.com, arandell.info,**
        **arandell.net, customer-connect.net,**
        **fallexpress.com, arandellrestructuring.com**                 $0.00                              Unknown

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**
        **Company maintains a customer list**                       Unknown                              $0.00

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                                           $0.00

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ☑ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ☑ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)
        **2019 tax refunds, AMT refunds expect zero**
        **2019 excise tax credit $25,000**
        **NOL exact amount unknown estimated in excess of**
        **5,000,000**                                               Tax year **2019**                   $25,000.00

        **no tax refunds  expected for partial pre-petition year.**
        **NOL unknown**                                             Tax year **2020**                   Unknown

                                                                    Tax

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number *(if known)* **20-11942** |
|---|---|---|
| | Name | |

| 73. | Interests in insurance policies or annuities |  |
|---|---|---|
| | **Key Person insurance on Life of Bradley J. Hoffman - no cash surrender value** | **$0.00** |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| | **Class action lawsuit against Xcel Energy, Inc., et al. (US District Court - Western District of WI -  Arandell Corporation, et al. v. Xcel Energy, Inc. et al. - Case No. 07-CV-00076-wmc)  Subject to security interest of CIBC** | **Unknown** |

| Nature of claim | **Class Action Lawsuit - Amount Requested TBD** |
|---|---|
| Amount requested | Unliquidated |

| **Milwaukee County Case No. 2020CV3149 (Arandell Corp vs. Thomas Benedict)** | **$43,075.39** |
|---|---|

| Nature of claim | **Money Judgment** |
|---|---|
| Amount requested | **$43,075.39** |

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|---|---|

| 78. | **Total of Part 11.** | **$68,075.39** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

10/12/20  7:12PM

Debtor    **Arandell Corporation**                                    Case number *(If known)*  **20-11942**
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$988,929.54** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,083,693.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$6,282,489.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$9,185,742.63** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$10,986,147.50** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$68,075.39** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$29,595,077.06** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$29,595,077.06** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

10/12/20 7:12PM

**Fill in this information to identify the case:**

Debtor name    **Arandell Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Accord CapX, LLC** | Describe debtor's property that is subject to a lien | $1,545,657.00 | $1,475,000.00 |
|---|---|---|---|---|

**2.1**  **Accord CapX, LLC**
Creditor's Name

**155 N Wacker Drive
Suite 1760
Chicago, IL 60606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
03/15/2019**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Accord Cap X first
CIBC USA      second
Farragut Mezzanine Partners third

Describe debtor's property that is subject to a lien
**SIM Products Co-Mailer System s.n 18-9118
($1,325,000) and Segbert Zip code robotic
Palitizer ($150,000)**

Describe the lien
**UCC  FINANCE LEASE**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$1,545,657.00**
Value of collateral: **$1,475,000.00**

---

**2.2**  **CAT LOG (WI) LLC**
Creditor's Name

**Legal Transactions
Department -W.P.Carey
50 Rockefeller Plaza 2nd
floor
New York, NY 10020**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

Describe debtor's property that is subject to a lien
**Land and buildings located at N82 W13118
Leon Road, Menomonee Falls, WI**

Describe the lien
**UCC -finance lease of real property**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **20,841,557.00**
Value of collateral: **undetermined**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Arandell Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [✔] Disputed

---

| 2.3 | CIBC Bank USA | | $11,235,449.00 | $25,024,769.00 |
|---|---|---|---|---|

Creditor's Name

**(fka The Private Bank and Trust Company)**
**120 South LaSalle Street**
**8th Floor**
**Chicago, IL 60603**

Creditor's mailing address

**bruce.denby@cibc.com**

Creditor's email address, if known

**Date debt was incurred**
**5/6/2016**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**8/4/2020 balances Revolver $6,655,300.  Term Loans (3) $4,580,179 secure by all assets of the Debtor  filing 140003868227 secured by all debtor's A/R, Inventory, WIP,**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.
CIBC- First
Accord Cap X Second
Farragut Mezzanine Partnes Third

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.4 | De Lage Landen Financial Services, Inc. | | undetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**PO Box 41602**
**Philadelphia, PA 19101-1602**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Equipment from MSA # 1019 (UCC 12-26-2016)**
**Contract # 100-10129210 (UCC filed 1-13-2017)**
**Contract # 100-10129188 (UCC filed 1-13-2017)**
**Contract #100-10129218 (UCC filed 1-13-2017)**

**Describe the lien**
**UCC in conjunction with Finance Lease**
**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.
Delage Landen ...First
CIBC USA  Second
Accord Cap x Third

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✔] Disputed

---

| 2.5 | Farragut Mezzanine Partners III LP | Describe debtor's property that is subject to a lien | $6,106,488.00 | undetermined |
|---|---|---|---|---|

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| Creditor's Name | | |
|---|---|---|
| **5335 Wisconsin Avenue NW** | **Key Person insurance on Life of Bradley J. Hoffman - no cash surrender value** | |
| **Suite 902** | **Third position on all assets/ Mezz level** | |
| **Washington, DC 20015** | | |
| Creditor's mailing address | | |

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/22/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
CIBC USA First
Accord Cap X Second
Farragut Mezzanine ... Third

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Old Second National Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Participation  CIBC Loan 60/40 split   40% attributable to Old Second** | | |
| | **Attn: Loan Servicing 1st Fl NOE** | | | |
| | **37 S. River Street** | | | |
| | **Aurora, IL 60506-4172** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**see 2.5 above**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Spell Capital Mezzanine Partners SBIC LP** | Describe debtor's property that is subject to a lien | **$2,363,059.00** | **unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All assets/ Mezz level** | | |
| | **222 South Ninth Street** | | | |
| | **Suite 2880** | | | |
| | **Minneapolis, MN 55402** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

10/12/20 7:12PM

Debtor    **Arandell Corporation**
_____
Name

Case number (if known)    _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **see 2.5 above** | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$19,405,233.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 4

10/12/20 7:12PM

**Fill in this information to identify the case:**

Debtor name  **Arandell Corporation**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **20-11942**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Arandell Corporation  Employees**<br>**N82 W13118 Leon Road**<br>**Menomonee Falls, WI 53051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$815,316.60** | **$815,316.60** |
|  | Date or dates debt was incurred<br><br>**Prior to 8-13-2020** | Basis for the claim:<br>**pre-petition accrued wages and accrued expense  reimbursements through the petition date.  (excludes PTO bank)** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Delaware State of Treasury**<br>**820 Silver Lake Blvd, St 100**<br>**Dover, DE 19904** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Secretary of State (DE)
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**ACMA
Executive Office
PO Box 41211
Providence, RI 02940-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Last 4 digits of account number  _

Basis for the claim:   Accounts Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,777.00** |
|---|---|---|---|

**ACTEGA North America Inc
26537 Network Pl
Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019/2020

Last 4 digits of account number  _

Basis for the claim:   Accounts Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,850.00** |
|---|---|---|---|

**Action Express Inc
PO Box 264
Oak Creek, WI 53154-0264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Last 4 digits of account number  _

Basis for the claim:   Accounts Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Arandell Corporation** | Case number *(if known)* | **20-11942** |

Name

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.20** |

**ADK Consulting/Aaron Kapp**
**8209 Portland Ave**
**Milwaukee, WI 53213-3015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,348.38** |

**Air Stamping, Inc.**
**Three Legend Park**
**PO Box 568**
**Effingham, IL 62401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,282.28** |

**Airgas USA LLC**
**PO Box 734445**
**Chicago, IL 60673-4445**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.07** |

**Alaark Robotics Inc.**
**PO Box 510235**
**New Berlin, WI 53151-0235**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,741.71** |

**ALG Worldwide Logistics LLC**
**PO Box 66425**
**Chicago, IL 60666-0425**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,153.50** |

**Alithias Inc**
**906 E. Circle Dr**
**Whitefish Bay, WI 53217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2019/2020**

**Basis for the claim:** **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,199.16** |

**Allied Electronics Inc.**
**Attn: Acct Rec Dept**
**PO Box 2325**
**Fort Worth, TX 76113-2325**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$357.32** |
|---|---|---|---|

**Ambius Inc**
**PO Box 14086**
**Reading, PA 19612**

Date(s) debt was incurred  __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Casualty Co of Reading, PA**
**151 N. Franklin**
**Port Washington, WI 53074**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance - Business Liability/Casualty__
__Insurance - D&O/3rd party/Crime__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,211.59** |
|---|---|---|---|

**American Metal Finishing Inc**
**2612 S. Broadway**
**Green Bay, WI 54304**

Date(s) debt was incurred  __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,446.89** |
|---|---|---|---|

**AmeriGas - Milwaukee**
**PO Box 371473**
**Pittsburgh, PA 15250-7473**

Date(s) debt was incurred  __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,554.00** |
|---|---|---|---|

**Amidon Graphics**
**Attn: Dave Caturia**
**1966 Benson Ave**
**Saint Paul, MN 55116**

Date(s) debt was incurred  __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ansay & Associates LLC**
**101 E Grand Ave, Ste 11**
**Port Washington, WI 53074**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance Agent/Broker__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,883.29** |
|---|---|---|---|

**Applied Ind Technologies**
**22510 Network Pl**
**Chicago, IL 60673-1225**

Date(s) debt was incurred  __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20 7:12PM

Debtor    **Arandell Corporation**
_____
         Name

Case number (if known)    **20-11942**

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,899.70** |

**Arbon Equipment Corporation**
**25464 Network Place**
**Chicago, IL 60673-1254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$152.98** |

**Aro Lock Co Inc.**
**400 Travis Ln, Ste 25**
**Waukesha, WI 53189-7976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$166.02** |

**Arpac LLC**
**PO Box 71948**
**Chicago, IL 60694-1948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$163.76** |

**Ashby Cross Company**
**28 Parker Street**
**Newburyport, MA 01950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,567.07** |

**Astech Incorporated**
**PO Box 126**
**South Milwaukee, WI 53172-0126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,714.24** |

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,129.75** |

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arandell Corporation** | | Case number (if known) | **20-11942** |
|---|---|---|---|---|
| | Name | | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Aurora EAP**
**Aurora Health Care Inc.**
**29465 Network Place**
**Chicago, IL 60673-1294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,235.09**

**Automationdirect.com Inc**
**PO Box 402417**
**Atlanta, GA 30384-2417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.52**

**Badger Fleet Solutions**
**501 Maple Ave, Ste 101**
**Delafield, WI 53018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,684.00**

**Badger Paperboard Inc.**
**PO Box 160**
**Fredonia, WI 53021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$582.96**

**Batteries Plus LLC**
**BPB Company Stores**
**29314 Network Place**
**Chicago, IL 60673-1293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104.00**

**Batzner Pest Control Inc**
**16948 W. Victor Road**
**New Berlin, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,542.18**

**BC Adhesives**
**4655 W. Oakwood Park Dr**
**Franklin, WI 53132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

10/12/20  7:12PM

| Debtor | **Arandell Corporation** | Case number *(if known)* | **20-11942** |
|---|---|---|---|
| | Name | | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,063.59 |
|---|---|---|---|

**BCC Software Inc.**
**PO Box 1174**
**Buffalo, NY 14240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,489.83 |
|---|---|---|---|

**BDI**
**PO Box 6286**
**Cleveland, OH 44101-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,160.00 |
|---|---|---|---|

**Becker Machine**
**N51 W13270 Brahm Ct**
**Menomonee Falls, WI 53051-7044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,121.51 |
|---|---|---|---|

**Bennett Metal Product Inc**
**700 Rackaway**
**PO Box 34**
**Mount Vernon, IL 62864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,016.25 |
|---|---|---|---|

**Berenz Packaging Corp**
**PO Box 831**
**Menomonee Falls, WI 53052-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,835.06 |
|---|---|---|---|

**Binderyonics Inc.**
**1250 Greenleaf Ave**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,629.02 |
|---|---|---|---|

**Bio Packaging Films**
**909 Tower Rd**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$351.56** |
|---|---|---|---|

**Biosystems Inc.**
**667 Technology Circle**
**Windsor, CO 80550-3126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,943.72** |
|---|---|---|---|

**BP**
**PO Box 70995**
**Charlotte, NC 28272-0995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,384.00** |
|---|---|---|---|

**Brimar Identification & Safety Products**
**64 Outwater Lane, 2nd Fl**
**Garfield, NJ 07026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,453.03** |
|---|---|---|---|

**Bureau Veritas Certification**
**North America Inc**
**PO Box 405661**
**Atlanta, GA 30384-5661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$535,819.68** |
|---|---|---|---|

**Burton & Mayer, Inc.**
**N88 W13901 Main Street, #200**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**C&P Microsystems**
**1260 Holm Road, Ste C**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,573.43** |
|---|---|---|---|

**Capital Data Inc.**
**1360 S. Moorland, Ste 200**
**Brookfield, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (*if known*) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,306.00** |
|---|---|---|---|

**CAT Global**
c/o T60051
PO Box 66512
Chicago, IL 60666-0512

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,582.26** |
|---|---|---|---|

**CDW Direct LLC**
PO Box 75723
Chicago, IL 60675-5723

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198,878.51** |
|---|---|---|---|

**Central Ink Corporation**
PO Box 2165
Bedford Park, IL 60499-2165

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,625.00** |
|---|---|---|---|

**CH Robinson WW**
PO Box 9121
Minneapolis, MN 55480-9121

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,420.00** |
|---|---|---|---|

**CI Design**
306 N. Milwaukee St, Fl 2
Milwaukee, WI 53202

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,909.00** |
|---|---|---|---|

**Classic Automation LLC**
800 Salt Rd
Webster, NY 14580

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,424.83** |
|---|---|---|---|

**Clifford Paper Inc**
PO Box 3900
Carol Stream, IL 60132-3900

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,583.82** |
|---|---|---|---|

**Clipper Express Corp**
PO Box 74008168
Chicago, IL 60674-8168

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,511.82** |
|---|---|---|---|

**CNA Insurance**
PO Box 74007619
Chicago, IL 60674-7619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Columbia Casualty Company**
151 N. Franklin
Port Washington, WI 53074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insurance - Cyber/DataBreach**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,477.87** |
|---|---|---|---|

**Constellation NewEnergy Gas Division**
PO Box 5473
Carol Stream, IL 60197-5473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275,369.05** |
|---|---|---|---|

**Continental Web Press**
Attn: John Lavorini
1430 Industrial Dr
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019/2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,262.48** |
|---|---|---|---|

**Contiweb LLC**
Dept CH 19384
Palatine, IL 60055-9384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$301.02** |
|---|---|---|---|

**Conway Central Express**
PO Box 5160
Portland, OR 97208-5160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | | Case number (if known) | **20-11942** |
|---|---|---|---|---|

Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,023.70 |
|---|---|---|---|

**Corey Oil Ltd**
**1212 W. Second Street**
**Oconomowoc, WI 53066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.98 |
|---|---|---|---|

**Culligan Water Conditioning**
**Dept 8501**
**Po Box 77043**
**Minneapolis, MN 55480-7743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,472.57 |
|---|---|---|---|

**Cyril-Scott Company**
**7810 Solution**
**Chicago, IL 60677-7700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,140.44 |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Delaware Charter Guarantee & Trust Co**
**dba Principal Trust Co, Trustee of Plan**
**1013 Centre Rd**
**Wilmington, DE 19805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Trustee of 401(k)**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Delta Dental of WI**
**PO Box 828**
**Stevens Point, WI 54481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Dental Insurance**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,485.51 |
|---|---|---|---|

**Doering Leasing Co**
**15300 W. Capitol Dr**
**Brookfield, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

**3.67**

Nonpriority creditor's name and mailing address

**Durr Megtec LLC**
**Lockbox 772733**
**2733 Solution Center**
**Chicago, IL 60677-2007**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$374.86**

---

**3.68**

Nonpriority creditor's name and mailing address

**Echo Global Logistics**
**600 West Chicago Ave**
**Chicago, IL 60654**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.69**

Nonpriority creditor's name and mailing address

**Elettra North American LLC**
**2494 Technology Dr**
**Elgin, IL 60124**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,624.50**

---

**3.70**

Nonpriority creditor's name and mailing address

**EMSL Analytical Inc.**
**200 Route 130 N**
**Cinnaminson, NJ 08077-2892**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$525.00**

---

**3.71**

Nonpriority creditor's name and mailing address

**Engman Taylor Co**
**PO Box 9008**
**Menomonee Falls, WI 53052-9008**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$291.30**

---

**3.72**

Nonpriority creditor's name and mailing address

**Enternet Control Systems**
**21 Sequin Dr**
**Glastonbury, CT 06033**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,086.00**

---

**3.73**

Nonpriority creditor's name and mailing address

**Euler Hermes North American Insurance Co**
**c/o Finance Dept**
**800 Red Brook Blvd**
**Owings Mills, MD 21117-1008**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance - Trade Receivables**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Experior Global**
**12161 S. Central Ave**
**Alsip, IL 60803**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,546.00**

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Fairchild Equipment**
**PO Box 856386**
**Minneapolis, MN 55485-6386**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,644.22**

---

**3.76**

**Nonpriority creditor's name and mailing address**
**Fairmont Logistics**
**9663 Santa Monica Blvd, Ste 1092**
**Beverly Hills, CA 90210**

Date(s) debt was incurred **2019/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$250,724.50**

---

**3.77**

**Nonpriority creditor's name and mailing address**
**Federal Express**
**PO box 94515**
**Palatine, IL 60094-4515**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,854.54**

---

**3.78**

**Nonpriority creditor's name and mailing address**
**Filtration Concepts**
**PO Box 426**
**Lannon, WI 53046-0426**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,892.22**

---

**3.79**

**Nonpriority creditor's name and mailing address**
**FitzMark Inc.**
**950 Dorman St**
**Indianapolis, IN 46202**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,375.00**

---

**3.80**

**Nonpriority creditor's name and mailing address**
**FJA Christiansen Roofing Co Inc**
**PO Box 090350**
**Milwaukee, WI 53209-0350**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,340.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (*if known*) | **20-11942** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,280.96** |
| --- | --- | --- | --- |

**Flint Ink Group**
**17177 N Laurel Park Drive, Ste 300**
**Livonia, MI 48152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$262.00** |
| --- | --- | --- | --- |

**Fluke Electronics Corp**
**7272 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$209.00** |
| --- | --- | --- | --- |

**Froedtert Health**
**Workforce Health Bldg B**
**W129 N7055 Northfield Dr.**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.46** |
| --- | --- | --- | --- |

**Fruit Ranch**
**6301 W. Bluemound Road**
**Milwaukee, WI 53213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,507.45** |
| --- | --- | --- | --- |

**Fujifilm North American Crop Inc**
**Graphics Systems Division**
**Dept. CH 10764**
**Palatine, IL 60055-0764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable - Prepress Supplies Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$124.94** |
| --- | --- | --- | --- |

**G F Puhl Company**
**Attn: Jennifer Perry**
**240 Airport Rd**
**Gallatin, TN 37066-4623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,278.60** |
| --- | --- | --- | --- |

**G&D Integrated**
**50 Commerce Dr**
**Morton, IL 61550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

10/12/20  7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$594.74** |
|---|---|---|---|

**G&O Thermal Supply Company**
**PO Box 31847**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,119.23** |
|---|---|---|---|

**GAI Joint Pension Trust**
**PO Box 791098**
**Baltimore, MD 21279-1098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145.18** |
|---|---|---|---|

**Gammerlertech Corp**
**3135 Lakewood Ranch Blvd, Ste 107**
**Bradenton, FL 34211-5006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00** |
|---|---|---|---|

**Gateway Logistics Inc.**
**4250 Creek Road**
**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,495.92** |
|---|---|---|---|

**GCCIBT-  NPF**
**PO Box 674401**
**Detroit, MI 48267-4401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,220.72** |
|---|---|---|---|

**GCIU Local 577M**
**District Counsel 1 GCC/IBT**
**633 S. Hawley Road, Ste 100**
**Milwaukee, WI 53214-1965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121.33** |
|---|---|---|---|

**Global Equipment Company**
**29833 Network Place**
**Chicago, IL 60673-1298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address
**Global Software Inc**
**8529 Six Forks Rd, Ste 400**
**Raleigh, NC 27615-4972**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,227.04**

---

**3.96** | Nonpriority creditor's name and mailing address
**GlobalTranz**
**PO Box 203285**
**Dallas, TX 75320-3285**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,995.50**

---

**3.97** | Nonpriority creditor's name and mailing address
**Goss International Americas**
**PO Box 535055**
**Atlanta, GA 30353-5055**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$64,462.15**

---

**3.98** | Nonpriority creditor's name and mailing address
**Grainger**
**Dept. 806447751**
**Palatine, IL 60038-0001**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,079.50**

---

**3.99** | Nonpriority creditor's name and mailing address
**Graphic Arts Industry JT Pension Trust**
**Board of Trustee - Pension Trust**
**25 Louisiana Ave NW**
**Washington, DC 20001-2130**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Union pension withdrawal liability**

Is the claim subject to offset? ■ No  ☐ Yes

**$98,600,246.00**

---

**3.100** | Nonpriority creditor's name and mailing address
**Graphic Communication Conference**
**International Brotherhood of Teamsters**
**District Counsel 1, Local 577-M**
**633 South Hawley Road, Ste 100**
**Milwaukee, WI 53214**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Union - Liability Unknown (Lithography)**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.101** | Nonpriority creditor's name and mailing address
**Graphic Communication Conference**
**International Brotherhood of Teamsters**
**District Counsel 1, Local 577-M**
**633 South Hawley Road, Ste 100**
**Milwaukee, WI 53214**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Union - Liability Unknown (Bindery)**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

**3.102** | Nonpriority creditor's name and mailing address

**Graphic Communication Conference International Brotherhood of Teamsters NPF Trustees of GCC/IBT Nat'l Pension Fund**
455 Kehoe Blvd, Ste 101
Carol Stream, IL 60188

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Union pension withdrawal liability (Lithography)**

Is the claim subject to offset? ■ No ☐ Yes

**$76,221,843.98**

---

**3.103** | Nonpriority creditor's name and mailing address

**Graphic Communications**
PO Box 933233
Atlanta, GA 31193-3233

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$365.17**

---

**3.104** | Nonpriority creditor's name and mailing address

**Graphic Innovators Inc**
855 Morse Ave
Elk Grove Village, IL 60007

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$2,675.82**

---

**3.105** | Nonpriority creditor's name and mailing address

**Great Lakes Graphics Association Inc**
N27 W23960 Paul Rd, Ste 200
Pewaukee, WI 53072

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$2,751.00**

---

**3.106** | Nonpriority creditor's name and mailing address

**Green Bay Packaging**
Bin 53139
PO Box 53139
Milwaukee, WI 53288-0001

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$15,177.06**

---

**3.107** | Nonpriority creditor's name and mailing address

**Hadronics**
PO Box 706345
Cincinnati, OH 45270-6345

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,070.25**

---

**3.108** | Nonpriority creditor's name and mailing address

**Hafco Vac**
301 Greenwood
Midland Park, NJ 07432-1483

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$580.97**

---

| Debtor | **Arandell Corporation** | Case number (*if known*) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$938.67** |

**Harrington Industrial Plastics LLC**
**14480 Yorba Ave**
**Chino, CA 91710-5566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,741.50** |

**Hauser List Services Inc**
**370 Marie Ct**
**East Meadow, NY 11554-4304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$281.75** |

**Helwig Carbon**
**8900 West Tower Ave**
**PO Box 240160**
**Milwaukee, WI 53224-9008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,878.44** |

**Hilton Garden Inn**
**11600 West Park Place**
**Milwaukee, WI 53224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,588.00** |

**HNRY Logistics Inc**
**PO Box 775556**
**Chicago, IL 60677-5556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$603.17** |

**Home Depot**
**Dept. 32-2502323318**
**PO Box 9001043**
**Louisville, KY 40290-1043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,985,102.25** |

**Horizon Paper Co Inc**
**Dept. 7119**
**Carol Stream, IL 60122-7119**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2019/2020__

Basis for the claim:  __Accounts Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (*if known*) | **20-11942** |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,436.11** |
|---|---|---|---|

**Hot Line Freight**
**PO Box 205**
**West Salem, WI 54669-0205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$337,177.30** |
|---|---|---|---|

**Hubergroup Inc.**
**Dept CH 16836**
**Palatine, IL 60055-6836**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2019/2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hudson Insurance Company**
**1035 Greenwood Blvd, Ste 265**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **2017 renewed April 2020**

Basis for the claim: **Claim against Arandell Corporation dba Falls Express Transit's ICC Broker Bond**

Last 4 digits of account number **3732**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$174.20** |
|---|---|---|---|

**Incheck Inc**
**7500 W. State St, Ste 200**
**Milwaukee, WI 53213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,216.17** |
|---|---|---|---|

**Industrial Controls Distributors LLC**
**Department 116241**
**PO Box 5211**
**Binghamton, NY 13902-5211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.30** |
|---|---|---|---|

**Industrial Equipment & Service**
**PO Box 240237**
**Milwaukee, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,335.95** |
|---|---|---|---|

**InfoGroup**
**PO Box 957742**
**Saint Louis, MO 63195-7742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |

**InfoGroup**
**PO Box 3243**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Inter-Local Pension Fund (Pensort)**
**GCIU Local 577M**
**District Council 1 GCC/IBT**
**633 S. Hawley Road, Ste 100**
**Milwaukee, WI 53214-1965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Employee elected pension deductions**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,807.42** |

**International Delivery Solutions LLC**
**PO Box 420**
**Oak Creek, WI 53154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,403.79** |

**ITU Absorbtech Inc.**
**BIN 88479**
**Milwaukee, WI 53288-0479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,227.01** |

**J R Finishers**
**PO Box 5541**
**Elgin, IL 60121-5541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,226.28** |

**James Imaging Systems Inc**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,657.80** |

**Jani-King of Milwaukee**
**PO Box 1430**
**Brookfield, WI 53008-1430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|

Name

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,440.75** |
|---|---|---|---|

**Johnson Controls**
**PO Box 730068**
**Dallas, TX 75373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,463.76** |
|---|---|---|---|

**Johnstone Supply**
**1615 Paramount Dr**
**Waukesha, WI 53186**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,891.26** |
|---|---|---|---|

**Just Service**
**16200 W. Glendale Dr**
**New Berlin, WI 53151**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,098.29** |
|---|---|---|---|

**Kaeser Compressors Inc**
**PO Box 946**
**Fredericksburg, VA 22404**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157.27** |
|---|---|---|---|

**Kano Laboratories Inc**
**PO Box 110098**
**Nashville, TN 37222-0098**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,975.26** |
|---|---|---|---|

**Kao Collins Inc**
**PO Box 639622**
**Cincinnati, OH 45263-9622**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,507.89** |
|---|---|---|---|

**Kimball Midwest**
**DEPT L-2780**
**Columbus, OH 43260-2780**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | | Case number (if known) | **20-11942** |
|---|---|---|---|---|

Name

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,486.29** |
|---|---|---|---|

**Knives & Blades Inc.**
**5140 N. 125th St**
**Butler, WI 53007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$522.50** |
|---|---|---|---|

**Kohner, Mann & Kailas, S.C.**
**4650 N. Port Washington Rd.**
**Milwaukee, WI 53212-1059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,209.83** |
|---|---|---|---|

**Kooltronic**
**PO Box 240**
**Pennington, NJ 08534-0240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,762.00** |
|---|---|---|---|

**Kronos**
**PO Box 743208**
**Atlanta, GA 30374-3208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019/2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,664.58** |
|---|---|---|---|

**Lakeland Supply Inc.**
**N17 W25081 Bluemound Road**
**Pewaukee, WI 53072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,212.54** |
|---|---|---|---|

**LauterbachGroup Inc.**
**W222 N5710 Miller Way**
**Sussex, WI 53089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$844.41** |
|---|---|---|---|

**Level 3 Communications LLC**
**c/o CenturyLink**
**1025 Eldorado Blvd**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lincoln Financial Group**
PO Box 0821
Carol Stream, IL 60132

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Life/AD&D, Short-term Disability/Long-Term Disability and Voluntary Life Insurance**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113,006.90** |
|---|---|---|---|

**Lindenmeyr Central**
Div of Central National-Gottesman Inc.
PO Box 100431
Atlanta, GA 30384-0431

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$587.16** |
|---|---|---|---|

**LogMeIn USA Inc**
PO Box 50264
Los Angeles, CA 90074-0264

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$439,790.35** |
|---|---|---|---|

**LSC Communications**
PO Box 932987
Cleveland, OH 44193

Date(s) debt was incurred  **2019/2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,394.99** |
|---|---|---|---|

**Lube-Tech & Partners LLC**
28873 Network Pl
Chicago, IL 60673-1288

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$231.23** |
|---|---|---|---|

**Lubrication Engineers Inc.**
PO Box 16025
Wichita, KS 67216

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,649.00** |
|---|---|---|---|

**Lumber Sales & Products**
PO Box 610
Jackson, WI 53037

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number *(if known)* | **20-11942** |
|---|---|---|---|
| | Name | | |

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$875.22**

**M&L Machine Tool & Mfg LLC**
**9567 Hwy 144 North**
**Kewaskum, WI 53040-9734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,170.12**

**Marek Group**
**W228 N821 Westmound Dr**
**Waukesha, WI 53186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,248.30**

**Masterson Staffing Solutions**
**1724 S. Church Street, Ste A**
**Watertown, WI 53094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Temp service for staffing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,865.12**

**Mc Adams Graphics**
**7200 South 1st St**
**Oak Creek, WI 53154-2004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,841.61**

**Mc Master Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165,115.30**

**Microsoft Corporation**
**1950 N Stemmons Fwy Ste 5010 LB842467**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019/2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$202,501.01**

**Midland Paper Company**
**135 S. Lasalle St, Dept 1140**
**Chicago, IL 60674-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,207.44**

**Midwest Print Solutions LLC**
**1055 High St**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,492.15**

**Milwaukee Belt Tech Company**
**7933 N. 73rd St**
**Milwaukee, WI 53223-4045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,996.00**

**Miraclon Corp**
**343 State Street**
**Rochester, NY 14650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,300.77**

**Motion & Control Enterprises LLC**
**PO Box 775888**
**Chicago, IL 60677-5888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$419.22**

**MSC Industrial Supply Company**
**PO Box 953635**
**Saint Louis, MO 63195-3635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,470.84**

**Mueller Graphic Supply**
**11475 W. Theo Trecker Way**
**Milwaukee, WI 53214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nassco Inc.**
**5365 S. Moorland Rd**
**New Berlin, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **No Balance- Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
| | Name | | |

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**National Cooperative**
195 E. Badger Rd
Madison, WI 53713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **RX Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,114.72**

**NaviStone Inc**
Dept CH 10731
Palatine, IL 60055-0731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$429.89**

**Neff Engineering of WI Inc**
Dept 6081
Carol Stream, IL 60122-6081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$374.42**

**Neus Building Center Inc**
N95 W16915 Richfield Way
PO Box 0665
Menomonee Falls, WI 53052-0665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,112.14**

**New Pig Corporation**
One Pork Ave
Tipton, PA 16684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11.34**

**Newark**
33190 Collection Center Dr
Chicago, IL 60693-0331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,850.00**

**Nolan Transportation Group Inc**
PO Box 931184
Atlanta, GA 31193-1184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Arandell Corporation**
_____
Name

Case number (*if known*)    **20-11942**

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,354.68** |

**Nordson**
**PO Box 802586**
**Chicago, IL 60680-2586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,008.56** |

**Norflex Inc**
**720 Norflex Drive**
**Hudson, WI 54016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,758.11** |

**NYS Workers Compensation Board**
**328 State Street, Rm 331**
**Attn: Finance Office**
**Schenectady, NY 12305**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |

**OAD Northcentral LLC**
**N24 W30953 Fairway Ct**
**Pewaukee, WI 53072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,632.13** |

**Old Dominion Freight Line Inc**
**14933 Colletion Center Dr**
**Chicago, IL 60693-4933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111,085.00** |

**One Point Logistics Inc**
**Dept CH 17852**
**Palatine, IL 60055-7852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019/2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,391.60** |

**OxyTech Systems Inc.**
**852 Commerce Pkwy**
**Carpentersville, IL 60110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20  7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,657.27** |
|---|---|---|---|

**Packaging Corporation of America**
**36596 Treasury Center**
**Chicago, IL 60694-6500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$994.42** |
|---|---|---|---|

**Performance Freight Systems**
**PO Box 270107**
**Minneapolis, MN 55427-0107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,240.05** |
|---|---|---|---|

**Petco Roller Company**
**28041 N. Bradley Rd**
**Lake Forest, IL 60045-1163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$303,668.00** |
|---|---|---|---|

**Pinwheel Logistics Inc**
**PO Box 610028**
**Dallas, TX 75261-0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019/2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$273.00** |
|---|---|---|---|

**Plastics Unlimited Inc**
**12012 W. Fairview Ave**
**PO Box 26443**
**Milwaukee, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,747.50** |
|---|---|---|---|

**Poblocki Paving Corp**
**PO Box 13456**
**Milwaukee, WI 53213-0456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87.53** |
|---|---|---|---|

**Power/Mation Division Inc**
**PO Box 860314**
**Minneapolis, MN 55486-0314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (*if known*) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00**

**Precision Color Graphics**
**9640 S. Oakwood Park Dr**
**Franklin, WI 53132-8678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332.50**

**Predictive Maintenance and Balancing**
**PO Box 241427**
**Milwaukee, WI 53224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,850.00**

**Pride USA Inc**
**1201 Laura Ln**
**Lake Bluff, IL 60044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Principal National Life Insurance Co.**
**711 High Street**
**Individual Client Services**
**Des Moines, IA 50392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Insurance - Term Life**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,717.14**

**Print & Mailing Solutions LLC**
**PO Box 66244**
**Chicago, IL 60666-0244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,649.85**

**Print2Finish LLC**
**PO Box 153**
**Hastings on Hudson, NY 10706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,279.72**

**Professional Control Corp**
**PO Box 130**
**Germantown, WI 53022-0130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Arandell Corporation**
_____
Name

Case number (*if known*)    **20-11942**

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,930.00 |
|---|---|---|---|

**Professional Door Systems Inc**
**2602 Georgia Ave**
**PO Box 1408**
**Sheboygan, WI 53082-1408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $521,440.76 |
|---|---|---|---|

**Progressive Converting**
**2430 E. Glendale Ave**
**Appleton, WI 54911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019/2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $626.14 |
|---|---|---|---|

**Pump Solutions Inc.**
**2821 Index Rd**
**Madison, WI 53713-3116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,884.69 |
|---|---|---|---|

**Quality Electric Service**
**4170 North 35th St**
**Milwaukee, WI 53216-1708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,287.73 |
|---|---|---|---|

**Quik X Transportation Inc**
**5425 Dixie Rd, Bldg B**
**Mississauga, ON L4W 1E6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,057.62 |
|---|---|---|---|

**Radwell International, Inc.**
**Bank of America**
**PO Box 419343**
**Boston, MA 02241-9343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,730.79 |
|---|---|---|---|

**RBP Chemical Technology Inc**
**PO Box 7047**
**Carol Stream, IL 60197-7047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

10/12/20  7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|--------|--------------------------|------------------------|--------------|

Name

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$204.24** |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**Recycle Technologies Inc.**
**4000 Winnetka Ave N**
**Minneapolis, MN 55427**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00** |
|-------|--------------------------------------------------|-------------------------------------------------------------------|----------------|

**Redwood Multimodal**
**29858 Network Pl**
**Chicago, IL 60673-1298**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,810.09** |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------------|

**Reindl Bindery Inc**
**W194 N11381 McCormick Dr**
**Germantown, WI 53022**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,726.56** |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------------|

**Revere Electric**
**8218 Solutions Center**
**Chicago, IL 60677-8002**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$999.64** |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**Rima System Atlanta LLC**
**5340 Argosy Ave**
**Huntington Beach, CA 92649-1037**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$113,740.45** |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------------|

**Roosevelt Paper Company**
**PO Box 785175**
**Philadelphia, PA 19178-5175**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105.50** |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**Rose's Flower Shop**
**800 N. 68th Street**
**Milwaukee, WI 53213**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,833.20** |
|---|---|---|---|

**Rossini North America LLC**
**4350 Creek Park Dr**
**Suwanee, GA 30024-3996**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,012.31** |
|---|---|---|---|

**Rotadyne Rotation Dynamics**
**PO Box 6730**
**Carol Stream, IL 60197-6730**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$149,439.14** |
|---|---|---|---|

**RRD Response Marketing Solutions**
**5501 W. Grand Ave**
**Chicago, IL 60639-2909**

Date(s) debt was incurred  **2019/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,422.30** |
|---|---|---|---|

**Rudd Container Corp**
**4600 S. Kolin Ave**
**Chicago, IL 60632**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,946.23** |
|---|---|---|---|

**Ryder Transportation Services**
**PO Box 96723**
**Chicago, IL 60693**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,100.00** |
|---|---|---|---|

**Schneider National Inc.**
**2567 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,609.41** |
|---|---|---|---|

**Schumann Printers Inc**
**Attn: Dan Schumann**
**701 S. Main Street**
**Fall River, WI 53932**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
| | Name | | |

---

**3.214** | Nonpriority creditor's name and mailing address
**Secure Fire & Safety LLC**
**11905 W. Ripley Ave**
**Milwaukee, WI 53226**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,637.46**

---

**3.215** | Nonpriority creditor's name and mailing address
**Shred It**
**28883 Network Pl**
**Chicago, IL 60673-1288**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$321.93**

---

**3.216** | Nonpriority creditor's name and mailing address
**Siemens Industry Inc**
**PO Box 371-034**
**Pittsburgh, PA 15251-7034**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$7,765.83**

---

**3.217** | Nonpriority creditor's name and mailing address
**Sim-Products**
**6903 E 1600th Ave**
**Shumway, IL 62461-2343**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,579.62**

---

**3.218** | Nonpriority creditor's name and mailing address
**Simco**
**PO Box 95679**
**Chicago, IL 60694**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,763.98**

---

**3.219** | Nonpriority creditor's name and mailing address
**SMC3**
**500 Westpark Drive, Ste 300**
**Peachtree City, GA 30269**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,750.00**

---

**3.220** | Nonpriority creditor's name and mailing address
**Smyth**
**NW 9556**
**PO Box 1450**
**Minneapolis, MN 55485-9556**

Date(s) debt was incurred  **2019/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$211,489.35**

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | | Case number (if known) | **20-11942** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Specialty Care Managment, LLC**
PO Box 732
**Attn: Craig Clemente**
**Lahaska, PA 18931**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance - Dialysis Claim Admin**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,550.00** |
|---|---|---|---|

**Standard Express Inc**
7720 N. 81st St
**Milwaukee, WI 53223**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,135.77** |
|---|---|---|---|

**Staples Business Advantage**
Dept. DET 2368
**PO Box 83689**
**Chicago, IL 60696**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$122.26** |
|---|---|---|---|

**State Industrial Products**
PO Box 844284
**Boston, MA 02284-4284**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,752.60** |
|---|---|---|---|

**Sun Chemical**
PO Box 2193
**Carol Stream, IL 60132-2193**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sun Life Financial**
One Sun Life Executive Park
**Wellesley Hills, MA 02481**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance - Medical Stop-Loss**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,176.25** |
|---|---|---|---|

**SunSource**
PO Box 74007453
**Chicago, IL 60674-7453**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

**3.228** | Nonpriority creditor's name and mailing address
**Super Bright LEDs, Inc.**
**4400 Earth City Expressway**
**Earth City, MO 63045-1328**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$157.86**

---

**3.229** | Nonpriority creditor's name and mailing address
**Superior Vision Insurance Plan of WI Inc**
**PO Box 8408**
**Carol Stream, IL 60197-8408**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$2,268.26**

---

**3.230** | Nonpriority creditor's name and mailing address
**SYNCB/Amazon**
**PO Box 530958**
**Atlanta, GA 30374**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$490.11**

---

**3.231** | Nonpriority creditor's name and mailing address
**Techmaster Inc.**
**N94 W14376 Grawin Mace Dr**
**Menomonee Falls, WI 53051-1629**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$223.54**

---

**3.232** | Nonpriority creditor's name and mailing address
**Tesa TL LLC**
**126 W. Bledsoe Rd**
**Newnan, GA 30265**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.233** | Nonpriority creditor's name and mailing address
**The Continental Insurance Company**
**CNA Center**
**333 South Wabash Ave**
**Chicago, IL 60606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance - International Business**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.234** | Nonpriority creditor's name and mailing address
**The Legend at Brandybrook**
**1325 E. Bristlecone Dr**
**Hartland, WI 53029**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$866.80**

---

10/12/20  7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$424.84** |
|---|---|---|---|

**The Legend at Merrill Hills**
**1325 E. Bristlecone Dr**
**Hartland, WI 53029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$204.95** |
|---|---|---|---|

**Thermal Care**
**Dept. 430**
**PO Box 644537**
**Pittsburgh, PA 15264-4537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,551.73** |
|---|---|---|---|

**Time Warner Cable**
**PO Box 4639**
**Carol Stream, IL 60197-4639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tokio Marine HCC - Stop Loss Group**
**3660 Woodview Trace, Ste 180**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Insurance - Transplant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$226,000.00** |
|---|---|---|---|

**Tom Patterson**
**4255 Weeping Willow Lane**
**Huntington, MD 20639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,435.85** |
|---|---|---|---|

**Toms Shoes Inc**
**5404 Jandy Place**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019/2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,256.31** |
|---|---|---|---|

**Tradebe Environmental Services LLC**
**Tradebe Treatment & Recycling**
**PO Box 674238**
**Dallas, TX 75267-4238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,259.85**

**Trane US Inc**
**PO Box 98167**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$810.60**

**Transcat, Inc.**
**PO Box 62827**
**Baltimore, MD 21264-2827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$153,123.77**

**Trend AT LLC**
**2627 S. Bayshore Dr #3102**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,203.78**

**Trudell Trailers**
**Lockbox 88899**
**Milwaukee, WI 53288-0899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Accounts Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,435,000.00**

**U.S. Small Business Administration**
**Eric Ness, District Director**
**Wisconsin District Office**
**310 West Wisconsin Avenue 580W**
**Milwaukee, WI 53203**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **April 8, 2020**

Basis for the claim: **PPP Loan Program**

Last 4 digits of account number **7003**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**UMR**
**115 W. Wausau Ave**
**Wausau, WI 54401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Medical Insurance/COBRA Administrator**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116,381.78**

**UMR**
**115 W. Wausau Ave**
**Wausau, WI 54401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Pre-petition Self-funded Medical Claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Arandell Corporation**
_____
Name

Case number (*if known*)    **20-11942**

| | |
|---|---|
| 3.249 | **Nonpriority creditor's name and mailing address** |

**United Business Mail**
**801 W. Bryn Mawr Ave**
**Itasca, IL 60143**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$19,419.79**

---

| | |
|---|---|
| 3.250 | **Nonpriority creditor's name and mailing address** |

**United Heartland**
**Attn: Katrina Harper**
**PO Box 40790**
**Lansing, MI 48901**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance-Work Comp**

Is the claim subject to offset? ■ No ☐ Yes

**$59,930.00**

---

| | |
|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address** |

**United Mailing Services**
**3625 N 126th St**
**Brookfield, WI 53005**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$131,197.28**

---

| | |
|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address** |

**United P&H Supply**
**PO Box 250850**
**Milwaukee, WI 53225-6514**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,682.67**

---

| | |
|---|---|
| 3.253 | **Nonpriority creditor's name and mailing address** |

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

Date(s) debt was incurred  **2019/2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$58,797.90**

---

| | |
|---|---|
| 3.254 | **Nonpriority creditor's name and mailing address** |

**UPS Freight**
**28013 Network Place**
**Chicago, IL 60673-1280**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$6,751.92**

---

| | |
|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** |

**UPS SCS Inc**
**28013 Network**
**Chicago, IL 60673-1280**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,622.84**

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$152.28** |
|---|---|---|---|

**USABlueBook**
**PO Box 9004**
**Gurnee, IL 60031-9004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Accounts Payable**

**Last 4 digits of account number _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,364.77** |
|---|---|---|---|

**Veritiv - Operating Company (Paper)**
**7472 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Accounts Payable**

**Last 4 digits of account number _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49,491.93** |
|---|---|---|---|

**Veritiv Operating Company**
**7472 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Accounts Payable**

**Last 4 digits of account number _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,060.40** |
|---|---|---|---|

**Von Briesen & Roper SC**
**411 E. Wisconsin Ave, Ste 1000**
**Milwaukee, WI 53202-4409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Accounts Payable**

**Last 4 digits of account number _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,513.44** |
|---|---|---|---|

**Warehouse Equipment Co Inc**
**W132 N10424 Grant Dr**
**Germantown, WI 53022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Accounts Payable**

**Last 4 digits of account number _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,758.11** |
|---|---|---|---|

**Warren Industries Inc**
**3100 Mt. Pleasant St**
**Racine, WI 53404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Accounts Payable**

**Last 4 digits of account number _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$776.33** |
|---|---|---|---|

**Waste Management of Wisconsin**
**PO Box 4648**
**Carol Stream, IL 60197-4648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Accounts Payable**

**Last 4 digits of account number _**

Is the claim subject to offset? ☑ No ☐ Yes

---

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number (if known) | **20-11942** |
|---|---|---|---|
| | Name | | |

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$205.00** |
|---|---|---|---|

**Watertown Budget Print**
**107 South 5th Street**
**Watertown, WI 53094-4601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160.65** |
|---|---|---|---|

**Watson's Vending - Sheboygan**
**2335 Union Ave**
**Sheboygan, WI 53081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41,265.49** |
|---|---|---|---|

**WCJ Pilgrim Wire LLC**
**220 Boxwood Lane**
**York, PA 17402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$278,204.82** |
|---|---|---|---|

**WE Energies**
**PO Box 90001**
**Milwaukee, WI 53290-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  **Mulitiple Accts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,299.96** |
|---|---|---|---|

**Windstream**
**PO Box 88104**
**Chicago, IL 60680-1104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$485.00** |
|---|---|---|---|

**Wisconsin Emergency Management**
**Fee Processing Services**
**Drawer 988**
**Milwaukee, WI 53293-0988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$89.73** |
|---|---|---|---|

**Wittlin's Service**
**N92 W17387 Appleton Ave**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

10/12/20 7:12PM

| | |
|---|---|
| Debtor **Arandell Corporation** | Case number (if known) **20-11942** |
| Name | |

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,917.57**
---|---|---|---

**WS Packaging Group Inc (nka Multi-Color)**
PO Box 74007320
Chicago, IL 60674-7320

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,886.65**

**XPO Logistics Freight Inc**
27724 Network Pl
Chicago, IL 60673-1277

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.14**

**XPO Logistics Freight Inc**
29559 Network Pl
Chicago, IL 60673-1599

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,441.48**

**YRC Feight**
PO Box 93151
Chicago, IL 60673-3151

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,182.38**

**Zien Service, Inc.**
2303 W. Mill Road
Milwaukee, WI 53209

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$869.88**

**Zorn Compressor & Equipment**
1335 E. Wisconsin Ave
Pewaukee, WI 53072-3717

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney General of the United States**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | Line  **3.246**<br><br>☐ Not listed. Explain ____ | _ |

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | | Case number (if known) | **20-11942** |

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Attorney John P. Jett**<br>**Kilpatrick Townsend & Stockton LLP**<br>**1100 Peachtree St, Ste 2800**<br>**Atlanta, GA 30309-4530** | Line **3.258**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **Attorney John P. Jett**<br>**Kilpatrick Townsend & Stockton LLP**<br>**1100 Peachtree St, Ste 2800**<br>**Atlanta, GA 30309-4530** | Line **3.257**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Attorney Marc Ashley**<br>**1615 Ashland Bluff Way**<br>**Reno, NV 89523-6856** | Line **3.113**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Attorney William A. Rinehart**<br>**Rinehart, Scaffidi & Rinehart LLC**<br>**4701 N. Port Washington Rd 3rd Fl**<br>**PO Box 11975**<br>**Milwaukee, WI 53211-0975** | Line **3.127**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **Attorney William Rinehart**<br>**Rinehart, Scaffidi & Rinehart LLC**<br>**4701 N Port Washington Rd 3rd Fl**<br>**PO  Box 11975**<br>**Milwaukee, WI 53211-0975** | Line **3.157**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **Attorney William Rinehart**<br>**Rinehart, Scaffidi & Rinehart LLC**<br>**4701 N Port Washington Rd 3rd Fl**<br>**PO  Box 11975**<br>**Milwaukee, WI 53211-0975** | Line **3.57**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **CIBC Bank USA**<br>**120 South LaSalle Street**<br>**8th floor**<br>**Chicago, IL 60603** | Line **3.246**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **GCC/IBT National Pension Fund**<br>**Georges Smetana, Administrator**<br>**455 Kehoe Boulevard, Suite 101**<br>**Carol Stream, IL 60188** | Line **3.102**<br><br>☐ Not listed. Explain ____ | **0031** |
| 4.10 **Graphic Arts Industry JT Pension Trust**<br>**attn: Angela Alvey Fund Administrator**<br>**25 Louisiana Avenue**<br>**Washington, DC 20001** | Line **3.99**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 **Graphic Communication Conference**<br>**International Brotherhood of Teamsters**<br>**Trustees of GCC/IBT Nat'l Pension Fund**<br>**455 Kehoe Blvd, Ste 101**<br>**Carol Stream, IL 60188** | Line **3.99**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 **Graphic Communication Conference**<br>**International Brotherhood of Teamsters**<br>**Trustees of GCC/IBT Nat'l Pension Fund**<br>**455 Kehoe Blvd, Ste 101**<br>**Carol Stream, IL 60188** | Line **3.100**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number *(if known)* | **20-11942** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Graphic Communication Conference International Brotherhood of Teamsters Trustees of GCC/IBT Nat'l Pension Fund 455 Kehoe Blvd, Ste 101 Carol Stream, IL 60188** | Line **3.101** ☐ Not listed. Explain ____ | _ |
| 4.14 | **InfoGroup PO Box 3243 Omaha, NE 68103** | Line **3.122** ☐ Not listed. Explain ____ | _ |
| 4.15 | **JW Bond Consultants, Inc. 6023A Keller Church Road Attn: Steve Varga Pipersville, PA 18947** | Line **3.118** ☐ Not listed. Explain ____ | _ |
| 4.16 | **Menn Law Firm, Ltd. 2501 E. Enterprise Ave. PO Box 785 Attn: Attorney Douglas Hahn Appleton, WI 54912-0785** | Line **3.194** ☐ Not listed. Explain ____ | _ |
| 4.17 | **Michael Best and Friedrich LLP c/o Adam E Witkov 790 N Water Street  Suite 2500 Milwaukee, WI 53202** | Line **3.76** ☐ Not listed. Explain ____ | _ |
| 4.18 | **U.S. Attorneys Office (SBA) 517 E Wisconsin Avenue Milwaukee, WI 53202** | Line **3.246** ☐ Not listed. Explain ____ | _ |
| 4.19 | **WE Energies 231 W. Michigan Street PO Box 2046 Milwaukee, WI 53203** | Line **3.266** ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 815,316.60 |
| **5b. Total claims from Part 2** | 5b. | + $ | 193,591,097.64 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 194,406,414.24 |

10/12/20 7:12PM

**Fill in this information to identify the case:**

Debtor name    **Arandell Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11942**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease - Secured by Co Mailer and Palletizer**<br><br>**3/15/2023** | |

| | |
|---|---|
| | **Accord CapX, LLC**<br>**155 N Wacker #1760**<br>**Chicago, IL 60606** |

| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Contract - EZPaySuiteBasic Check Software Contract - HP 9050 Check Printer**<br>**12/31/2020** | |
|---|---|---|
| | | **Acom Solutions**<br>**2850 E. 29th Street**<br>**Long Beach, CA 90806** |

| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agreement - UPS Audit Service**<br><br>**Ongoing** | |
|---|---|---|
| | | **ADK Consulting**<br>**8209 Portland Ave**<br>**Milwaukee, WI 53213-3015** |

| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agreement - Targeted Healthcare Savings Service**<br><br>**Ongoing** | |
|---|---|---|
| | | **Alithias Inc**<br>**906 E. Circle Dr**<br>**Whitefish Bay, WI 53217** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | Case number *(if known)* | **20-11942** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Business Liability and Casualty Ins (includes: Business Property, Inland Marine, General Liability, Employee Benefits, Stop Gap, Umbrella coverage and Business Auto)** | |
|---|---|---|---|
| | | **Contract - D&O, third party and crime insurance** | |
| | State the term remaining | **12/31/2020** | **American Casualty Co of Reading, PA** |
| | List the contract number of any government contract | | **151 N. Franklin** |
| | | | **Port Washington, WI 53074** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Pricing Agreement - Propane** | |
|---|---|---|---|
| | State the term remaining | **10/31/2020** | **AmeriGas Propane LP - Milwaukee** |
| | List the contract number of any government contract | | **PO Box 371473** |
| | | | **Pittsburgh, PA 15250-7473** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Benefit intermediary (broker) and consulting services** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Ansay & Associates LL** |
| | List the contract number of any government contract | | **101 E Grand Ave, Ste 11** |
| | | | **Port Washington, WI 53074** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | | Case number (*if known*) | **20-11942** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Target Software for Invoice Submission** | |
|---|---|---|---|
| | State the term remaining | **4/30/2020** | **Ariba (SAP)** |
| | List the contract number of any government contract | | **3420 Hillview Ave, Blg 3** **Palo Alto, CA 94304** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Phone, Fire & Security Line (2622554409)** **Contract - Internet (50 MBPS KY Service 831-000-8028)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **AT&T** |
| | List the contract number of any government contract | | **PO Box 5019** **Carol Stream, IL 60197-5019** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Mobile Phones employee/Floor Support** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **AT&T Mobility** |
| | List the contract number of any government contract | | **PO Box 6463** **Carol Stream, IL 60197-6463** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Software Licensing/Support - Fixed Asset Software** | |
|---|---|---|---|
| | State the term remaining | **7/30/2020** | **BNA** |
| | List the contract number of any government contract | | **PO Box 419889** **Boston, MA 02241-9889** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement effective January 1, 2014** | |
|---|---|---|---|
| | State the term remaining | | **Bradley Hoffman** |
| | List the contract number of any government contract | | |

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | Case number *(if known)* | **20-11942** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - IBM Park Place Maintenance Agreement - Netapp Brocade Park Place Maintenance** | |
|---|---|---|---|
| | State the term remaining | **7/31/2021** | **Capital Data Park Place 500 Donald J Lynch Blvd Marlborough, MA 01752** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Land and Buildings located at N82W13118 Leon Rd, Menomonee Falls, WI (Real Estate finance obligation, on balance sheet as WP Carey)** | |
|---|---|---|---|
| | State the term remaining | **12/31/2035** | **CAT LOG (WI) LLC c/o  WP Carey Inc 50 Rockefeller Plaza - second floor New York, NY 10020** |
| | List the contract number of any government contract | **n/a** | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Precautionary Filing for Master Lease Agreement No. 11370 dated 5-10-18 (UCC filed 7-13-2018)** | |
|---|---|---|---|
| | State the term remaining | | **CCA Financial LLC 7275 Glen Forest Drive Suite 100 Richmond, VA 23226** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Nutanix Server Farm** | |
|---|---|---|---|
| | State the term remaining | **4/30/2021** | **CD Leasing, LLC 7275 Glen Forest Dr, Ste 100 Richmond, VA 23226** |
| | List the contract number of any government contract | | |

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | | Case number *(if known)* | **20-11942** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Switch Support - Ongoing Agreement - McAfee Anti-Virus - Ends 11-18-2021 Software/Licensing/Support - Proofpoint Spam Filtering- Ends 3-27-2021 Software Licensing/Support - EMC Software/Hardware Support - Ends 11-22-2022 Software Licensing/Support - VMWare Software/Hardware Support - Ends 3-4-2021** | |
|---|---|---|---|
| | State the term remaining | **see above** | **CDW** |
| | List the contract number of any government contract | | **PO Box 75723 Chicago, IL 60675-5723** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Ink/pricing and pounds** | |
|---|---|---|---|
| | State the term remaining | **11/18/2021** | **Central Ink Corporation** |
| | List the contract number of any government contract | | **PO Box 2165 Bedford Park, IL 60499-2165** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Marketing Support** | |
|---|---|---|---|
| | State the term remaining | **12/31/2021** | **CI Design** |
| | List the contract number of any government contract | | **306 N. Milwaukee St, Fl 2 Milwaukee, WI 53202** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Switch Maintenance and Support** | |
|---|---|---|---|
| | State the term remaining | **11/15/2020** | **Cisco Systems, Inc. (Capital Corp)** |
| | List the contract number of any government contract | | **170 West Tasman Drive San Jose, CA 95134** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | Case number *(if known)* | **20-11942** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Natural Gas Hedge** | |
|---|---|---|---|
| | State the term remaining | **12/31/2021** | **Constellation NewEnergy Gas Division c/o Bank of America Lockbox Services 15473 Collections Center Drive Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Phone System Support** | |
|---|---|---|---|
| | State the term remaining | **6/29/2021** | **Converged Technology 2990 Express Drive South Islandia, NY 11749** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Furniture for Condo** | |
|---|---|---|---|
| | State the term remaining | **7/31/2021** | **Cort Business Services Corp 4401 Fair Lakes Court Fairfax, VA 22033** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Agreement - Temp Employees KY** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **Crown Services Inc PO Box 734013 Chicago, IL 60673-4013** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement effective December 28, 2015** | |
|---|---|---|---|
| | State the term remaining | | **David Kane** |
| | List the contract number of any government contract | | |

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | | Case number *(if known)* | **20-11942** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Schedule 1 - 23 Hyster S50FT- Ends 4-30-2022**<br>**Lease - Schedule 2 - 7 Hyster S50FT - Ends 4-30-2022**<br>**Lease - Schedule 3 - 2 Hyster S120FTPRS - Ends 4-30-2022**<br>**Lease - Schedule 4 - 2 Hyster SFTPRS - Ends 4-30-2022**<br>**Lease - Schedule 5 - 6 Hyster E35HSD - Ends 4-30-2022**<br>**Lease - Schedule 6 - 2 Hyster W40Z - Ends 4-30-2022**<br>**Lease - Schedule 7 - 40 Wireless Asset Mgt System -Ends 6-30-2020**<br>**Lease - Schedule 8 - 2 Hyster R2.0 -Ends 9-30-2020** | |
|---|---|---|---|
| | State the term remaining | **See above** | |
| | List the contract number of any government contract | | **De Lage Landen Financial Services, Inc.**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 2018 Cadillac Escalade - Ends 5-1-2021**<br>**Lease - 2018 Ford Explorer - Ends 5-1-2021**<br>**Lease - 2015 Ford Explorer - Ends 7-15-2023**<br>**Lease - 2017 Ford Explorer - Ends 8-30-2020** | |
|---|---|---|---|
| | State the term remaining | **See above** | |
| | List the contract number of any government contract | | **Doering Leasing Co**<br>**15300 W. Capitol Dr**<br>**Brookfield, WI 53005** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - KY Support Plan**<br>**Contract - Magnus Support**<br>**Contract - Insite Prinergy Trendsetter**<br>**Contract - 5122/12 FT Printer -Ends 5-15-2021** | **Eastman Kodak Company**<br>**1778 Solutions Center**<br>**Chicago, IL 60677-1007** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

10/12/20 7:12PM

Debtor 1 **Arandell Corporation**
_____
First Name    Middle Name    Last Name

Case number (*if known*)  **20-11942**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | **Ongoing** |
| List the contract number of any government contract | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Software Licensing/Support - Printflow Professional Suite Software Licensing/Support - Fiery XF Renewal** | |
|---|---|---|---|
| | State the term remaining | **7/31/2021** | **Electronics for Imaging Inc. 1340 Corporate Center Curve Saint Paul, MN 55121** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Maintenance Agreement on ECS Bindery** | |
|---|---|---|---|
| | State the term remaining | **12/31/2022** | **Enternet Control Systems 21 Sequin Dr Glastonbury, CT 06033** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Trade receivables credit insurance** | |
|---|---|---|---|
| | State the term remaining | **3/14/2021** | **Euler Hermes North American Insurance Co c/o Finance Dept 800 Red Brook Blvd Ends 4-15-2021, MD 21117-1008** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Software Licensing/Support - Expense Reporting Software** | |
|---|---|---|---|
| | State the term remaining | **4/20/2021** | **ExpenseWatch 2 St. Clair Ave, Ste 750 Toronto Ontario, Canada M4T 2T5** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Repair and Service for all Fork Trucks** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Fairchild Equipment PO Box 856386 Minneapolis, MN 55485-6386** |
| | List the contract number of any government contract | | |

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | Case number *(if known)* | **20-11942** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Sofware Licensing/Support - Spreadsheet Server Financial Reporting Ends 6-24-2021** | |
|---|---|---|---|
| | State the term remaining | | **Global Software Inc 8529 Six Forks Rd Raleigh, NC 27615** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Condo Lease-KY** | |
|---|---|---|---|
| | State the term remaining | **10/23/2020** | **Grand at Florence 6111 Sunlight Dr, Apt B Florence, KY 41042** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Bindery Labor Contract - Lithography Labor** | |
|---|---|---|---|
| | State the term remaining | **3/31/2022** | **Graphic Communication Conference International Brotherhood of Teamsters District Counsel 1, Local 577-M 633 South Hawley Road, Ste 100 Milwaukee, WI 53214** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Pricing Agreement - Ink Pricing** | |
|---|---|---|---|
| | State the term remaining | **11/1/2021** | **Hubergroup Inc. Dept CH 16836 Palatine, IL 60055-6836** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - HR Background screening services** | |
|---|---|---|---|
| | State the term remaining | **9/21/2020** | **Incheck Inc 7500 W. State St, Ste 200 Milwaukee, WI 53213** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Infogroup Marketing Agmt** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **InfoGroup PO Box 957742 Saint Louis, MO 63195-7742** |

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | Case number *(if known)* | **20-11942** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Shop Towels and Uniforms** | |
|---|---|---|---|
| | State the term remaining | **8/19/2023** | |
| | List the contract number of any government contract | | **ITU Absorbtech Inc.**<br>**BIN 88479**<br>**Milwaukee, WI 53288-0479** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Copiers and Printers Various Toshiba, Konica Minolta, and Lexmark Copiers & Printers (UCC filed 6-25-2018)** | |
|---|---|---|---|
| | State the term remaining | **Ends 7-31-2022** | |
| | List the contract number of any government contract | | **James Imaging Systems Inc**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement effective January 2, 2019** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **James Lanman**<br>**2418 Carriage Lane**<br>**Charleston, IL 61920** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Cleaning of WI Floor/Offices** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | |
| | List the contract number of any government contract | | **Jani-King of Milwaukee**<br>**PO Box 1430**<br>**Brookfield, WI 53008-1430** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - HVAC/Chiller/Pump Support** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | |
| | List the contract number of any government contract | | **Johnson Controls**<br>**12000 W. Wirth Street, Ste 102**<br>**Milwaukee, WI 53222** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

10/12/20 7:12PM

Debtor 1  **Arandell Corporation**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **20-11942**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Alarm Monitoring/Brivo Server Support -WI** | |
|---|---|---|---|
| | State the term remaining | **9/3/2024** | **Johnson Controls Security Solutions 200 N Patrick Blvd, Ste 300 Brookfield, WI 53045** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Alarm Monitoring -KY** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Johnson Controls Security Solutions 10405 Crosspoint Blvd Indianapolis, IN 46256** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Clock Payments -Ends 12-26-2020 Contract - Payroll Software/setup and configuration -Ends 5-18-2021 Contract - Payroll Tax and Support Filing Software - Ends 2-1-2021 Contract - Clock Software Support -Ends 7-2-2021** | |
|---|---|---|---|
| | State the term remaining | **See above** | **Kronos PO Box 743208 Atlanta, GA 30374-3208** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - 100MB Fiber Internet** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Level 3 Communications LLC PO Box 910182 Venice, CA 90291-0182** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Software Licensing/Support - GO TO Meeting Software** | |
|---|---|---|---|
| | State the term remaining | **8/1/2020** | **LogMeIn USA Inc PO Box 50264 Los Angeles, CA 90074-0264** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | | Case number *(if known)* | **20-11942** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Agreement - Temp Employees WI** | |
|---|---|---|---|
| | State the term remaining | **2/1/2021** | **Masterson Staffing Solutions** |
| | List the contract number of any government contract _____ | | **1724 S. Church Street, Ste A** **Watertown, WI 53094** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Software Licensing/Support - Software/Servers/Applications** | |
|---|---|---|---|
| | State the term remaining | **6/30/2021** | **Microsoft Corporation** |
| | List the contract number of any government contract _____ | | **1950 N Stemmons Fwy Ste 5010 LB842467** **Dallas, TX 75207** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - MC914 Scanner Zebra Care Agreement - MC919G Scanner Zebra Care** | |
|---|---|---|---|
| | State the term remaining | **11/30/2020** | **Miles Data Technologies** |
| | List the contract number of any government contract _____ | | **3913 W Prospect Ave** **Appleton, WI 54914** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Kodak Approval XP4 2400** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Miroclon Corporation** |
| | List the contract number of any government contract _____ | | **2720 South Frontage Road** **Weatherford, OK 73096** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Pre-press Supplies** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Mueller Graphic Supply** |
| | List the contract number of any government contract _____ | | **11475 W. Theo Trecker Way** **Milwaukee, WI 53214** |

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | | Case number *(if known)* | **20-11942** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Dun & Bradstreet** | |
|---|---|---|---|
| | State the term remaining | **5/31/2021** | **NACM Midwest**<br>**3005 Tollview Dr**<br>**Rolling Meadows, IL 60008** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Software Licensing/Support - Pdaq license Maintenance/Shop Floor License/Support Software Licensing/Support - Bindery License Maintenance** | |
|---|---|---|---|
| | State the term remaining | **7/1/2021; 8/1/2021; 9/1/2021** | **NASTech Inc.**<br>**488 Meandering Way**<br>**Polk City, FL 33868-5143** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Cloud offsite storage** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Navisite LLC**<br>**Lockbox 5138**<br>**PO Box 7247**<br>**Philadelphia, PA 19170-5138** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Direct Mail Post Card Programs** | |
|---|---|---|---|
| | State the term remaining | **4/24/2021** | **Navistone Inc**<br>**Dept CH 10731**<br>**Palatine, IL 60055-0731** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Organizational Analysis Design Software** | |
|---|---|---|---|
| | State the term remaining | **11/1/2020** | **OAD Northcentral LLC**<br>**N24 W30953 Fairway Ct**<br>**Pewaukee, WI 53072** |
| | List the contract number of any government contract | | |

10/12/20  7:12PM

Debtor 1  **Arandell Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)  **20-11942**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.62.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Software Licensing/Support - JDEdwards Support Agreement**
**6/19/2021**

**Oracle America Inc**
**500 Oracle Pkwy**
**Redwood City, CA 94065**

---

**2.63.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Contract for purchase of scrap paper**

**6/30/2023**

**Peltz Group c/o Waste Management**
**W132 N10487 Grant Drive**
**Germantown, WI 53022**

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Contract - Snow removal - Ends 5-14-2021**
**Contract - Landscaping - Ends 12-31-2020**
**see above**

**Poblocki Paving Corp**
**PO Box 13456**
**Milwaukee, WI 53213-0456**

---

**2.65.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Contract - Key Man Life Insurance**

**Ongoing**

**Principal Life insurance Company**
**711 High Street**
**Des Moines, IA 50392**

---

**2.66.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lease - Poly Bag Equipment (3 machines)**

**Ongoing**

**Print & Mailing Solutions LLC**
**PO Box 66244**
**Chicago, IL 60666-0244**

---

**2.67.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

**Agreement - Temporary Driver (CDL Agreement)**

**Ongoing**

**ProDriver Leasing Systems Inc.**
**3325A S Business Dr**
**Sheboygan, WI 53081-6527**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | Case number *(if known)* | **20-11942** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Maintenance Agreement on Battery Backup 7/14/2021** | |
|---|---|---|---|
| | State the term remaining | | **QPS** |
| | List the contract number of any government contract _____ | | **5718 Manufacturers Dr Madison, WI 53704** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Mail Meter - Ongoing Software Licensing/Support - Mail post/presort software - 12/31/2023 see above** | |
|---|---|---|---|
| | State the term remaining | | **Quadient Leasing USA Inc. Dept. 3682** |
| | List the contract number of any government contract _____ | | **PO Box 123682 Dallas, TX 75312-3682** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Pricing Agreement - Scrap Recycling** | |
|---|---|---|---|
| | State the term remaining | **6/1/2021** | **RAM Recycling Inc.** |
| | List the contract number of any government contract _____ | | **400 W. Marquette Ave Oak Creek, WI 53154** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - IT Software Logistics** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Redpoint Global** |
| | List the contract number of any government contract _____ | | **36 Washington, Ste 120 Wellesley Hills, MA 02481** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Boiler Room Equipment** | |
|---|---|---|---|
| | State the term remaining | | **Reliable Water Services, LLC** |
| | List the contract number of any government contract _____ | | **PO Box 339 Milwaukee, WI 53201-0339** |

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | Case number *(if known)* | **20-11942** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement effective January 10, 2014** | |
|---|---|---|---|
| | State the term remaining | | **Richard Kropski** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Freight Agreement** | |
|---|---|---|---|
| | State the term remaining | **11/17/2020** | **RR Donnelley & Sons Company** |
| | List the contract number of any government contract | | **35 West Wacker Drive** |
| | | | **Chicago, IL 60601** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Volvo Truck VNL64T300 - Ends 10-31-2020**<br>**Lease - Cascadia Daycab Truck PX 12564ST - Ends 4-27-2022**<br>**Lease - (2) 2016 Utility Trailers 4000DX - Ends 6-30-2021**<br>**Lease - (2) 2016 Utility Trailers 4000DX - Ends 4-27-2028**<br>**Lease - (2) 2016 Utility Trailers 4000DX - Ends 2-28-2021**<br>**Lease - (2) 2016 Utility Trailers 4000DX - Ends 4-27-2028** | |
|---|---|---|---|
| | State the term remaining | **See above** | **Ryder Transportation Services** |
| | List the contract number of any government contract | | **PO Box 96723**<br>**Chicago, IL 60693** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Agreement - Temp Employees - WI** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Site Staffing** |
| | List the contract number of any government contract | | **809 W. National Ave**<br>**Milwaukee, WI 53204** |

10/12/20 7:12PM

| Debtor 1 | **Arandell Corporation** | | Case number *(if known)* | **20-11942** |
| | First Name          Middle Name          Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - 200MB Fiber Internet-WI** | |
| | State the term remaining | **Ongoing** | **Spectrum Business (TWC)** |
| | List the contract number of any government contract | | **PO Box 1060** **Carol Stream, IL 60132-1060** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement effective April 16, 2018** | |
| | State the term remaining | | **Stephen Sanfelippo** |
| | List the contract number of any government contract | | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Software Licensing/Support - Helpdesk Support Software** | |
| | State the term remaining | **2/3/2021** | **SysAid Technologies LTD** |
| | List the contract number of any government contract | | **303 Wyman Street, Ste 300** **Waltham, MA 02451** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Software Licensing/Support - IT Support Software** | |
| | State the term remaining | **8/2/2021** | **Team Viewer** |
| | List the contract number of any government contract | | **Jahnstr 30** **Goppingen, Germany  73037** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement effective December 28, 2015** | |
| | State the term remaining | | **Terry Tschetter** |
| | List the contract number of any government contract | | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - International Business Liability and Casualty** | |
| | State the term remaining | **12/31/2020** | **The Continental Insurance Company** |
| | List the contract number of any | | **CNA Center** **333 South Wabash Ave** **Chicago, IL 60606** |

10/12/20 7:12PM

Debtor 1  **Arandell Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*  **20-11942**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| | | |
|---|---|---|
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Freight** |
| | State the term remaining | **Ongoing** |
| | List the contract number of any government contract | |

**UPS Freight**
**28013 Network Place**
**Chicago, IL 60673-1280**

| | | |
|---|---|---|
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Primac Support Technical** |
| | State the term remaining | **Ongoing** |
| | List the contract number of any government contract | |

**Vanguard Software Solutions**
**409 Gene Autry Ln**
**Murphy, TX 75094**

| | | |
|---|---|---|
| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Waste (Trash) Service** |
| | State the term remaining | **5/3/2023** |
| | List the contract number of any government contract | |

**Waste Management of Wisconsin**
**W132 N10487 Grant Drive**
**Germantown, WI 53022**

| | | |
|---|---|---|
| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Scrap Paper** |
| | State the term remaining | **6/30/2023** |
| | List the contract number of any government contract | |

**Waste Management of Wisconsin (Peltz Gp)**
**W132 N10487 Grant Drive**
**Germantown, WI 53022**

| | | |
|---|---|---|
| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Main Phone, Long Distance and T1 lines** |
| | State the term remaining | **Ongoing** |
| | List the contract number of any government contract | |

**Windstream**
**PO Box 88104**
**Chicago, IL 60680-1104**

Customer Contracts- identifiers redacted

| Type | End Date | Entity | Customer Number |
|------|----------|--------|-----------------|
| Contract | 3/31/2021 | Arandell Corporation | A0521 |
| Contract | 12/31/2020 | Arandell Corporation | A0721 |
| Contract | 12/31/2020 | Arandell Corporation | A0722 |
| Contract | 8/31/2023 | Arandell Corporation | A0781 |
| Contract | 12/31/2020 | Arandell Corporation | A0786 |
| Contract | 10/31/2020 | Arandell Corporation | A1315 |
| Contract | 7/31/2023 | Arandell Corporation | B0115 |
| Contract | 12/31/2023 | Arandell Corporation | B0278 |
| Contract | 12/31/2022 | Arandell Corporation | B0729 |
| Contract | 4/30/2021 | Arandell Corporation | B1061 |
| Contract | 12/31/2023 | Arandell Corporation | C0216 |
| Contract | 12/31/2020 | Arandell Corporation | C0151 |
| Contract | 12/31/2020 | Arandell Corporation | C0504 |
| Contract | 12/31/2023 | Arandell Corporation | C1430 |
| Contract | 12/31/2021 | Arandell Corporation | C1715 |
| Contract | 12/31/2021 | Arandell Corporation | D0337 |
| Contract | 12/31/2022 | Arandell Corporation | D0053 |
| Contract | 3/31/2021 | Arandell Corporation | F0070 |
| Contract | 12/31/2021 | Arandell Corporation | G0881 |
| Contract | 12/31/2020 | Arandell Corporation | G0866 |
| Contract | 5/31/2021 | Arandell Corporation | G0997 |
| Contract | 12/31/2020 | Arandell Corporation | H0036 |
| Contract | 4/30/2022 | Arandell Corporation | I0213 |
| Contract | 12/31/2022 | Arandell Corporation | I0058 |
| Contract | 12/31/2020 | Arandell Corporation | I0162 |
| Contract | 12/31/2022 | Arandell Corporation | J0221 |
| Contract | 12/31/2021 | Arandell Corporation | J0228 |
| Contract | 12/31/2022 | Arandell Corporation | J0266 |
| Contract | 12/31/2020 | Arandell Corporation | J0269 |

| Type | End Date | Entity | Customer Number |
|------|----------|--------|-----------------|
| ontracts | | | |
| Contract | 12/31/2021 | Arandell Corporation | K0012 |
| Contract | 12/31/2021 | Arandell Corporation | L0110 |
| Contract | 4/30/2023 | Arandell Corporation | L0062 |
| Contract | 3/31/2021 | Arandell Corporation | L0410 |
| Contract | 12/31/2023 | Arandell Corporation | M0215 |
| Contract | 1/31/2021 | Arandell Corporation | M1827 |
| Contract | 2/28/2022 | Arandell Corporation | N0120 |
| Contract | 2/28/2022 | Arandell Corporation | N0131 |
| Contract | 12/31/2020 | Arandell Corporation | N0213 |
| Contract | 11/30/2020 | Arandell Corporation | O0010 |
| Contract | 6/30/2020 | Arandell Corporation | O0280 |
| Contract | 12/31/2022 | Arandell Corporation | P0171 |
| Contract | 12/31/2021 | Arandell Corporation | P0240 |
| Contract | 12/31/2024 | Arandell Corporation | P0330 |
| Contract | 12/31/2021 | Arandell Corporation | P0400 |
| Contract | 12/31/2020 | Arandell Corporation | P0740 |
| Contract | 12/31/2020 | Arandell Corporation | P0359 |
| Contract | 12/31/2020 | Arandell Corporation | R0320 |
| Contract | 12/31/2020 | Arandell Corporation | R0345 |
| Contract | 12/31/2020 | Arandell Corporation | R0374 |
| Contract | 12/31/2021 | Arandell Corporation | S0168 |
| Contract | 12/31/2020 | Arandell Corporation | S0349 |
| Contract | 6/30/2021 | Arandell Corporation | S0383 |
| Contract | 12/31/2020 | Arandell Corporation | S0702 |
| Contract | 12/31/2020 | Arandell Corporation | S1028 |
| Contract | 12/31/2022 | Arandell Corporation | S1415 |
| Contract | 12/31/2020 | Arandell Corporation | S1520 |
| Contract | 12/31/2021 | Arandell Corporation | S1653 |
| Contract | 6/30/2021 | Arandell Corporation | T0147 |

| ontracts | | | |
|---|---|---|---|
| | | | |
| Type | End Date | Entity | Customer Number |
| Contract | 6/30/2021 | Arandell Corporation | H0329 |
| Contract | 6/30/2021 | Arandell Corporation | L0399 |
| Contract | 12/31/2020 | Arandell Corporation | M0246 |
| Contract | 6/30/2021 | Arandell Corporation | C1124 |
| Contract | 12/31/2020 | Arandell Corporation | T0212 |
| Contract | 6/30/2021 | Arandell Corporation | T0558 |
| Contract | 12/31/2020 | Arandell Corporation | U0100 |
| Contract | 12/31/2022 | Arandell Corporation | G0785 |
| Contract | 6/30/2021 | Arandell Corporation | Z0038 |

10/12/20 7:12PM

**Fill in this information to identify the case:**

Debtor name      **Arandell Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  **20-11942**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Arandell Holdings, Inc** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **Accord CapX, LLC** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Arandell Holdings, Inc** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **CIBC Bank USA** | ☑ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Arandell Holdings, Inc** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **Farragut Mezzanine Partners III LP** | ☑ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Arandell Holdings, Inc** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **Spell Capital Mezzanine Partners SBIC LP** | ☑ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Arandell Kentucky, LLC** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **CIBC Bank USA** | ☑ D __2.3__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Arandell Corporation** | Case number *(if known)* | **20-11942** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Arandell Kentucky, LLC** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **Farragut Mezzanine Partners III LP** | ☑ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Arandell Kentucky, LLC** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **Spell Capital Mezzanine Partners SBIC LP** | ☑ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Falls Express Transit, LLC** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **CIBC Bank USA** | ☑ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Falls Express Transit, LLC** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **Farragut Mezzanine Partners III LP** | ☑ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Falls Express Transit, LLC** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **Spell Capital Mezzanine Partners SBIC LP** | ☑ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Logistics for Print, LLC** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **CIBC Bank USA** | ☑ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Logistics for Print, LLC** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **Farragut Mezzanine Partners III LP** | ☑ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.13 | **Logistics for Print, LLC** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **Spell Capital Mezzanine Partners SBIC LP** | ☑ D ___2.7___ ☐ E/F _____ ☐ G _____ |

10/12/20 7:12PM

| Debtor | **Arandell Corporation** | Case number *(if known)* | **20-11942** |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                                      *Column 2:* **Creditor**

| 2.14 | **Arandell Holdings, Inc.** | **N82 W13118 Leon Road Menomonee Falls, WI 53051** | **CAT LOG (WI) LLC** | ☐ D _____ ☐ E/F _____ ☑ G __2.26__ |
| 2.15 | **Arandell Kentucky, LLC** | **N82 W13118 Leon Road Menomonee Falls, WI 53051** | **CAT LOG (WI) LLC** | ☐ D _____ ☐ E/F _____ ☑ G __2.26__ |
| 2.16 | **Falls Express Transit LLC.** | **N82 W13118 Leon Road Menomonee Falls, WI 53051** | **CAT LOG (WI) LLC** | ☐ D _____ ☐ E/F _____ ☑ G __2.26__ |
| 2.17 | **Logistics for Print LLC** | **N82 W13118 Leon Rd Menomonee Falls, WI 53051** | **CAT LOG (WI) LLC** | ☐ D _____ ☐ E/F _____ ☑ G __2.26__ |