## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

ARANDELL HOLDINGS, INC., *et al.,* [1]

Debtors.

Chapter 11

Case No. 20-11941  (JTD)

Jointly Administered

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Arandell Holdings, Inc.,("**Arandell**") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (each, a "**Debtor**," and collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**, and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements.  The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Debtors have historically prepared consolidated financial statements and in accordance with generally accepted accounting principles ("**GAAP**").  Unlike the consolidated financial statements, the Schedules and Statements, in most instances, have been prepared on a nonconsolidated basis and reflect the assets and liabilities of each Debtor. Therefore, some of the financial information included in the Schedules and Statements may differ from that prepared for public reporting purposes.   Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: Arandell Holdings, Inc. (5311) ("Arandell Holdings"), Arandell Corporation (4270) ("Arandell Corporation"), and Arandell Kentucky, LLC (1505) ("Arandell Kentucky"). The Debtors' corporate headquarters is located at N82 W13118 Leon Road, Menomonee Falls, WI 53051.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with GAAP, the Schedules and Statements neither purport to represent nor reconcile financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP. **The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Mr. Bradley J. Hoffman has signed each of the Schedules and Statements for all of the Debtors. Mr. Hoffman is the President and CEO of Arandell Holdings and Arandell Corporation and the managing member of Arandell Kentucky. In reviewing and signing the Schedules and Statements, Mr. Hoffman necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Hoffman has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.      **Reservation of Rights.** Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected on the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained on the Schedules and Statements shall constitute a waiver of rights with respect to the chapter 11 cases (collectively, the "**Chapter 11 Cases**"), including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing on the Schedules or Statements (including, without limitation, Schedule B, Schedule F or Statement 3) by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

2.    **Description of Cases and "as of" Information Date**. On August 13, 2020 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On August 14, 2020, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Chapter 11 Cases [Docket No. 39]. On August 25, 2020, the United States Trustee for the District of Delaware appointed a statutory committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 63].

**Except as otherwise noted, the information provided herein is as of the Petition Date, as reconciled by the Debtors on or about September 21, 2020.**

3.    **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of August 13, 2020, in the Debtors' books and records. Furthermore, as applicable, assets that have been fully depreciated or were expensed for accounting purposes do not appear on the Schedules and Statements as they have no net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein. If Debtors' Cost is listed that indicates net book value was not available.

4.    **Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported on the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, re-categorize, re-designate, add or delete items reported on the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

5.    **Liabilities**. The Debtors maintain ongoing efforts to review and reconcile all prepetition liabilities including the receipt of goods, processing of invoices and application of payments. In addition, the Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the value of liabilities and the allocation of liabilities between the prepetition and post-

petition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate. The Debtors also reserve the right to alter the priority and allocation of liability to the extent additional information becomes available.

**The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any transaction or any document or instrument related to any Claim.**

6.    **Intercompany and Other Transfers**. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth on the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements do not reflect all intercompany activity. The details regarding these transactions are not provided on the Schedules and Statements.

7.    **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including vehicles, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases on the Schedules and Statements. The Debtors have made reasonable efforts to include lease liabilities on Schedule D (secured debt) to the extent the lessor filed a UCC-1. However, nothing on the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to all such issues.

8.    **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

9.    **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) officers; (c) general partners of the Debtor entities and equity holders holding in excess of 5% of the voting securities the Debtor entities; (d) Debtor/non-Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual is or is not an "insider" under applicable law, including the federal securities laws and the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.

10.     **Intellectual Property Rights**.  The Debtors have attempted to list all of their intellectual property rights.  Exclusion of certain intellectual property shall not be construed as an admission that the Debtors do not have rights in such intellectual property or that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

The Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

11.     **Executory Contracts and Unexpired Leases**.  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size and scope of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

**Moreover, the Debtors have not set forth executory contracts and unexpired leases as assets on the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates, except for the Accord Cap X leased equipment.  The Debtors' executory contracts and unexpired leases have been included on Schedule G.  The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage claims; the Schedules and Statements do not reflect any claims for rejection damages.  The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims.**

12.     **Materialman's/Mechanic's Liens**.  The inventories, property, and equipment listed on the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

13.     **Classifications**.  Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E as "priority," (c) Schedule F as "unsecured," or (d) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

14.     **Claims Description**.  Schedules D, E, and F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

15.    <u>**Causes of Action**</u>.  Despite their reasonable best efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets on the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "<u>**Causes of Action**</u>") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

16.    <u>**Summary of Significant Reporting Policies**</u>.  The following is a summary of significant reporting policies:

      a.    <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

      b.    <u>Totals</u>.  All totals that are included on the Schedules and Statements represent totals of all known amounts as of the Petition Date, unless otherwise noted.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      c.    <u>Paid Claims</u>.  Pursuant to various orders entered by the Bankruptcy Court, the Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims, including, without limitation, certain claims of employees for wages, salaries and benefits, certain tax claims.  Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities.  To the extent that the Debtors have paid or pay any of the Claims listed on the Schedules and Statements pursuant to any order entered by the Bankruptcy Court, the Debtors reserve all of their rights to take any action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

      d.    <u>Excluded Assets and Liabilities</u>.  The Debtors have excluded certain accrued liabilities, including accrued salaries and employee benefits and tax accruals from the Schedules and

Statements.  Certain other immaterial assets and liabilities may also have been excluded.

e.   <u>Liens</u>.  Property and equipment listed on the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**17.    <u>Estimates and Assumptions</u>**.  To prepare and file the Schedules in accordance with the deadline established in the  Chapter 11 Cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual results could differ from those estimates, perhaps materially.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

**18.    <u>Currency</u>**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**19.    <u>Setoffs</u>**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers, as well as agreements reached with vendors and customers regarding the governing business relationship.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are, at times, not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included on the Schedules, offsets may, in some instances, not be independently accounted for, and as such, are excluded from the Debtors' Schedules and Statements in certain respects.

**20.    <u>Confidentiality</u>**.    Addresses of individuals, including with respect to the Debtors' employees, officers and directors, are generally not included on the Schedules and Statements for confidentiality reasons.  Other addresses may also be redacted to protect the confidentiality of certain parties.  The Debtors will mail any required notice or other documents to the address listed in their books and records for such individuals.  Additionally, individual names other than insiders may have been reported in summary form on the Schedules and Statements, as applicable.

**21.    <u>Inter-Company Transactions</u>**.  Debtor's intercompany transactions, as well as other transfers to insiders, as applicable.  As described in the *Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Use of Their Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, (II) Authorizing Intercompany Transactions, and (III) Granting Related Relief Filed By Arandell Holdings, Inc* [Docket No. 7], in the ordinary course of business certain of the Debtor entities and business divisions maintain business relationships with each other, resulting in intercompany receivables and payables (the "**Intercompany Claims**").  Any payments to another Debtor on account of Intercompany Claims are reflective of the difference between the opening balance and ending balance in the year before the commencement of the chapter 11 cases and, where applicable, such difference is listed on a Debtor's Statement 3 as a negative number.  With respect to Intercompany Claims between Debtors, Statement 3 reflects

the book value adjustment of such transfers rather than an actual transfer of funds from one Debtor entity to another

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule B**.  All values included on Schedule B reflect the book value of the Debtors' assets as of August 13, 2020, unless otherwise noted.

**Schedule B.1**.  Cash values held in financial accounts are listed as of August 13, 2020.

**Schedule B.8**.  The Debtors maintain certain insurance policies essential to continued operations.  The terms of these policies are characteristic of insurance policies typically maintained by corporate entities that are similar in size and nature to the Debtors.  The Debtors maintain various policies of insurance, including, but not limited to, property, casualty, motor vehicles, workers' compensation, general liability, employer's practice liabilities and director and officer liability.  Additional information regarding the insurance policies listed on Schedule B9 can be found in the *Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Their Insurance Policies, and (B) Pay All Prepetition and Post-petition Obligations Related Thereto, and (II) Granting Related Relief Filed By Arandell Holdings, Inc* [Docket No. 5].

**Schedule B.11**.  The Debtors have disclosed the net book value with respect to accounts receivable listed on Schedule B11, which represents the amount of the accounts receivable netted by any "doubtful accounts."  For purposes of Schedule B11, "doubtful accounts" are those accounts that the Debtors have identified as unlikely to be paid given the amount of time such accounts have been outstanding.  Accounts receivable reflected on Schedule B11 were reconciled as of August 13, 2020.

**Schedules B.15**.  Ownership interests in subsidiaries and joint ventures have been listed on Schedules B15 (if applicable) as 0.00 as these are disregarded entities and no balance sheet is maintained. .

**Schedule B.60**.  Patents, Trademarks, and other Intellectual Property are listed in Schedules B60 as an undetermined amount on account of the fact that the fair market value of ownership of such property is dependent on numerous variables and factors and may differ significantly from net book value.  Nothing herein or on the Schedules and Statements shall be construed as an admission or acknowledgment by the Debtors that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and the Debtors reserve all rights with respect to any such issues.  The Debtors have not assigned value to, or identified the expiration date for, the patents, copyrights and other intellectual property identified on Schedule B60.  As of the submission of these Schedules and Statements, the Debtors have not been able to determine the applicable expiration date for all of the items listed and the diligence in connection therewith remains ongoing.

**Schedule B.63.** The Debtors do not ascribe any accounting value to customer relationships.  Without any historical basis for valuation of the customer relationships, these relationships are not included on Schedule B63. The information in Schedule B63

was reconciled as of August 13, 2020.

**Schedule B62 – Licenses**.  The Debtors have not  included software licenses on Schedule B62 but have omitted certain miscellaneous licenses which are believed to have *de minimis* value. The Debtors have not included operating licenses and permits. The information in Schedule B62 was reconciled as of August 13, 2020.

**Schedules B.74 and B.75**.  The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, setoffs, refunds and/or rebates with their customers and suppliers, or potential warranty Claims against their suppliers.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counterclaims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule B74 and B75.

**Part Five**.  Unless otherwise stated in a specific Debtor's Schedules, inventories are carried at cost, net of an allowance for obsolescence. The Debtors have an established cycle count inventory program.

**Schedule D**.  All Claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any transaction or any document or instrument related to such Claim.  The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Schedule D for each Debtor reflects indebtedness owed pursuant to the Debtors' prepetition secured credit facilities.  Although there are multiple lenders related to such credit facilities, only the administrative agents for such lenders have been listed for purposes of capturing this debt on Schedule D.

To generate the list of creditors holding secured claims by virtue of a UCC filing, the Debtors utilized a UCC lien search that was performed on or about July 22, 2020.  Because this lien search was performed approximately three weeks prior to the Petition Date, it is possible that certain claimants perfected their respective interests within the intervening period and, to the extent this occurred, these claimants may not be listed on Schedule D.  By listing a party on Schedule D based on a UCC filing, the Debtors are not conceding that such party actually holds a perfected, non-avoidable security interest in the asset that is the subject of such filing and reserve all rights in connection therewith.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facilities, only the administrative agents have been listed for purposes of Schedule D. The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

**Schedule E**.  The Debtors have authority to pay certain prepetition liabilities, including the authority to pay employee wages and other employee benefits in the ordinary course of business (the "**Employee Wage and Benefits Order**") [Docket No. 137].  As a result of the Employee Wage and Benefits Order, the Debtors believe that any employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed on Schedule E.  Addresses for all prior and current employees that may hold claims against the Debtors have been omitted to protect the confidentiality of such individuals.  The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507.  The Debtors reserve their right to dispute the priority status of any claim on any basis.

The listing of a taxing authority on a Debtor's Schedule E is not an acknowledgement that such taxing authority holds a valid claim against a particular Debtor or that a particular tax claim is entitled to priority under 11 U.S.C. § 507(a)(8) or otherwise.  The Debtors reserve their right to treat any of these claims as post-petition claims.  Given the number of local (non-state or federal level) taxing authorities to which the Debtors remit local payroll withholding tax, and the laborious nature of collecting data relating to such entities due to the manner in which such taxes are recorded on the Debtors' books and records, the Debtors have omitted all such local taxing authorities from Schedule E.   All local taxing jurisdictions are included in the creditor matrix maintained in these cases and will receive notice of the bar date and any omission of local taxing jurisdictions or claims related thereto do not represent the Debtors' belief that such prepetition claims exist or do not exist.

**Schedule F**.  The Debtors have used reasonable best efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date.  The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor.  Such credits may relate to, for instance, prepaid postage,

volume rebate programs or prepaid software servicing fees. The Debtors reserve all of their rights with respect to any such credits and allowances, including the right to assert objections and/or setoffs with respect to same. The Debtors have not affirmatively determined, in all instances, whether the claims indicated on Schedule F are subject to setoff, or the degree to which setoff applies, and reserve all rights to assert setoff defenses as applicable. Schedule F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as a contingent, unliquidated, or disputed Claim, the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

The Claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule F.

The Bankruptcy Court has entered certain orders authorizing the Debtors to pay, in their discretion, certain outstanding pre-petition Claims on a post-petition basis. Each Debtor's Schedule F may not reflect the Debtor's payment of certain Claims pursuant to an order of the Bankruptcy Court, and, to the extent an unsecured Claim has been paid or may be paid it is possible that the Claim amount on Schedule F does not capture or reflect such payment; thus the amount included may be higher than that currently reflected on the Debtors' books and records. Certain Debtors may pay additional Claims listed on Schedule F during the Chapter 11 Cases pursuant to an order of the Bankruptcy Court. The Debtors reserve all of their rights to take any action, as is necessary or appropriate, to avoid over-payment of or duplicate payment for any such liabilities.

Schedule F contains information regarding pending litigation involving the Debtors, to the best of the Debtors' knowledge and belief. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed on the Schedules and Statements. Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Any information contained in Schedule F with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

The Debtors expressly incorporate by reference into Schedule F all amounts owed to parties to pending litigation listed in Statement 4(a) as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule F.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**.  The Debtors' businesses are complex.  Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions or over-inclusions may have occurred.   Certain information, such as the contact information of the counter party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. In addition, certain customers' contract information has been omitted to protect the confidentiality of the Debtors' customer list, and the Debtors have listed their internal account numbers for such parties as appropriate.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.   Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality, purchase order, indemnification and non-compete agreements may not be listed on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance and attornment agreements,

supplemental agreements, amendments/letter agreements, title agreements, indemnity agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not valid and binding or is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or with regard to Arandell Holdings, Inc as guarantors under the prepetition debt facilities as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or be unenforceable.

Although there are multiple lenders under the Debtors' prepetition debt facilities, where applicable only the administrative agents have been listed for purposes of Schedule H.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert crossclaims and counterclaims against other parties. Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule F and Statement 4a, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 1**. In the normal course of business, the Debtors have reported income on a consolidated basis, and as such, amounts in Statement 1 are consolidated and uniform for each Debtor.

**Statement 2**. In the normal course of business, the Debtors have reported income on a consolidated basis, and as such, amounts in Statement 2 are consolidated and uniform for each Debtor.

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors except for those made to insiders, statutory employees (in connection with regular earnings), (see Statement 11 for disbursements to professionals and bankruptcy attorneys). Although the Debtors

have omitted regular earnings payments for current and former employees, the Debtors have included detail regarding amounts paid to (i) former employees on account of severance or SERP obligations, and (ii) current employees from the Debtors' non-qualified deferred compensation plan.

All payments made to American Express, as reflected on Statement 3, relate to valid, and work-related corporate credit card expenditures incurred by the Debtors' employees, and the Debtors' satisfaction thereof.

Due to the voluminous nature of Statement 3, addresses for each taxing authority listed therein are not provided in all instances.  Address information for each taxing authority referenced in Statement 3 is available upon request.

The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.  All disbursements listed on Statement 3 are made through the Debtors' cash management system.

**Statement 7**.  Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum.  Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 9**.  In addition to the gifts noted in Statement 7, the Debtors may make de minimis gifts from time to time.

**Statement 11**.  Although all of the Debtors retained or paid the entities and individuals who provided consultation concerning debt consolidation, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date, the great majority of the payments, or property transferred by or on behalf of a Debtor for such services were made by Arandell Corporation  and are therefore listed on Arandell Corporation's response to Statement 11.

**Statement 12.** The Debtors routinely withhold or retain certain funds from employees for payment to certain governmental authorities.  These funds are held in trust for turnover to the applicable government authorities.  Since the Debtors do not retain control of these funds, nor are these funds considered property of the estates, such amounts have not been itemized in response to Statement 12.

**Part 12**.  The Debtors have listed environmental information in responses to this question to the best of their ability, based on the information reasonably available to the Debtors at the time the Schedules and Statements were prepared.  To the extent further investigation reveals additional or revised environmental information, the Debtors reserve their rights to amend the Schedules and Statements as necessary and appropriate.

**Statement 26d**.  The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date, including but not limited to the Debtors' principal secured lenders.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 27**.  Inventories conducted on Arandell's property that is held by a customer on a consignment basis have been omitted for purposes Statement 27.


****The Debtors, their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained on the Schedules and Statements and reserve all rights with respect thereto.*****

**Fill in this information to identify the case:**

Debtor name    **Arandell Kentucky, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)    20-11943

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/13/2020

X **/s/ Bradley J. Hoffman**
Signature of individual signing on behalf of debtor

**Bradley J. Hoffman**
Printed name

**President and Chief Executive Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

10/12/20  6:58PM

**Fill in this information to identify the case:**

Debtor name    **Arandell Kentucky, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11943**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*............................................................................  $ _____0.00

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*........................................................................  $ _____3,668,576.25

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*..........................................................................  $ _____3,668,576.25

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____5,442,418.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................  $ _____0.00

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................  +$ _____3,063,537.43

4.   Total liabilities ........................................................................................................
  Lines 2 + 3a + 3b

  $ _____8,505,955.43

**Fill in this information to identify the case:**

Debtor name    **Arandell Kentucky, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11943**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | CIBC Bank USA<br>120 South LaSalle St<br>Chicago, IL 60603 | Business Checking (Deposits) | 8355 | $0.00 |
| 3.2. | CIBC Bank USA<br>120 South LaSalle St<br>Chicago, IL 60603 | Business Checking (Operating Account) | 8862 | $2,083.80 |
| 3.3. | CIBC Bank USA<br>120 South LaSalle St<br>Chicago, IL 60603 | Business Checking (Controlled Disbursement) | 4406 | $0.00 |
| 3.4. | PNC Bank | Business Checking (Payroll Funding) | 5606 | $9,168.78 |
| 3.5. | PNC Bank | Business Checking (Medical Claims) | 5593 | $18,926.36 |
| 3.6. | PNC Bank | HSA | 5585 | $67.31 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | Case number *(If known)* **20-11943** |
|---|---|---|
| | Name | |

| 3.7. | **CIBC USA** | **SBA** | **253** | **$0.00** |
|---|---|---|---|---|

**4.**     **Other cash equivalents** *(Identify all)*

**5.**     **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$30,246.25**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | **Deposits: Grand at Florence - One Condo Deposit** | **$1,730.00** |
|---|---|---|

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

| 8.1. | **Deposits: CapX - One Month Lease for Equipment** | **$115,381.00** |
|---|---|---|
| 8.2. | **IT Licensing & Support: NAStech PDAQ & BDAQ License Renewal - One Year** | **$34,282.00** |
| 8.3. | **IT Licensing & Support: NAStech PDAQ & BDAQ License Renewal - One Month (prior year)** | **$3,045.00** |

**9.**     **Total of Part 2.**

       Add lines 7 through 8. Copy the total to line 81.     **$154,438.00**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

| 11a. 90 days old or less: | **109,093.00** | - | **0.00** | = .... | **$109,093.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **72,999.00** | - | **0.00** | =.... | **$72,999.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | **Arandell Kentucky, LLC** | Case number *(if known)* **20-11943** |
|--------|---------------------------|------|
| | Name | |

| 12. | **Total of Part 3.** | $182,092.00 |
|-----|---------------------|-------------|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>none | | $0.00 | | $0.00 |
| 20. | **Work in progress**<br>none | | $0.00 | | $0.00 |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>none | | $0.00 | Recent cost | $0.00 |

| 23. | **Total of Part 5.** | $0.00 |
|-----|---------------------|--------|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | **Arandell Kentucky, LLC** | Case number *(If known)* **20-11943** |
|---|---|---|
| | Name | |

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**All Leased equipment as set forth on HILCO<br>Appraisal - 5.1 assets exhibit attached Ref #1-<br>54 total liquidation value $3,301,800** | **$5,610,860.00** | **Ord. Liquidation** | **$3,301,800.00** |

| **51.** | **Total of Part 8.** | | **$3,301,800.00** |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **Arandell Kentucky, LLC** | Case number *(If known)* **20-11943** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **Sub-tenant - land and building located at 125 Richwood Rd, Walton, KY. Landlord is Stag Industrial Holdings LLC. Ttenant is Trend Offset Printing Services, In** | **Leasehold Interest as Sub-Tenant to Stag Industrial Holdings (Lessor)** | **$0.00** | **Unknown** |

56.  **Total of Part 9.**                                                                      **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Kentucky facility is closed.  The Debtor maintained a customer list which is likely of no commercial value.** | **$0.00** | | **Unknown** |

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                                    **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

| Debtor | **Arandell Kentucky, LLC** | Case number *(if known)* | **20-11943** |
|---|---|---|---|
| | Name | | |

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

| **TBD - 2019 taxes in process of being completed** | Tax year **2019** | **Unknown** |
|---|---|---|

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

| | **$0.00** |
|---|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **Arandell Kentucky, LLC** | Case number *(If known)* **20-11943** |
|---|---|---|
| | Name | |

**Part 12:     Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$30,246.25** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$154,438.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$182,092.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$3,301,800.00** | |
| 88. **Real property.** *Copy line 56, Part 9...................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$3,668,576.25** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$3,668,576.25** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com



Valuation Services
Machinery and Equipment Appraisal

# 5.0

# Asset Exhibits



Hilco.
Valuation Services

5.1 Asset Exhibits

| | | Arandell Corporation, 125 Richwood Rd., Walton, KY | | |
|---|---|---|---|---|

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
|---|---|---|---|---|

**PRODUCTION AREA**

| 1. | Lot- | Goss Model Sunday 3000 72"W x 22.25" Cutoff 4-Color Web Offset Perfecting Printing Press CSO No. C-3000936, (New 2007), Consisting of:<br>• Goss Contiweb Model FDC-16/2032, Horizontal Splicer, S/N WH32FDC01129, with Automatic Roll Loading System<br>• (4) Goss Model Sunday 3000, 72"W x 22.25" Cutoff Web Offset Printing Units<br>• Goss Web Severe<br>• Goss Contiweb Series Ecocool 72"W x 48'L, Single Pass Gas Dryer, S/N WH151EOW01111, with Integral 6-Roll Chill Roll Section<br>• Double Sided Silicone Coater<br>• Goss Model PF3.2, Pinless Former Folder, S/N C-300936 (New 2007), with Slitter Section, Ribbon Deck and Double Balloon Formers<br>• Overhead Horizontal and Vertical Delivery Conveyor<br>• (2) STI Type 195A, Vertical Stackers, S/N A195581134, N/A (New 2008)<br>• Closed Loop Color Control System<br>• Press Function Control Console | G | 1,350,000 |
| 2. | Lot- | Heidelberg Harris Model M1000BE 35"W x 21.75" Cutoff 2-Web 8-Color Web Offset Perfecting Printing Press, (New 1995), Consisting of:<br>• (2) Enkel Model BAT 24C-38, Splicers, S/N 182019, 180222<br>• Heidelberg Harris 2-Web Web Infeed Unit, with Quad Tech Web Guide<br>*Continued...* | F | 150,000 |


**Hilco**
Valuation Services

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
|-------|------|-------------|-----------------|-----------------------------|
| | | *Continued...* | | |

- (8) Heidelberg Harris Model M1000BE 35"W x 21.75", Cutoff Web Printing Units
- (2) Tec Systems Series Phazer Type P390, Single Pass Gas Dryers, S/N 105144, 105145, with CMS Systems Model OM-103 Aqueous Coater

(**Please Note:** Stacked Two High)

- Heidelberg Harris Model 2W HCR-6, 6-Roll 2-High 2-Web Chill Roll Stand, S/N OD1695 (New 1995), with (2) Quad Tech Web Guides
- CMS Closed Loop Color Control System

(**Please Note:** Stacked Two High)

- Heidelberg Harris Model PFF2, Pinless Double Former Folder, S/N N/A, with Slitter Section and 4-Ribbon Section
- (2) Baldwin Stobb Horizontal Stackers
- Oxy Dry Model "Product Master", 35"W x 21.75" Cutoff Rotary Sheeter, S/N 260R
- Heidelberg Harris Web Press Control Console

(**Please Note:** Press Not in Use at Time of Inspection)

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
|-------|------|-------------|-----------------|-----------------------------|
| 3. | 1- | Amsler Model ICR3488B, Wrapper Bundler, S/N 00011 | F | 2,000 |

(**Please Note:** Not in Use at Time of Inspection)


Hilco.
Valuation Services

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
|---|---|---|---|---|
| 4. | Lot- | Heidelberg Harris Model Sunday M2000 38"W x 22.25" Cutoff 2-Web 8-Color Web Offset Perfecting Printing Press, (New 1997), Consisting of: | G | 1,125,000 |

- (2) Enkel Splicers, S/N 23-0D106, 18-00302LH
- Enkel 2-Web Web Infeed Unit, with Quad Tech Model WGS4000 Web Guide System
- (8) Heidelberg Harris Model Sunday M2000 38"W x 22.25", Cutoff Web Offset Printing Units
- (2) Heidelberg Contiweb Single Pass Gas Dryers
- (2) Heidelberg Harris 6-Roll Chill Rolls

(**Please Note:** Stacked Two High)

- (2) Quad Tech Double Sided Slicone Coaters, with Closed Loop Color Control Unit

(**Please Note:** Stacked Two High)

- Heidelberg Harris Model Slitter A/B/Lower, Slitter Section, S/N OJ4397 (New 1998)
- Heidelberg Harris Ribbon Deck
- Heidelberg Harris Model PFF2, Pinless Double Former Folder, with Double Balloon Former
- Presstech Model PTD 2.25 Double Parallel/Tabloid Folder, S/N 15090 (New 2013)
- Oxy Dry Model 40, 38"W x 22.75" Cutoff Rotary Sheeter, S/N 022
- (4) Baldwin Stobb Vertical Stackers

Continued...


Hilco
Valuation Services

| | | Arandell Corporation, 125 Richwood Rd., Walton, KY | | |
|---|---|---|---|---|

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
|---|---|---|---|---|
| | | *Continued...* | | |
| | | • Quad Tech Bump Turn<br>• Heidelberg Harris Press Control Console | | |
| 5. | 2- | Gammerler Model RS144, 2-Knife Rotary Trimmers, S/N N/A | F | 15,000 |
| 6. | Lot- | Gammerlertech Stacker Bundler,  (New Rebuilt 2018), Consisting of:<br>• Manufacturer Unknown Flo Turn (New 2018)<br>• Gammerlertech Model KL 507, Compensating Stacker, S/N N/A (New Rebuilt 2018)<br>• Gammerler Model SH 080, Semi Automatic Horizontal Log Stacker, S/N N/A (New Rebuilt  2018), with Pneumatic Pressing Station, Automatic Divert Gate (for Misaligned copies), Synchronized Infeed Belts, Integrated Strapper and Laser Log Counts/Lengths Counter | E | 55,000 |
| 7. | Lot- | #566<br>Harris Model SS15 (SS750) 12-Pocket Automatic Saddlestitcher S/N SS969G (New 1986), Consisting of:<br>• (12) Harris Automatic Feeder Pockets<br>• Harris 12-Position Saddlegatherer<br>• Inkjet Addressing Station, with Infeed Dryer, Fastechnology Model Fast Verify-Postal Barcode Verification System<br>• Domino Model BitJet Plus, Digital Inkjet Printer<br>• Harris Model SS15, Automatic Saddlestitcher<br>*Continued...* | G | Not Valued |


Valuation Services

| | | | | |
|---|---|---|---|---|
| | | **Arandell Corporation, 125 Richwood Rd., Walton, KY** | | |

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
|---|---|---|---|---|
| | | *Continued...* | | |
| | | • Harris Model HTP, 3-Knife Trimmer, with 4th and 5th Knife Attachment<br>• SIM Products Model Merge, Table, S/N 09-7127 (New 2009)<br>• SIM Products Model MT5, Merge Table, S/N 09-7128<br>• Harris (Rima) Model RS-?, Stacker Bundler, S/N 2027A<br>• Arpac Model 105-SAR, Shrink Bundler, S/N 2039<br><br>**(Please Note:**   Valued as Part of the Wisconsin Assets) | | |
| 8. | 2- | Scitex Dijit Model 5120, Digital Inkjet Printers | G | 2,000 |
| 9. | 1- | Kodak Versamark Model DP 5120, Digital Inkjet Printer | G | 1,000 |
| 10. | Lot- | **#565**<br>Harris Model SS15 (SS750) 12-Pocket Automatic Saddlestitcher S/N SS969G (New 1986), Consisting of:<br>• (12) Harris Automatic Feeder Pockets<br>• Harris 12-Position Saddlegatherer<br>• Inkjet Addressing Station, with Infeed Dryer, Fastechnology Model Fast Verify-Postal Barcode Verification System<br>• Harris Model SS15, Automatic Saddlestitcher<br>• Harris Model HTP, 3-Knife Trimmer, with 4th and 5th Knife Attachment<br>*Continued...* | G | Not Valued |


**Hilco.**
Valuation Services

| | | Arandell Corporation, 125 Richwood Rd., Walton, KY | | |
|---|---|---|---|---|
| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
| | | *Continued...* | | |
| | | • SIM Products Model Merge, Table (New 2009) | | |
| | | • SIM Products Model MT5, Merge Table (New 2009) | | |
| | | • Harris (Rima) Model 755, Stacker Bundler, S/N SS-1106D (New 1990) | | |
| | | • Arpac Model 105-SAR, Shrink Bundler, S/N 2039 | | |
| | | (**Please Note:**   Valued as Part of the Wisconsin Assets) | | |
| 11. | 1- | Label Aire Model 3125-3500 4X16RH, Pressure Sensitive Labeler, S/N 037640901 | VG | Not Valued |
| | | (**Please Note:** Valued as Part of the Wisconsin Assets) | | |
| 12. | 1- | Label Aire Model 3125 4"RH 16", Pressure Sensitive Labeler, S/N 0296130801, with Floor Stand | VG | Not Valued |
| | | (**Please Note:** Valued as Part of the Wisconsin Assets) | | |
| 13. | 1- | Label Aire Model 3125 4"RH 16", Pressure Sensitive Labeler, S/N 0296150801, with Floor Stand | VG | Not Valued |
| | | (**Please Note:** Valued as Part of the Wisconsin Assets) | | |
| 14. | 1- | Label Aire Model 3125 4"RH 16", Pressure Sensitive Labeler, S/N 0296110801, with Floor Stand | VG | Not Valued |
| | | (**Please Note:** Valued as Part of the Wisconsin Assets) | | |


Hilco
Valuation Services

| | | Arandell Corporation, 125 Richwood Rd., Walton, KY | | |
|---|---|---|---|---|

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value |
|---|---|---|---|---|
| | | | | $ |
| 15. | 1- | Kirk Rudy Model 535 CS, Tabber, S/N 0911 (New 2019)<br><br>**(Please Note:** Refurbished in 2019) | N | 15,500 |
| 16. | 1- | Kirk Rudy Model 940-CS, Tabber, S/N 1904 103<br><br>**(Please Note:** Refurbished 2019) | E | 9,500 |
| 17. | 8- | SIM Products Model 550, Card Feeders, S/N N/A (New 1996-2004) | G | 6,000 |
| 18. | 5- | Signode Model LBX2000, Semi Automatic Strapping Machines (New 2007) | G | 7,000 |
| 19. | 2- | Label Aire Model 2111CD, Pressure Sensitive Labelers, S/N 0144619710, 01367097902, with Portable Hoist Stand<br><br>**(Please Note:** Valued as Part of the Wisconsin Assets) | F | Not Valued |
| 20. | Lot- | **#563**<br>Goss Model SP1100 8-Pocket 20,000-BPH Automatic Saddle Binder (New 2006), Consisting of:<br>• Goss 6-Position Saddlegatherer<br>• (6) Goss Automatic Pocket Feeders<br>• (6) STI Model H311, Automatic Pocket Loaders<br>• Fastechnology Model Fast Verify-Postal, Barcode Verification System<br>• Goss Model FS1000, Automatic Saddlestitcher<br>• Goss Model HT-20, 3-Knife Trimmer, S/N TRM0091-TUR<br>*Continued...* | G | 70,000 |


Hilco.
Valuation Services

| | | Arandell Corporation, 125 Richwood Rd., Walton, KY | | |
|---|---|---|---|---|

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
|---|---|---|---|---|
| | | *Continued...* | | |
| | | • Goss Model BS60, Stacker Bundler, S/N STA0052DUR<br>• Arpac Model 55GI 20X, Shrink Bundler, S/N 7956 | | |
| 21. | Lot- | **#564**<br>Goss Model SP1100 8-Pocket 20,000-BPH Automatic Saddle Binder (New 2006), Consisting of:<br>• Goss 6-Position Saddlegatherer<br>• (6) Goss Automatic Pocket Feeders<br>• (6) STI Model H311, Automatic Pocket Loaders<br>• Fastechnology Model Fast Verify-Postal, Barcode Verification System<br>• Goss Model FS1000, Automatic Saddlestitcher<br>• Goss Model HT-20, 3-Knife Trimmer, S/N TRM0067-DUR<br>• Goss Model BS60, Stacker Bundler, S/N STA0044DUR<br>• Arpac Model 7317, Shrink Bundler, S/N 7956 | G | 75,000 |
| 22. | Lot- | **#560**<br>Heidelberg Model Pacesetter 855 16-Pocket 15,000-BPH Automatic Saddlebinder S/N SS1312D (New 1998), Consisting of:<br>• 16-Position Saddlegatherer<br>• (16) Heidelberg Automatic Pocket Feeders<br>• Heidelberg Model SS15, Automatic Saddlestitcher<br>• Heidelberg Model HT, 3-Knife Trimmer, S/N HT2874D<br>• Machtronic Mail Table<br>*Continued...* | G | 16,500 |


**Hilco**
Valuation Services

| | | | | |
|---|---|---|---|---|
|  | **Arandell Corporation, 125 Richwood Rd., Walton, KY** |

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
|---|---|---|---|---|
| | | *Continued...* | | |
| | | • Rima Model RS-12S, 9 1/4" Counter Stacker, S/N 124676-12 (New 1997) | | |
| 23. | Lot- | **#561** Heidelberg Model Pacesetter 855 8-Pocket 15,000-BPH Automatic Saddle Binder S/N SS1313D (New 1998), Consisting of: <br>• Heidelberg 16-Position Automatic Saddlegatherer <br>• (16) Heidelberg Automatic Pocket Feeders <br>• Heidelberg Model HT, 3-Knife Trimmer <br>• Rima Model RS-12, Counter Stacker, S/N N/A <br>• Arpac Shrink Bundler, S/N N/A | G | 16,500 |
| 24. | Lot- | **#562** Heidelberg Model 855 16-Pocket 15,000-BPH Automatic Saddlebinder S/N 1268D (New 1998), Consisting of: <br>• Heidelberg 16-Position Automatic Saddlegatherer <br>• (16) Heidelberg Automatic Pocket Feeders <br>• Heidelberg Model SS15, Automatic Saddlestitcher <br>• Heidelberg Model HT, 3-Knife Trimmer, S/N HT2805D <br>• Rima Model RS-12, Counter Stacker, S/N N/A <br>• Arpac Model 55GI-20C, Shrink Bundler, S/N 3783 | G | 16,500 |


**Hilco.**
Valuation Services

| | | Arandell Corporation, 125 Richwood Rd., Walton, KY | | |

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
|-------|------|-------------|-----------------|------------------------------|
| 25. | Lot- | Sheridan 24-Pocket 12,000-BPH Oval Perfect Binder S/N N/A (New 1995), Consisting of:<br>• Model RG-318, 24-Position Automatic Signaturegatherer<br>• (24) Sheridan Automatic Signature Feeder Pockets<br>• Sheridan Model UB-227, 27-Clamp Oval Perfect Binder, S/N N/A<br>• Sheridan Model UB-227, Plastic Slat Type Dwell (Drying) Conveyor, S/N N/A<br>• Sheridan Model CT-1, 3-Knife Trimmer<br>• Arpac Model 55-GI-20C, Shrink Bundler, S/N 3402<br>• (4) SIM Products Model PL906VPBL, Signature Pocket Loaders (New 2006) | G | 50,000 |
| 26. | 1- | Arpac Model 55-GI-20, Shrink Bundler, S/N 3784 | G | 6,000 |
| 27. | 1- | Stahl Model VFZ 52.2, Portable Knife Folder, S/N 113307-268054 | G | 4,000 |
| 28. | 1- | Stahl Model TF-66-3/4, 8-Page Continuous Feed Folder Folder, S/N 113307-268054, with 8-Page Right Angle Attachment and Stahl Shingle Stacker | G | 2,500 |
| 29. | 1- | Polar Mohr Model 115 ED, 115 cm (45,27") W Programable Paper Cutter, S/N 6531092 (New 1995), with Polar Mohr Model ED CNC Spacer Control, Air table, Left and Right Hand Air Side Tables and Light Brake | F | 12,500 |
| 30. | 1- | Polar Mohr Model 115 ED, 115 cm (45,27") W Programable Paper Cutter, S/N 6541005 (New 1995), with Polar Mohr Model ED CNC Spacer Control, Air table | F | 7,000 |

**(Please Note:** Disconnected and Out of Service at Time of Inspection.)



**Hilco**
Valuation Services

| | | Arandell Corporation, 125 Richwood Rd., Walton, KY | | |
|---|---|---|---|---|

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value |
|---|---|---|---|---|
| | | | | $ |
| 31. | 1- | Lantech Model S-300XT, Rotary Arm Stretch Wrapper, S/N SM002389 | G | 15,500 |
| 32. | 2- | Infrapak Model SW-6006-6-L, Turn Table Type Semi Automatic Skid Wrappers, S/N 6453, 6231 (New 2004)  **(Please Note: Pit Mounted)** | G | 3,500 |
| 33. | 1- | Cram-A-Lot Model 60 CONT.BD, Hydraulic Downacting Baler, S/N 3766 (New 1992) | G | 2,000 |
| 34. | 2400- | Pallet Spaces Drivein Type Steel Storage Racking, S/N 3766 (New 2019)  **(Please Note: Assembled 3 and 4 High)** | E | 60,000 |
| 35. | 1- | Bloapco Model 3JES4058V, Paper Shredder, S/N 941346 (New 1995) | G | 7,000 |
| 36. | 1- | Maren Model 203-103S, Horizontal Hydraulic Automatic Baler, S/N 3766 (New 1999), with Automatic Wire Tying and Cyclone Dust Separator | G | 15,000 |
| 37. | 1- | Quincy Model QSI-1500, 300-HP Rotary Screw Air Compressor | F | 7,000 |
| 38. | 1- | Gardner Denver Model EAU99T, 300-HP Rotary Screw Air Compressor, S/N S515965 (New 2017) | E | 35,000 |
| 39. | 1- | Quincy Model QSI-500, 100-HP Rotary Screw Air Compressor, S/N P6887 | F | 4,500 |
| 40. | 1- | Quincy Model QSI-750, 150-HP Rotary Screw Air Compressor, S/N 92343H | F | 5,000 |


Hilco
Valuation Services

| Arandell Corporation, 125 Richwood Rd., Walton, KY | | | | |
|---|---|---|---|---|
| Ref.# | Qty. | Description | Condition Codes | Orderly Liquidation Value |
| | | | | $ |
| 41. | 1- | Zeks Model 1600HSFW400, Air Dryer, S/N 293580 | G | 6,000 |
| 42. | 1- | Quincy Model QPNC-500, Air Dryer, S/N 985785 | E | 4,750 |
| 43. | 1- | Zeks Series HeatSink, Air Dryer, S/N 11910 | F | 600 |
| 44. | 1- | Vertical Air Recieving Tank | G | 1,000 |
| 45. | 1- | Regenerative Thermal Oxidizer System | G | 10,000 |
| | | (**Please Note:**  Located Outside) | | |

**INKJET PRINTER STORAGE AND CLEANING AREA**

| 46. | Lot- | Contents of Inkjet Printer Storage And Cleaning Area, Consisting of:<br>• (2) Scitex Dijit Model 5120, Digital Inkjet Printers<br>• (6) Kodak Versamark Model DP 5120, Digital Inkjet Printers<br>• Kodak Versamark Series Bitjet Plus, Digital Inkjet Printer<br>• Domino Series JetArray, Digital Inkjet Printer | G | 10,250 |
|---|---|---|---|---|

**MAINTENANCE AREA**

| 47. | Lot- | Contents of Maintenance Area, Consisting of:<br>• JLG Moble Electric Scissor Lift, S/N N/A<br>• Genie Model Z-45/25J, 500-lb.Mobil Electric Boom Lift, S/N N/A<br>*Continued...* | G | 43,700 |
|---|---|---|---|---|


Hilco
Valuation Services

| | | Arandell Corporation, 125 Richwood Rd., Walton, KY |
|---|---|---|

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
|---|---|---|---|---|

*Continued...*

- Jet Model 1440-3PGH, Engine Lathe, S/N 96128B118
- Jet Model JTM-4VS, Vertical Milling Machine, S/N 8010033, with Variable Speed, 9" x 49" T-Slotted Table, Power Feed to Table, Power Feed to Crosslide and 2-Axis Digital Position Indicator
- Jet Horizontal Band Saw
- Manufacturer Unknown Horizontal/Vertical Band Saw
- Falcon 55-Ton H-Frame Hydraulic Shop Press
- Jet Model JDP-20VS-3, 20" Floor Type Drill Press, S/N 8010033, with Variable Speed
- Miller Model Millermatic 251, Arc Welder, S/N N/A
- Advance Riding Type Floor Sweeper, S/N N/A
- Electric Golf Cart
- Miscellaneous Contents of Maintenance Area, Including, Hand Tools, Power Tools, Arbor Press, Benches, Ladders, Slings, etc,

**PREPRESS**

| 48. | 1- | Kodak Model Magnus VLF, Digital Platesetter, S/N MT0203 (New 2007), with Plate Auto Loader, Kodak (Wisconsin Oven) Prebake Oven, Kodak Digital Plate Developer, Kodak Polychrome Postbake Oven, Kodak Polychrome Plate Transport, Kodak Polychrome Gumming Unit and Plate Stacker | G | 35,000 |



| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value $ |
|---|---|---|---|---|
| 49. | 1- | Nela Power Plate Register Punch and Bender, S/N RAO-P9122-01 | G | 10,000 |
| 50. | 1- | Ternes Series ENP, Electric Pneumatic Plate Register Punch, S/N ENP-982-0721 | G | 1,000 |
| 51. | 1- | Epson Stylus Pro Model 7900, 24" W Digital Inkjet Proofer, with RIP Computer and Software | F | 1,500 |
| 52. | 1- | Gretag MacBeth Model Eye-One iO, Automated Scanning Table | G | 1,000 |
| 53. | 1- | Miscellaneous Contents of Prepress, Including, Work Tables, Desktop Publishing Computers, IT Equipment, etc. | F | 4,000 |

**OFFICE AREAS**

| Ref # | Qty. | Description | Condition Codes | Orderly Liquidation Value |
|---|---|---|---|---|
| 54. | Lot- | Contents of Office Areas, Including, DEsk, Chairs, Cabinets, Conference Room Tabe, with Conference Room Chair, Personal Computers, etc. | G | 4,000 |

*Continued...*

10/12/20  6:58PM

| Fill in this information to identify the case: |
|---|

Debtor name    **Arandell Kentucky, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Accord CapX, LLC**<br>Creditor's Name<br><br>**155 N. Wacker Drive #1760**<br>**Chicago, IL 60606**<br>Creditor's mailing address<br><br>**jspfeffer@capxpartmers.com**<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**03/22/2018**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**all equipment as setforth on HILCO Appraisal 5.1 assets exhibit attached Ref #1- 54 total liquidation value $3,301,800**<br><br>Describe the lien<br>**PMSI - UCC Financing Lease**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$3,488,214.00** | **$3,301,800.00** |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>Accord Cap X first<br>CIBC second<br>Farragut Mezzanine... third | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |  |  |
| **2.2**   **Trend Offset Printing**<br>Creditor's Name<br><br>**3791 Catalina Street**<br>**Los Alamitos, CA 90720**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**03/22/2018**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Guaranty- primary obligor (KY Acquisition Note-seller)**<br><br>Describe the lien<br>**Capital Finance for purchase**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,954,204.00** | **$0.00** |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |  |  |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Arandell Kentucky, LLC**
          _____
          Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$5,442,418.00** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Horwood Marcus & Berk**<br>**500 West Madison, Suite 3700**<br>**Attn: Ati Khatri**<br>**Chicago, IL 60661** | Line  **2.1** | |
| **Law Offices of W. Curtis Cover**<br>**Attn: Curtis Cover**<br>**535 Anton Boulevard 9FL**<br>**Costa Mesa, CA 92626** | Line  **2.2** | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

10/12/20  6:58PM

| Fill in this information to identify the case: |
|---|

Debtor name      **Arandell Kentucky, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11943**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $137.41 |
|---|---|---|---|
|  | **Air Hydro Power Inc.** | ☐ Contingent | |
|  | **PO Box 9001005, Ept. 200** | ☐ Unliquidated | |
|  | **Louisville, KY 40290-1005** | ☐ Disputed | |
|  | Date(s) debt was incurred **2019** | Basis for the claim: __Accounts Payable__ | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,590.90 |
|---|---|---|---|
|  | **Air Stamping, Inc.** | ☐ Contingent | |
|  | **Three Legend Park** | ☐ Unliquidated | |
|  | **Effingham, IL 62401** | ☐ Disputed | |
|  | Date(s) debt was incurred **2019** | Basis for the claim: __Accounts Payable__ | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $147.69 |
|---|---|---|---|
|  | **Airgas USA LLC** | ☐ Contingent | |
|  | **PO Box 734445** | ☐ Unliquidated | |
|  | **Chicago, IL 60673-4445** | ☐ Disputed | |
|  | Date(s) debt was incurred **2019** | Basis for the claim: __Accounts Payable__ | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,566.85 |
|---|---|---|---|
|  | **Allied Electronics Inc.** | ☐ Contingent | |
|  | **Attn: Acct Rec Dept** | ☐ Unliquidated | |
|  | **PO Box 2325** | ☐ Disputed | |
|  | **Fort Worth, TX 76113-2325** | | |
|  | Date(s) debt was incurred **2019** | Basis for the claim: __Accounts Payable__ | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107.27**

**AmeriGas - Milwaukee**
**PO Box 371473**
**Pittsburgh, PA 15250-7473**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,970.54**

**Applied Industrial Tech**
**22510 Network Place**
**Chicago, IL 60673-1225**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,674.11**

**Arpac LLC**
**PO Box 71948**
**Chicago, IL 60694-1948**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$831.16**

**Astech Incorporated**
**PO Box 126**
**South Milwaukee, WI 53172-0126**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,149.16**

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,420.54**

**Atlas Electric Motor Service**
**76 Cummings Dr**
**Walton, KY 41094**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$844.00**

**Atlas Machine & Supply Inc**
**7000 Global Dr**
**Louisville, KY 40258**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|

Name

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,013.31**

**Automationdirect.com Inc**
**PO Box 402417**
**Atlanta, GA 30384-2417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,448.25**

**Bachman's Inc.**
**4058 Clough Woods Dr**
**Batavia, OH 45103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,089.95**

**Bavarian Waste Services**
**12764 McCoy Fork Rd**
**Walton, KY 41094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,906.22**

**BDI**
**PO Box 6286**
**Cleveland, OH 44101-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,459.65**

**Binderyonics Inc.**
**1250 Greenleaf Ave**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$512.33**

**Boone County Water District**
**PO Box 277**
**Florence, KY 41022-0277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,853.41**

**Brehob**
**PO Box 2023**
**Indianapolis, IN 46206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,384.00** |
| | **Brimar Identification & Safety Products** | ☐ Contingent | |
| | **64 Outwater Lane, 2nd Fl** | ☐ Unliquidated | |
| | **Garfield, NJ 07026** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  **Acconts Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,724.86** |
| | **Burton & Mayer, Inc.** | ☐ Contingent | |
| | **W140 N9000 Lilly Road** | ☐ Unliquidated | |
| | **Menomonee Falls, WI 53051** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
| | **CAT Global** | ☐ Contingent | |
| | **c/o T60051** | ☐ Unliquidated | |
| | **PO Box 66512** | ☐ Disputed | |
| | **Chicago, IL 60666-0512** | | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,451.13** |
| | **CBT Company** | ☐ Contingent | |
| | **7152 Solutions Center** | ☐ Unliquidated | |
| | **Chicago, IL 60677-7001** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,971.59** |
| | **CCA Financial LLC** | ☐ Contingent | |
| | **PO Box 17190** | ☐ Unliquidated | |
| | **Richmond, VA 23226** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,080.00** |
| | **CECO Environment Adwest** | ☐ Contingent | |
| | **14651 Dallas Parkway, Ste 500** | ☐ Unliquidated | |
| | **Dallas, TX 75254** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019/2020** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,666.95** |
| | **Cintas** | ☐ Contingent | |
| | **PO Box 631025** | ☐ Unliquidated | |
| | **Cincinnati, OH 45263-1025** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$293.29** |
|---|---|---|---|

**Cintas Fire 636525**
**PO Box 636525**
**Cincinnati, OH 45263-6525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105,552.72** |
|---|---|---|---|

**Clifford Paper Inc**
**PO Box 3900**
**Carol Stream, IL 60132-3900**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **2019/2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,450.00** |
|---|---|---|---|

**Clipper Express Corp**
**PO Box 74008168**
**Chicago, IL 60674-8168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$477.93** |
|---|---|---|---|

**Contiweb LLC**
**Dept CH 19384**
**Palatine, IL 60055-9384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,385.02** |
|---|---|---|---|

**Cort Business Service Bank**
**PO Box 17401**
**Baltimore, MD 21297-1401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,036.86** |
|---|---|---|---|

**Crown Services Inc**
**PO Box 734013**
**Chicago, IL 60673-4013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**DDX Transport**
**PO Box 480**
**Walton, KY 41094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,380.50**
---

DMC Urethane
8041 Ranchers Rd NE
Minneapolis, MN 55432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,688.50**

Domino Amjet Inc
3809 Collection Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106,711.53**

Duke Energy
PO Box 1326
Charlotte, NC 28201-1326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,307.90**

Eastman Kodak Company
1778 Solutions Center
Chicago, IL 60677-1007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,053.17**

Fairchild Equipment
PO Box 856386
Minneapolis, MN 55485-6386

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,545.00**

Fairmont Logistics
9663 Santa Monica Blvd, Ste 1092
Beverly Hills, CA 90210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114.04**

Filtration Concepts
PO Box 426
Lannon, WI 53046-0426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,350.00** |
| | **FitzMark Inc.** | ☐ Contingent | |
| | **950 Dorman Street** | ☐ Unliquidated | |
| | **Indianapolis, IN 46202** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Accounts Payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,057.99** |
| | **Fujifilm North America Corp** | ☐ Contingent | |
| | **Graphic Systems Division** | ☐ Unliquidated | |
| | **Dept. CH 10764** | ☐ Disputed | |
| | **Shabbona, IL 60550-7640** | | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Accounts Payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,100.00** |
| | **G&D Integrated** | ☐ Contingent | |
| | **50 Commerce Dr** | ☐ Unliquidated | |
| | **Morton, IL 61550** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Accounts Payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,700.00** |
| | **Gateway Logistics Inc.** | ☐ Contingent | |
| | **4250 Creek Road** | ☐ Unliquidated | |
| | **Cincinnati, OH 45241** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Accounts Payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$253.87** |
| | **Global Equipment Company** | ☐ Contingent | |
| | **29833 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1298** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Accounts Payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97,711.12** |
| | **Goss International Americas** | ☐ Contingent | |
| | **PO Box 535055** | ☐ Unliquidated | |
| | **Atlanta, GA 30353-5055** | ☒ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Accounts Payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,347.86** |
| | **Hadronics** | ☐ Contingent | |
| | **PO Box 706345** | ☐ Unliquidated | |
| | **Cincinnati, OH 45270-6345** | ☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Accounts Payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|
| | Name | | |

---

**3.47** Nonpriority creditor's name and mailing address
**HNRY Logistics Inc**
**PO Box 775556**
**Chicago, IL 60677-5556**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

**3.48** Nonpriority creditor's name and mailing address
**Horizon Paper Co Inc**
**Dept. 7119**
**Carol Stream, IL 60122-7119**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$676,679.57**

---

**3.49** Nonpriority creditor's name and mailing address
**Hubergroup Inc.**
**Dept CH 16836**
**Palatine, IL 60055-6836**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$62,422.60**

---

**3.50** Nonpriority creditor's name and mailing address
**ITU Absorbtech Inc.**
**BIN 88479**
**Milwaukee, WI 53288-0479**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$708.36**

---

**3.51** Nonpriority creditor's name and mailing address
**Jani-King of Cincinnati**
**16885 Dallas Parkway**
**Addison, TX 75001**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$545.90**

---

**3.52** Nonpriority creditor's name and mailing address
**Kao Collins Inc**
**PO Box 639622**
**Cincinnati, OH 45263-9622**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$460.66**

---

**3.53** Nonpriority creditor's name and mailing address
**Key Oil - Louisville**
**7520 Distribution Dr**
**Louisville, KY 40258**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,361.20**

---

10/12/20 6:58PM

| Debtor | **Arandell Kentucky, LLC** | | Case number (if known) | **20-11943** |
|---|---|---|---|---|

Name

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035.71** |
|---|---|---|---|

**Kimball Midwest**
**DEPT L-2780**
**Columbus, OH 43260-2780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,230.80** |
|---|---|---|---|

**L&P Paper Inc**
**PO Box 96**
**Southbridge, MA 01550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.31** |
|---|---|---|---|

**Maren Engineering Corporation**
**111 W. Taft Dr**
**South Holland, IL 60473-2066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,481.71** |
|---|---|---|---|

**Mc Adams Graphics**
**7200 South 1st St**
**Oak Creek, WI 53154-2004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,449.06** |
|---|---|---|---|

**McMaster-Carr Supply Company**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,487.75** |
|---|---|---|---|

**mGws Loudon LLC**
**PO Box 68**
**Effingham, IL 62401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,550.48** |
|---|---|---|---|

**Midland Paper Company**
**135 S. Lasalle St, Dept 1140**
**Chicago, IL 60674-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20 6:58PM

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$404.30**

**Milwaukee Belt Tech Company**
**7933 N. 73rd St**
**Milwaukee, WI 53223-4045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,475.00**

**Motor Control Repair LLC**
**5240 Xenia Ave N**
**Crystal, MN 55429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$503.96**

**Mouser Electronics**
**PO Box 99319**
**Fort Worth, TX 76199-0319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,282.50**

**NASTech Inc.**
**488 Meandering Way**
**Polk City, FL 33868-5143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$826.80**

**Nature's Touch Inc.**
**123 Campbell Rd**
**Walton, KY 41094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

**Nolan Transportation Group Inc**
**PO Box 931184**
**Atlanta, GA 31193-1184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,508.20**

**Northern KY Machine Inc**
**8420 Dixie Hwy**
**Florence, KY 41042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address
**Oldham Group**
**PO Box 5015**
**Springfield, IL 62705-5015**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,241.24**

---

**3.69** | Nonpriority creditor's name and mailing address
**Petco Roller Company**
**28041 N. Bradley Rd**
**Lake Forest, IL 60045-1163**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,080.00**

---

**3.70** | Nonpriority creditor's name and mailing address
**Press Tech Company Inc**
**PO Box 1059**
**Ashaway, RI 02804**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,150.00**

---

**3.71** | Nonpriority creditor's name and mailing address
**Prim Hall Enterprises Inc.**
**11 Spellman Rd**
**Plattsburgh, NY 12901**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$222.81**

---

**3.72** | Nonpriority creditor's name and mailing address
**Professional Control Corp**
**PO Box 130**
**Germantown, WI 53022-0130**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,823.71**

---

**3.73** | Nonpriority creditor's name and mailing address
**Progressive Converting**
**2430 E. Glendale Ave**
**Appleton, WI 54911**

Date(s) debt was incurred  **2019/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$83,883.70**

---

**3.74** | Nonpriority creditor's name and mailing address
**Radwell Interntional, Inc.**
**Bank of America**
**PO Box 419343**
**Boston, MA 02241-9343**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$389.00**

---

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | | Case number (if known) | **20-11943** |
|---|---|---|---|---|
| | Name | | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,732.52 |
|---|---|---|---|
| | **RBP Chemical Technology Inc**<br>**PO Box 7047**<br>**Carol Stream, IL 60197-7047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,741.42 |
|---|---|---|---|
| | **Revere Electric**<br>**8218 Solutions Center**<br>**Chicago, IL 60677-8002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.67 |
|---|---|---|---|
| | **Rima System Atlanta LLC**<br>**5340 Argosy Ave**<br>**Huntington Beach, CA 92649-1037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,623.25 |
|---|---|---|---|
| | **Roosevelt Paper Company**<br>**PO Box 785175**<br>**Philadelphia, PA 19178-5175** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,760.93 |
|---|---|---|---|
| | **Rotadyne Rotation Dynamics**<br>**PO Box 6730**<br>**Carol Stream, IL 60197-6730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|
| | **Schneider National**<br>**c/o Beth Rondou**<br>**PO Box 2545**<br>**Green Bay, WI 54306-2545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.93 |
|---|---|---|---|
| | **SD1**<br>**PO Box 12112**<br>**Covington, KY 41012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | | Case number (*if known*) | **20-11943** |
|---|---|---|---|---|

Name

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,671.73 |
|---|---|---|---|

**Signode Service Business**
**PO Box 71057**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,702.74 |
|---|---|---|---|

**Smyth**
**NW 9556**
**PO Box 1450**
**Minneapolis, MN 55485-9556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,573.86 |
|---|---|---|---|

**STAG Industrial Holdings LLC**
**1 Federal St 23rd FL**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.78 |
|---|---|---|---|

**Standard Electric Supply Co**
**222 N. Emmber Lane**
**Milwaukee, WI 53233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,251.61 |
|---|---|---|---|

**Sun Chemical**
**PO Box 2193**
**Carol Stream, IL 60132-2193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $852.45 |
|---|---|---|---|

**Time Warner Cable**
**PO Box 1060**
**Carol Stream, IL 60132-1060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,570.00 |
|---|---|---|---|

**Triumph Business Capital**
**FAO Pinwheel Logistics Inc.**
**PO Box 610028**
**Dallas, TX 75261-0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|
| | Name | | |

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,330,500.00**

**U.S. Small Business Administration**
**Eric Ness, District Director**
**Wisconsin District Office**
**310 West Wisconsin Avenue 580W**
**Milwaukee, WI 53203**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 8, 2020**

Basis for the claim:  **PPP Loan Program**

Last 4 digits of account number  **7006**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,219.41**

**UMR**
**115 W. Wausau Ave**
**Wausau, WI 54401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Pre-Petition Self-Funded Medical Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,287.50**

**United Mailing Services**
**3625 N 126th St**
**Brookfield, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.03**

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,113.17**

**Veritiv Operating Company**
**7472 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,015.00**

**W I S Logistics**
**5600 S. Westridge Drive**
**New Berlin, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,394.00**

**WCJ Pilgrim Wire LLC**
**220 Boxwood Lane**
**York, PA 17402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Accounts Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,575.00** |
|---|---|---|---|
| | **Weas Engineering Inc**<br>**PO Box 550**<br>**Westfield, IN 46074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Accounts Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,957.27** |
|---|---|---|---|
| | **Windstream**<br>**PO Box 9001013**<br>**Louisville, KY 40290-1013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Accounts Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193.25** |
|---|---|---|---|
| | **Winlectric**<br>**PO Box 1403 Dept 191**<br>**Dayton, OH 45401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Accounts Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|
| | **XPO Logistics Freight Inc**<br>**29559 Network Pl**<br>**Chicago, IL 60673-1599** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **No Balance - Notice Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney General of the United States**<br>**U.S Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | Line **3.89**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Burton &  Mayer, Inc.**<br>**N88 W13901 Main Street #200**<br>**Menomonee Falls, WI 53051** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **CIBC Bank USA**<br>**120 South LaSalle Street**<br>**8th floor**<br>**Chicago, IL 60603** | Line **3.89**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Michael Best and Friedrich LLP**<br>**c/o Adam E Witkov**<br>**790 N Water Street  Suite 2500**<br>**Milwaukee, WI 53202** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |

10/12/20  6:58PM

| Debtor | **Arandell Kentucky, LLC** | Case number (if known) | **20-11943** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5    **Schneider National Inc.**<br>**2567 Paysphere Circle**<br>**Chicago, IL 60674** | Line   **3.80**<br><br>☐   Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $    **3,063,537.43** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    **3,063,537.43** |

10/12/20  6:58PM

| Fill in this information to identify the case: |
| --- |
| Debtor name **Arandell Kentucky, LLC** |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known)  **20-11943** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease  - Equipment** |
| State the term remaining   **3/15/2023** | **Accord CapX, LLC** **155 N. Wacker Drive #1760** **Chicago, IL 60606** |
| List the contract number of any government contract | |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Contract - Business Liability and Casualty** |
| State the term remaining   **12/31/2020** | **American Casualty Co of Reading, PA** **151 N. Franklin** **Port Washington, WI 53074** |
| List the contract number of any government contract | |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | **Contract - Fire Protection** |
| State the term remaining   **Ongoing** | **Cintas Fire** **PO Box 636525** **Cincinnati, OH 45263-0652** |
| List the contract number of any government contract | |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease - Printers and MFP - Transferred to WI** |
| State the term remaining   **7/31/2023** | **James Imaging Systems Inc** **3375 Intertech Drive** **Brookfield, WI 53045** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

10/12/20  6:58PM

| Debtor 1 | **Arandell Kentucky, LLC** | | Case number *(if known)* | **20-11943** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Cleaning of floor and office** | |
|---|---|---|---|
| | State the term remaining | **6/25/2020** | **Jani-King of Cincinnati**<br>**3800 Red Bank Rd**<br>**Cincinnati, OH 45227** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Subleasing agency and compensation agreement** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Jones Lang LaSalle (JLL) Americas**<br>**250 East Wisconsin Ave, Ste 1700**<br>**Milwaukee, WI 53202** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Software Licensing/Support - Shop Floor license/support Software Licensing/Support - Pdaq Machine Monitoring System** | |
|---|---|---|---|
| | State the term remaining | **9/1/2021** | **NASTech Inc.**<br>**488 Meandering Way**<br>**Polk City, FL 33868-5143** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Enterprise Data - P2P Line WI side (10404-718472201-5001) Contract - Enterprise Data - P2P Line KY side (10303-932515101-6001)** | |
|---|---|---|---|
| | State the term remaining | **3/31/2021** | **Spectrum (TWC)**<br>**PO Box 4639**<br>**Carol Stream, IL 60197-4639** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Sub-Lease of land and building located at 125 Richwood Rd, Walton, KY through Trend Offset Printing as Tenant and Arandell Kentucky as sub-tenant.** | |
|---|---|---|---|
| | State the term remaining | **8/15/2026** | **Stag Industrial Holdings, LLC**<br>**C/O Stag Industrial Management**<br>**One Federal Street, 23rd Floor**<br>**Boston, MA 02110** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

10/12/20 6:58PM

Debtor 1   __Arandell Kentucky, LLC_____
      First Name        Middle Name        Last Name

Case number (*if known*)   **20-11943**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract   _____

---

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Sub-lease of land and building located at 125 Richwood Rd, Walton, KY as tenant with Stag Industrial Holdings as Lessor and Arandell Kentucky as sub-tenant.** | |
|---|---|---|---|
| | State the term remaining | **8/15/2026** | **Trend Offset Printing Services** |
| | List the contract number of any government contract | _____ | **3791 Catalina Street** |
| | | | **Los Alamitos, CA 90720** |

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Telephone Service** | |
|---|---|---|---|
| | State the term remaining | **1/28/2021** | **Windstream** |
| | List the contract number of any government contract | _____ | **PO Box 9001013** |
| | | | **Louisville, KY 40290-1013** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

10/12/20  6:58PM

**Fill in this information to identify the case:**

Debtor name      **Arandell Kentucky, LLC**

United States Bankruptcy Court for the:      DISTRICT OF DELAWARE

Case number (if known)    **20-11943**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Arandell Holdings, Inc.** | | **Accord CAP X and Trend Offset Printing,** | ☒ D _____<br>☐ E/F _____<br>☒ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy