**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 20-11941 (JTD) |
| ARANDELL HOLDINGS, INC., *et al.*,[1] | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: November 24, 2020 at 3:00 p.m.** |
| Debtors. | ) **Objection Deadline: October 20, 2020 at 4:00 p.m.** |
| | ) |
| | ) **Related Docket No. 195** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that, on October 6 2020, Trend Offset Printing Services, Inc.

filed its *Motion of Trend Offset Printing Services, Inc. for Allowance and Payment of*

*Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(B)(1)(A)* (the

"Motion") [Docket No. 195] with the United States Bankruptcy Court for the District of Delaware

(the "Bankruptcy Court"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any,

must be made in writing, filed with the Bankruptcy Court, and served so as to actually be received

by the undersigned attorneys for the Debtor on or before **October 20, 2020 at 4:00 p.m.** (**Eastern**

**Time**).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before

the Honorable John T. Dorsey at the Bankruptcy Court, 5th Floor, Courtroom 5, on **November 24,**

**2020 at 3:00 p.m.**

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: Arandell Holdings, Inc. (5311) ("Arandell Holdings"), Arandell Corporation (4270) ("Arandell Corporation"), and Arandell Kentucky, LLC (1505) ("Arandell Kentucky"). The Debtors' corporate headquarters is located at N82 W13118 Leon Road, Menomonee Falls, WI 53051.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:   October 16, 2020
        Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC


_/s/ William A. Hazeltine_
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 42000
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
        whazeltine@sha-llc.com

*Attorneys for Trend Offset Printing Services, Inc.*

## CERTIFICATE OF SERVICE

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 6th day of October 2020, the within *Motion of Trend Offset Printing Services, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(B)(1)(A)* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case and by electronic mail to the following parties:

Bruce Denby, Esq.
Todd Bernier, Esq.
R Corsentino, Esq.
CIBC Bank USA
120 South LaSalle Street, 8th floor
Chicago, IL 60603
todd.bernier@cibc.com
robert.corsentino@cibc.com
bruce.denby@cibc.com

Rosa Sierra, Esq.
Office of the US Trustee
Caleb Boggs Federal Building
844 King St, Ste 2207, Lockbox 35
Wilmington, DE 19801
rosa.sierra@usdoj.gov

Robert L. Gegios, Esq.
Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Rd.
Washington Bldg., 2nd Floor
Milwaukee, WI 53212-1059
rgegios@kmksc.com

Augustus C. Epps, Jr., Esq.
Michael D. Mueller, Esq.
Jennifer M. McLemore, Esq.
Bennett T. W. Eastham, Esquire
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219
aepps@williamsmullen.com;
mmueller@williamsmullen.com;
jmclemore@williamsmullen.com;
beastham@williamsmullen.com

James D. Sweet, Esq.
Michael P. Richman, Esq.
Virginia E. George, Esq.
Elizabeth L. Eddy, Esq.
Steinhilber Swanson LLP
122 W. Washington Avenue, Suite 850
Madison, WI 53703-2732
jsweet@steinhilberswanson.com
mrichman@steinhilberswanson.com
VGeorge@Steinhilberswanson.com
eeddy@steinhilberswanson.com

Michael R. Nestor, Esq.
Andrew L. Magaziner, Esq.
Matthew P. Milana, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com
amagaziner@ycst.com
mmilana@ycst.com

Zachary J. Garrett, Esq.
Goldberg Kohn Ltd
55 East Monroe, Suite 3300
Chicago, IL 60603
zachary.garrett@goldbergkohn.com

Rafael X. Zahralddin-Aravena, Esq.
Eric M. Sutty, Esq.
Elliott Greenleaf, P.C.
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
rxza@elliottgreenleaf.com
ems@elliottgreenleaf.com

D. Ryan Slaugh, Esq.
Jeremy W. Ryan, Esq.
Aaron H. Stulman, Esq.
Potter Anderson & Corroon LLP
1313 N Market Street, 6th Floor
Wilmington, DE 19801-6108
rslaugh@potteranderson.com
jryan@potteranderson.com
astulman@potteranderson.com

Eric S. Rein, Esq.
Nathan E. Delman, Esq.
Horwood Marcus & Berk Chartered
500 West Madison, Suite 3700
Chicago, IL 60661
rrein@hmblaw.com
ndelman@hmblaw.com

Katelyn M. Crawford, Esq.
Joseph E. Shickich, Jr., Esq.
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801
jshickich@foxrothschild.com;
kcrawford@foxrothschild.com

Alan J. Lipkin, Esq.
Chaffetz Lindsey LLP
1700 Broadway, 33rd Floor
New York, NY 10019
a.lipkin@chaffetzlindsey.com

Deirdre M. Richards, Esq.
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

Dimitri G. Karcazes, Esq.
Zachary J. Garrett, Esq.
Eva D. Gadzheva, Esq.
Goldberg Kohn LTD.
55 East Monroe Street, Suite 3300
Chicago, IL 60603-5792
dimitri.karcazes@goldbergkohn.com
zachary.garrett@goldbergkohn.com
eva.gadzheva@goldbergkohn.com

Steven N. Kurtz, Esq.
Lori E. Eropkin, Esq.
Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
skurtz@laklawyers.com
leropkin@laklawyers.com

Bruce D. Buechler, Esq.
Andrew Behlmann, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
bbuechler@lowenstein.com
abehlmann@lowenstein.com

2

Curtis S. Miller, Esq.
Mathew O. Talmo, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 Market Street, 16th Floor
Wilmington, DE 19801
cmiller@mnat.com
mtalmo@mnat.com

Robert M. Hirsh, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
rhirsh@lowenstein.com


And by First Class U.S. Mail on the following:

Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Delaware State Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904-2464

Kronos
Miriam Pantojas
900 Chelmsford Street
Lowell, MA 01851

Secretary of State
Division of Corporations Franchise Tax
PO Box 898
Dover, DE 19903-0898

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549-2001

US Attorneys Office (SBA)
517 E Wisconsin Avenue
Milwaukee, WI 53202

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Securities & Exchange Commission
Attn: Mark Berger, Regional Director
New York Regional Office
Brookfield Plc, 200 Vesey St., Ste. 400
New York, NY 10281-1022


Evan T. Miller, Esq.
Erin R. Fay, Esq.
Greg J. Flasser, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

October 16, 2020
Date

*/s/ William A. Hazeltine*
William A. Hazeltine

3