**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ARANDELL HOLDINGS, INC., *et al.,* [1] | Case No. 20-11941 (JTD) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: November 24, 2020 at 3:00 p.m. (ET) |
| | Obj. Deadline: November 17, 2020 at 5:00 p.m. (ET) |

**NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

     **PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**") on August 13, 2020 (the "**Petition Date**").

     **PLEASE TAKE FURTHER NOTICE** that, on September 30, 2020, the Debtors filed a motion (the "**Motion**")[2] with the Court seeking entry of orders, among other things, approving (a) procedures for the solicitation of bids in connection with the proposed sale or sales of the assets of Debtors Arandell Corporation and Arandell Holdings to the Stalking Horse Bidder under the Stalking Horse Asset Purchase Agreement for $30,832,878.00 in cash (subject to adjustments) *including,* (i) the assumption of certain liabilities (the "**Sale Transaction**"), *plus,* (ii) a credit bid in the amount of $2,400,000, subject to the submission of higher or otherwise better offers in an auction process (the "**Auction**"), (b) the form and manner of notice related to the Sale Transaction, and (c) procedures for the assumption and assignment of contracts and leases in connection with the Sale Transaction.

     **PLEASE TAKE FURTHER NOTICE** that, on October 16, 2020, the Court entered an order (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction and the Auction. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.[3]

---

[1]  The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: Arandell Holdings, Inc. (5311) ("Arandell Holdings"), Arandell Corporation (4270) ("Arandell Corporation"), and Arandell Kentucky, LLC (1505) ("Arandell Kentucky"). The Debtors' corporate headquarters is located at N82 W13118 Leon Road, Menomonee Falls, WI 53051.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Motion.

[3]  To the extent of any inconsistencies between the Bidding Procedures and the summary descriptions of the Bidding Procedures in this notice, the terms of the Bidding Procedures shall control in all respects.

27207574.1

**Contact Person for Parties Interested in Submitting a Bid**

The Bidding Procedures set forth the requirements for becoming a Qualified Bidder and submitting a Qualified Bid, and any party interested in making an offer to purchase the Purchased Assets must comply strictly with the Bidding Procedures.  Only Qualified Bids will be considered by the Debtors, in accordance with the Bidding Procedures.

**Any interested bidder should contact, as soon as possible:**

**Bill Penkwitz, Promontory Point Capital, 322 East Michigan Street, Suite 500, Milwaukee, WI 53202 (phone: 414-225-0484; email:  bill@promcp.com).**

**Obtaining Additional Information**

Copies of the Bidding Procedures Motion, the Bidding Procedures, and the Bidding Procedures Order, as well as all related exhibits, including the Stalking Horse Asset Purchase Agreement and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://bmcgroup.com/arandell or can be requested by e-mail at  arandell@bmcgroup.com.

**Important Dates and Deadlines[4]**

1.    **Bid Deadline**.  The deadline to submit a Qualified Bid is **November 13, 2020 at 5:00 p.m. (Eastern Time)**.

2.    **Auction**.  In the event that the Debtors timely receive a Qualified Bid in addition to the Qualified Bid of the Stalking Horse Bidder and subject to the satisfaction of any further conditions set forth in the Bidding Procedures, the Debtors intend to conduct an Auction for the Purchased Assets.  The Auction, if one is held, will commence on **November 18, 2020 at 10:00 a.m. (Eastern Time)** at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801, or such other date, time, and location, or by videoconference (or such other form of remote communication established by the Debtors in consultation with the Consultation Parties) as shall be timely communicated to all parties entitled to attend the Auction. Any party in interest may attend (but not participate in) the Auction if any such party in interest provides the Debtors with written notice of its intention to attend the Auction on or before five (5) business day prior to the Auction, which written notice shall be sent to counsel for the Debtors via electronic mail, to Matthew P. Milana (mmilana@ycst.com);

3.    **Auction Objection and Sale Objection Deadlines**.  The deadline to file an objection with the Court to the Sale Order, the  Stalking Horse Bidder, or the Sale Transaction with the Stalking Horse Bidder (collectively, the "**Sale Objections**") is **November 17, 2020 at 5:00 pm. (Eastern Time)** (the "**Sale Objection Deadline**").  If the Auction is held, the deadline to file an objection with the Court to the conduct of the Auction, the Successful Bidder, or

---

[4]   The following dates and deadlines may be extended by the Debtors or the Court pursuant to the terms of the Bidding Procedures and the Bidding Procedures Order.

the Sale Transaction with the Successful Bidder (collectively, the "**Auction Objections**") is November 23, 2020 at 12 noon (the "**Auction Objection Deadline**").

4.    **Sale Hearing**.  A hearing (the "**Sale Hearing**") to consider the proposed Sale Transaction will be held before the Court on **November 24, 2020 at 3:00 p.m. (Eastern Time)** or such other date as determined by the Court.

## Filing Objections

Sale Objections and Auction Objections, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) be filed with the Court by no later than **the Sale Objection Deadline or Auction Objection Deadline**, as applicable, and (d) be served on (i) counsel to the Debtors, (a) Steinhilber Swanson LLP, 122 W. Washington Avenue, Suite 850, Madison, WI 53703; Attn: James Sweet; email: jsweet@steinhilberswanson.com and Michael P. Richman email: mrichman@steinhilberswanson.com and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801 Attn:  Michael Nestor email: mnestor@ycst.com and Andrew Magaziner email: amagaziner@ycst.com, (ii) counsel to the Official Committee of Unsecured Creditors, (a) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York  10020; Attn: Robert M. Hirsch; email: rhirsh@lowenstein.com and (b) Lowenstein Sandler LLP,  One Lowenstein Drive, Roseland, New Jersey 07068; Attn: Bruce Buechler; E-mail: bbuechler@lowenstein.com (iii) counsel to the DIP Agent, (a) Goldberg Kohn Ltd, Attn: Zachary J. Garrett email: Zachary.garrett@goldbergkohn.com and (b) Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, Delaware 19899-0951; Attn: Jeremy Ryan; email: jryan@potteranderson.com, (iv), counsel to the Factor: (a)Levinson Arshonsky & Kurtz, LLP, 15303 Ventura Blvd., Suite 1650, Sherman Oaks, CA 91403; Attention Steven N. Kurtz; email: skurtz@laklawyers.com and (b)local counsel to the Factor: Fineman Krekstein & Harris 1300 N. King Street, Wilmington, Delaware 19801; Attn: Deirdre M. Richards; email: drichards@finemanlawfirm.com (v) counsel to AAC, Jenner & Block LLP (Attn: Vincent E. Lazar (vlazar@jenner.com) and Peter H. Rosenbaum (prosenbaum@jenner.com, (vi) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801;Attn: Rosa Sierra (rosa.sierra@usdoj.gov (the "**Objection Notice Parties**").

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any party who fails to make a timely Sale Objection on or before the Sale Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any Sale Objection, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances and other interests.*

*Any party who fails to make a timely Auction Objection on or before the Auction Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any Auction Objection, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances and other interests.*

## NO SUCCESSOR LIABILITY

*The Sale Transaction will be free and clear of, among other things, any claim arising from any conduct of the Debtors prior to the closing of the Sale Transaction, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale Transaction.  Accordingly, as a result of the Sale Transaction, the Successful Bidder will not be a successor to any of the Debtors by reason of any theory of law or equity, and the Successful Bidder will have no liability, except as expressly provided in the Successful Bidder's Asset Purchase Agreement, for any liens, claims, encumbrances and other interests against or in any of the Debtors under any theory of law, including successor liability theories.*

Dated: October 19, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Matthew P. Milana*

Michael R. Nestor (No. 3526)
Andrew L. Magaziner (No. 5426)
Matthew P. Milana (No. 6681)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email: mnestor@ycst.com
           amagaziner@ycst.com
           mmilana@ycst.com

-and-

STEINHILBER SWANSON LLP
James D. Sweet (admitted *pro hac vice*)
Michael P. Richman (admitted *pro hac vice*)
Virginia E. George (admitted *pro hac vice*)
Elizabeth L. Eddy (admitted *pro hac vice*)
122 W. Washington Ave., Suite 850
Madison, Wisconsin 53703
Tel:    (608) 630-8990
Fax:    (608) 630-8991
Email: jsweet@steinhilberswanson.com
           mrichman@steinhilberswanson.com
           vgeorge@steinhilberswanson.com
           eeddy@steinhilberswanson.com

*Co-Counsel for the Debtors and Debtors in Possession*