# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ARANDELL HOLDINGS, INC., *et al.,* [1] | Case No. 20-11941 (JTD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### TELEPHONIC AND VIDEO HEARING ON NOVEMBER 12, 2020 AT 10:00 A.M. (ET)[2]

**THIS HEARING WILL BE HELD TELEPHONICALLY VIA COURTCALL AND, IN CERTAIN CIRCUMSTANCES, BY VIDEO VIA ZOOM.  ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY VIDEO VIA ZOOM IN ADDITION TO THEIR COURTCALL REGISTRATION.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**Topic: Arandell Holdings, Inc. 20-11941 (JTD)**
**Time: November 12, 2020 at 10:00 a.m. Eastern Time (US and Canada)**

**Zoom Information to be Provided in the Event that this Matter Goes Forward**

## MATTER GOING FORWARD

1. The Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [D.I. 294; 11/3/20]

   Related Documents:

   A. Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice of the Hearing to Consider Motion of the Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [D.I. 295; 11/3/20]

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: Arandell Holdings, Inc. (5311) ("Arandell Holdings") and Arandell Corporation (4270) ("Arandell Corporation"). The Debtors' corporate headquarters is located at N82 W13118 Leon Road, Menomonee Falls, WI 53051.

[2] All parties wishing to participate should make arrangements through CourtCall at 1-866-582-6878.

27294981.1

2

B.     Order Shortening Notice of the Hearing to Consider Motion of the Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [D.I. 297; 11/4/20]

C.     Notice of the Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by the Debtors [D.I. 301; 11/4/20]

Response Deadline:     November 10, 2020 at 4:00 p.m. (ET)

Responses Received:     None as of the filing of this agenda

Status:     This matter has been resolved in principle. The Debtors anticipate that the Committee will submit an agreed upon order under certification of counsel in advance of the hearing.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: November 9, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Michael R. Nestor (No. 3526)<br>Andrew L. Magaziner (No. 5426)<br>Matthew P. Milana (No. 6681)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:   (302) 571-1253<br>Email: mnestor@ycst.com<br>           amagaziner@ycst.com<br>           mmilana@ycst.com<br><br>-and-<br><br>STEINHILBER SWANSON LLP<br>James D. Sweet<br>Michael P. Richman<br>Virginia E. George<br>Elizabeth L. Eddy<br>122 W. Washington Ave., Suite 850<br>Madison, Wisconsin 53703<br>Tel:   (608) 630-8990<br>Fax:   (608) 630-8991<br>Email: jsweet@steinhilberswanson.com<br>           mrichman@steinhilberswanson.com<br>           vgeorge@steinhilberswanson.com<br>           eeddy@steinhilberswanson.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |