## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ARANDELL HOLDINGS, INC., *et al.,* [1]<br>Debtors. | Chapter 11<br>Case No. 20-11941 (JTD)<br>(Jointly Administered)<br>**Docket Ref. Nos. 176 & 252** |

### NOTICE OF (I) CANCELED AUCTION AND (II) SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that, on September 30, 2020, the above-captioned debtors and debtors in possession (the "Debtors") filed a motion seeking entry of an order approving certain bidding procedures in connection with the proposed sale of substantially all of the Debtors' assets and scheduling an auction in connection therewith [Docket No. 176] (the "Bidding Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that, on October 16, 2020, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. 252] (the "Bidding Procedures Order") establishing certain procedures to govern the sale and auction process.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the deadline for Qualified Bidders[2] to submit bids was November 13, 2020 at 5:00 p.m. (ET) (the "Bid Deadline"), and to the extent that only one Qualified Bid was received by the Bid Deadline, the Auction would be canceled.

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: Arandell Holdings, Inc. (5311) ("Arandell Holdings") and Arandell Corporation (4270) ("Arandell Corporation"). The Debtors' corporate headquarters is located at N82 W13118 Leon Road, Menomonee Falls, WI 53051.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Motion or Bidding Procedures Order, as applicable.

27345196.1

**PLEASE TAKE FURTHER NOTICE** that the Debtors received one Qualified Bid by the Bid Deadline, submitted by Arandell Acquisition Company, LLC ("AAC"), a special purpose vehicle formed and managed by Saothair Capital Partners LLC for the purpose of acquiring substantially all of the assets of Arandell Corporation (such bid, the "Stalking Horse Bid").

**PLEASE TAKE FURTHER NOTICE** that, other than the Stalking Horse Bid, no other Qualified Bids were received by the Bid Deadline, and the Debtors hereby provide notice that the Auction is canceled. The Debtors will seek entry of an order approving the sale to AAC at the sale hearing scheduled for November 24, 2020 at 3:00 p.m. (ET).

[*Remainder of page intentionally left blank*]

27345196.1

| | |
|---|---|
| Dated: November 16, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Matthew P. Milana*<br>Michael R. Nestor (No. 3526)<br>Andrew L. Magaziner (No. 5426)<br>Matthew P. Milana (No. 6681)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:  (302) 571-1253<br>Email: mnestor@ycst.com<br>         amagaziner@ycst.com<br>         mmilana@ycst.com<br>-and-<br><br>STEINHILBER SWANSON LLP<br>James D. Sweet<br>Michael P. Richman<br>Virginia E. George<br>Elizabeth L. Eddy<br>122 W. Washington Ave., Suite 850<br>Madison, Wisconsin 53703<br>Tel:   (608) 630-8990<br>Fax:  (608) 630-8991<br>Email: jsweet@steinhilberswanson.com<br>         mrichman@steinhilberswanson.com<br>         vgeorge@steinhilberswanson.com<br>         eeddy@steinhilberswanson.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

27345196.1