# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARANDELL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 20-11941 (JTD) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 195** |

## NOTICE OF PARTIAL WITHDRAWAL OF MOTION SOLELY WITH RESPECT TO RELIEF SOUGHT AGAINST ARANDELL KENTUCKY, LLC

**PLEASE TAKE NOTICE THAT** Trend Offset Printing Services, Inc., hereby withdraws, without prejudice, its *Motion of Trend Offset Printing Services, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(B)(1)(A)* [Docket No. 195; Filed October 6, 2020], *solely* as it pertains to the relief sought in the Motion against Arandell Kentucky, LLC.

Date: November 19, 2020  
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William A. Hazeltine*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com

*Attorneys for Trend Offset Printing Services, Inc.*

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: Arandell Holdings, Inc. (5311) ("Arandell Holdings"), Arandell Corporation (4270) ("Arandell Corporation"), and Arandell Kentucky, LLC (1505) ("Arandell Kentucky"). The Debtors' corporate headquarters is located at N82 W13118 Leon Road, Menomonee Falls, WI 53051.