**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ARANDELL HOLDINGS, INC., *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11941  (JTD)<br><br>Jointly Administered<br><br>**Docket Ref. No. 401** |

**ORDER AUTHORIZING THE DEBTORS TO CHANGE CORPORATE
NAMES AND AMEND CASE CAPTION**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 1005, 2002(m), and 2002(n) and Local Rule 9004-1(a), authorizing the Debtors to change their corporate names and amending the case caption used in the Debtors' jointly administered Chapter 11 Cases; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of these Chapter 11 Cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: Arandell Holdings, Inc. (5311) ("Arandell Holdings") and Arandell Corporation (4270) ("Arandell Corporation"). The Debtors' corporate headquarters is located at N82 W13118 Leon Road, Menomonee Falls, WI 53051.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

27431877.1

2. The Debtors are authorized to change the Corporate Names as set forth below:

| Old Company Name | New Company Name |
|---|---|
| Arandell Corporation | Llednara Corporation |
| Arandell Holdings, Inc. | Llednara Holdings, Inc. |

3. Effective as of the date hereof, the new caption of the jointly administered Chapter 11 Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LLEDNARA HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-11941 (JTD)<br><br>(Jointly Administered) |

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: Llednara Holdings, Inc. (5311) (" Llednara Holdings,") and Llednara Corporation (4270) ("Llednara Corporation"). The Debtors' corporate headquarters is located at N82 W13118 Leon Road, Menomonee Falls, WI 53051.

4. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11941 (JTD) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Arandell Holdings, Inc. to Llednara Holdings, Inc." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 20-11941 (JTD) with Arandell Holdings' new name as soon as possible.

5. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11942 (JTD) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Arandell Corporation to Llednara Corporation." In addition, the Clerk of

the Court is authorized and directed to modify the docket of case number 20-11942 (JTD) with Arandell Corporation's new name as soon as possible.

6. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*[signature: John T. Dorsey]*

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: December 16th, 2020**
**Wilmington, Delaware**

27431877.1