IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LLEDNARA HOLDINGS, INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11941 (JTD)<br><br>(Jointly Administered)<br><br>**Docket Ref. No. 445** |

**REVISED ORDER (I) CONVERTING THE CHAPTER 11 CASES TO CASES UNDER CHAPTER 7, (II) TERMINATING THE SERVICES OF BMC GROUP, INC. AS CLAIMS AND NOTICING AGENT, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for the entry of an order (i) converting the Debtors' chapter 11 cases (the "Chapter 11 Cases") to cases under chapter 7, and (ii) terminating the services of BMC Group, Inc. ("BMC Group"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of these Chapter 11 Cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and it appearing that relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: Llednara Holdings, Inc. (5311) ("Llednara Holdings") and Llednara Corporation (4270) ("Llednara Corporation"). The Debtors' corporate headquarters is located at N82 W13118 Leon Road, Menomonee Falls, WI 53051.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

27550701.2

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED, as set forth herein.

2. Upon entry of this Order, the Chapter 11 Cases shall each be converted, pursuant to section 1112(a) of the Bankruptcy Code, to cases under chapter 7 of the Bankruptcy Code.

3. Each of the Debtors shall:

    (a) within seven (7) days of entry of this Order, turn over to the chapter 7 trustee all records and property of the estate under their custody and control as required by Bankruptcy Rule 1019(4);

    (b) within fourteen (14) days of entry of this Order, as required by Bankruptcy Rule 1019(5), file a schedule of unpaid debts incurred after the Petition Date and before the conversion date, which schedule shall include the name and address of each creditor holding any such debt; and

    (c) within thirty (30) days of entry of this Order, as required by Bankruptcy Rule 1019(5), file and transmit a final report and account to the Office of the United States Trustee.

4. Notwithstanding anything to the contrary herein, nothing in this Order or the conversion of these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code shall affect or modify the terms of the Final DIP Order, the order approving the Sale, or other orders entered in the Chapter 11 Cases.

5. A representative of the Debtors and, if requested by the Chapter 7 trustee, counsel to the Debtors in these Chapter 11 Cases, shall appear at the first meeting of creditors after conversion of the Debtors' cases to chapter 7 pursuant to sections 341(a) and 343 of the Bankruptcy Code, and such representative shall be available to testify at such meeting.

27550701.2

6. This Order shall be entered on the dockets of both Llednara Holdings, Inc., Case No 20-11941 (JTD), and Llednara Corporation, Case No. 20-11942 (JTD).

7. BMC Group shall comply with Local Rule 2002-1(f). For all other purposes upon entry of this Order, BMC Group shall be relieved of its responsibilities as claims and noticing agent in the Chapter 11 Cases and will have no further obligations to the Court, the Debtors, the chapter 7 trustee or any party in interest with respect to the Chapter 11 Cases or chapter 7 cases.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**Dated: January 27th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

27550701.2